Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **BOTW Holdings, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF WYOMING** |
| Case number (if known): | **24-20138** |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Alcohol and Tobacco Tax and Trade Bureau** PO Box 979055 Saint Louis, MO 63197-9000 | | Trade debt | | | | $28,000.00 |
| **Andy Moeckel** 3428 Parkway Ave, Unit A Bozeman, MT 59718 | | Trade debt | | | | $25,000.00 |
| **Chrysler Capital** P.O. Box 660335 Dallas, TX 75266-0335 | | Trade debt | | | | $34,636.09 |
| **Defiance Machine Inc** 3881 Hwy 40 W Columbia Falls, MT 59912 | | Trade debt | | | | $20,000.00 |
| **First Bank of Wyoming** 1507 8th Street Cody, WY 82414 | | Bank Loans | | | | $24,327.72 |
| **First Bank of Wyoming** 1507 8th Street Cody, WY 82414 | | Bank Loans | | | | $28,275.67 |
| **First Bank of Wyoming** 1507 8th Street Cody, WY 82414 | | Bank Loans | | | | $2,500,000.00 |
| **Hawkins Precision LLC** 2350 Executive Cir Colorado Springs, CO 80906-4138 | | Trade debt | | | | $5,015.00 |

| Debtor | BOTW Holdings, LLC | Case number *(if known)* | 24-20138 |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Japan Optics  334-0058  Saitama Kawaguchi Angyo ryoke 1046-1  Japan | | Trade debt | | | | $140,000.00 |
| John A. McCall Jr  c/o Walker Law  P.O. Box 22409  Cheyenne, WY 82003 | | Litigation Claims | Contingent Disputed | | | $2,441,523.57 |
| Michaletz Holdings, LLC  150 Saint Andrews Ct., Ste 210  Mankato, MN 56001 | | Trade debt | | | | $4,000.00 |
| MWS Associates  185 E Walnut St # 120  Sturgeon Bay, WI 54235-3900 | | Trade debt | | | | $4,472.94 |
| Open Source Integrators (OSI)  P.O. Box 940  Higley, AZ 85236 | | Trade debt | | | | $7,500.00 |
| Ryan Chalupsky  3613 Maple Leaf Ave  Cody, WY 82414 | | Trade debt | | | | $3,800.00 |
| SBW & Associates PC  931 Rumsey Ave  P.O. Box 637  Cody, WY 82414 | | Trade debt | | | | $3,600.00 |
| Spotted Bear Marketing Co.  1204 Glider Ln Unit A  Belgrade, MT 59714-9443 | | Trade debt | | | | $8,333.00 |
| Stryk Group USA, LLC  215 Quail Run Rd Unit D  Bozeman, MT 59718 | | Trade debt | | | | $45,000.00 |
| US Small Business Administration  721 19th St, #426  Denver, CO 80202 | | Bank Loans | | | | $146,158.38 |
| Yellowstone Ave, LLC  150 Saint Andrews Ct.,Ste 210  Manakato, MN 56001 | | Trade debt | | | | $11,121.49 |

Debtor **BOTW Holdings, LLC**　　　　　　　　　　　　　　　　　　　Case number *(if known)* **24-20138**
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Yellowstone Natural Holdings**<br>**215 Quail Run Rd**<br>**Unit D**<br>**Bozeman, MT 59718** | | **Trade debt** | | | | $80,000.00 |