April 23,2024



BOTW Holdings, LLC

c/o Chase Myers (chase@botwholdings.com)

Re: Chapter 11 Schedules & SOFA Assistance for BOTW Holdings, LLC (Case 24-20138); Huskemaw Optics, LLC (Case 24-20141); Best of the West Productions, LLC (Case 24-20142),

Concerned,

Thank you for requesting services to support Chapter 11 Schedules of Assets and Liabilities and Statement of Financial Affairs for 3 related Debtor cases.  BMC Group is proposing to undertake the following for an estimated minimum fee of $10,000 against which we will keep time records at the following hourly rates: $95 case support, $100 data management and $175 case manager.  Our proposal contemplates the following:

- No requirement to allocate our time-keeping by debtor;
- Receipt, via uploads to a dedicated SmartRoom (secure virtual dataroom) folder, all information and data required to complete Schedules and SOFA;
- One set of drafts, two revision sessions, final documents over a period of no more than 30 days.

If this proposal is acceptable, please have the approval below signed by a responsible party. Upon signing we will issue an advance request for $10,000.  It is understood that additional sums may may be invoiced if there are changes to the assumptions included here.

*Tinamarie Feil*

Tinamarie Feil
President


Accepted and Agreed this __26__ day of April 2024:

By: _____
    Chase Myers
    _____

bmcgroup.com