# Balance Sheet

As of 03/31/2024
BOTW Holdings, LLC

Journals: All
Analytic Accounts: All
Analytic Tags: All

|  | As of 03/31/2024 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Bank and Cash Accounts** | |
| 106000 First Bank Checking | $ 26,412.54 |
| 107000 Pinnacle Bank Checking | $ 7,222.26 |
| **Total Bank and Cash Accounts** | $ 33,634.80 |
| **Receivables** | $ 0.00 |
| **Current Assets** | |
| 101401 Outstanding Receipts | $ -1,623.00 |
| 106100 FBW O/S Receipts | $ 0.00 |
| 106200 FBW O/S Payments | $ -1,384.48 |
| 107100 PB O/S Receipts | $ 0.00 |
| 107200 PB O/S Payments | $ 0.00 |
| 108900 Liquidity Transfer | $ 0.00 |
| 180100 Due from Huskemaw Optics | $ -116,879.06 |
| 180200 Due from BOTW Ammo | $ 12,937.96 |
| 180300 Due from BOTW Arms | $ 1,296,755.26 |
| 180400 Due from BOTW Productions | $ 139,295.39 |
| 180500 Due from LRS | $ 60.00 |
| **Total Current Assets** | $ 1,329,162.07 |
| **Prepayments** | $ 130,967.26 |
| **Total Current Assets** | $ 1,493,764.13 |
| **Plus Fixed Assets** | |
| 151000 Furniture and Office Equipment | $ 4,856.69 |
| 152000 Leasehold Improvements | $ 63,968.19 |
| 154000 Software | $ 491,727.64 |
| 155000 Vehicles | $ 125,055.71 |
| 161000 Accumulated Depreciation F&E | $ -2,797.69 |
| 162000 Accumulated Depreciation Leasehold Improvements | $ -45,919.87 |
| 164000 Accumulated Depreciation Software | $ -322,325.75 |
| 165000 Accumulated Depreciation Vehicles | $ -125,055.71 |
| 171000 Capitalized Loan Fees | $ 6,250.00 |
| 179000 Accumulated Amortization | $ -5,208.30 |
| **Total Plus Fixed Assets** | $ 190,550.91 |
| **Plus Non-current Assets** | $ 4,073,417.74 |
| **Total ASSETS** | $ 5,757,732.78 |
| | |
| **LIABILITIES** | |
| **Current Liabilities** | |
| **Current Liabilities** | |
| 106300 FBW O/S Satements | $ -12,152.03 |
| 200099 AP Conversion (DNU) | $ 0.00 |
| 210000 Payroll Benefit Liabilities | $ 3,335.81 |
| 210100 Payroll Tax Liabilities | $ 4,784.13 |

|  | As of 03/31/2024 |
|---|---:|
| 230000 Sales & Use Tax Payable | $ 21.12 |
| 240000 First Bank CC | $ 28,275.67 |
| 242000 Outstanding Payments | $ 0.00 |
| 280200 Due to BOTW Ammo | $ 1,174.20 |
| 280300 Due to BOTW Arms | $ 11,558.84 |
| 280400 Due to BOTW Productions | $ 5,932.87 |
| **Total Current Liabilities** | **$ 42,930.61** |
| **Payables** | |
| 200000 Accounts Payable | $ -44,058.22 |
| **Total Payables** | **$ -44,058.22** |
| **Total Current Liabilities** | **$ -1,127.61** |
| **Plus Non-current Liabilities** | **$ 2,680,794.47** |
| **Total LIABILITIES** | **$ 2,679,666.86** |

**EQUITY**

| | |
|---|---:|
| **Unallocated Earnings** | |
| **Current Year Unallocated Earnings** | |
| Current Year Earnings | $ -368,618.26 |
| Current Year Allocated Earnings | $ 0.00 |
| **Total Current Year Unallocated Earnings** | **$ -368,618.26** |
| **Previous Years Unallocated Earnings** | **$ -3,355,594.31** |
| **Total Unallocated Earnings** | **$ -3,724,212.57** |
| **Retained Earnings** | |
| 310600 J. Michaletz Capital Stock | $ 649,400.00 |
| 310700 C. Michaletz Capital Stock | $ 649,400.00 |
| 335500 Stryk Holdings Additional Paid in Capital | $ 80,000.00 |
| 335600 J. Michaletz Additional Paid in Capital | $ 3,900,927.83 |
| 335700 C. Michaletz Additional Paid in Capital | $ 3,900,927.83 |
| 335800 M. Peterson Additional Paid in Capital | $ 0.00 |
| 345600 J. Michaletz Shareholder Distributions | $ -80,431.75 |
| 345700 C. Michaletz Shareholder Distributions | $ -80,431.76 |
| 345800 M. Peterson Shareholder Distributions | $ -128,005.66 |
| 390000 Retained Earnings | $ -2,089,508.00 |
| **Total Retained Earnings** | **$ 6,802,278.49** |
| **Total EQUITY** | **$ 3,078,065.92** |
| **LIABILITIES + EQUITY** | **$ 5,757,732.78** |