# Profit and Loss

2023
BOTW Holdings, LLC

Journals: All
Analytic Accounts: All
Analytic Tags: All

|  | 2023 |
|---|---:|
| **Gross Profit** | |
|   **Gross Profit** | |
|     Operating Income | |
|       490000 Uncategorized Income | $ 33,432.20 |
|     **Total Operating Income** | $ 33,432.20 |
|     Cost of Revenue | $ 0.00 |
|   **Total Gross Profit** | $ 33,432.20 |
| **Total Gross Profit** | $ 33,432.20 |
| | |
| **Expenses** | |
|   **Expenses** | |
|     601000 Advertising | $ 1,000.00 |
|     601100 Marketing Expense | $ 294,056.36 |
|     604000 Bank & Finance Charges | $ 2,058.20 |
|     610000 Compensation - Salaries | $ 24,654.79 |
|     612000 Compensation - Payroll Taxes | $ -2,863.42 |
|     613000 Compensation - Employee Benefits | $ 1,428.29 |
|     613999 Other Payroll Expense | $ 499.95 |
|     621000 Dues and Subscriptions | $ 124,801.62 |
|     622000 Insurance Expense | $ 74,593.70 |
|     623000 Interest Expense | $ 198,687.36 |
|     624000 Licenses and Fees | $ 410.97 |
|     626000 Office Supplies | $ 1,824.33 |
|     626500 Office Equipment <$2500 | $ 2,392.69 |
|     627000 Postage Expense | $ 757.53 |
|     628000 Professional Fees - Legal | $ 27,785.57 |
|     628100 Professional Fees - Legal (McCall) | $ 633,583.12 |
|     628200 Professional Fees - Accounting | $ 86,669.00 |
|     628300 Other Professional Fees | $ 423,081.71 |
|     628700 Property Taxes | $ 4,757.57 |
|     629000 Rent Expense | $ 84,000.00 |
|     629250 Rent Expense - Equipment | $ 2,624.16 |
|     630000 Repairs and Maintenance | $ 7,471.40 |
|     632000 Meals 50% Deductible | $ 7,252.84 |
|     632100 Meals 100% Deductible | $ 5,486.52 |
|     633000 Travel Expense | $ 113,338.25 |
|     634000 Computer and Internet Expenses | $ 51,014.22 |
|     635000 Telephone Expense | $ 8,414.77 |
|     637000 Utilities | $ 33,139.91 |
|     638000 Vehicle Expense | $ 3,761.44 |
|   **Total Expenses** | $ 2,216,682.85 |
|   **Depreciation** | $ 0.00 |
| **Total Expenses** | $ 2,216,682.85 |

|  | 2023 |
|---|---|
| **Other Income/Expenses** | **$ 0.00** |
| **Net Profit** | **$ -2,183,250.65** |