| Income & Receipts* | 05/01 | 06/01 | 07/01 | 08/01 |
|---|---|---|---|---|
| Starting Cash | $ 10,000.00 | $ 22,163.73 | $ 39,506.54 | $ 57,415.35 |
| Cash Sales | $ - | $ - | $ - | $ - |
| Income | $ 165,000.00 | $ 305,000.00 | $ 175,000.00 | $ 165,000.00 |
| **Total Available Cash** | $ 175,000.00 | $ 327,163.73 | $ 214,506.54 | $ 222,415.35 |
| **Expenses & Disbursements** | | | | |
| Rent- 115 W Yellowstone Ave | $ 7,000.00 | $ 7,000.00 | $ 7,000.00 | $ 7,000.00 |
| Personal Property Tax- Park co | $ 636.08 | | | |
| Employee Salaries- Ammo, Arms Huskemaw, Productions | $ 47,381.00 | $ 45,472.00 | $ 45,472.00 | $ 45,472.00 |
| Employee Benefits- Aflac and MetLife | $ 2,100.00 | $ 2,100.00 | $ 2,100.00 | $ 2,100.00 |
| Employee Benefits- 401K matching | | | $ 2,300.00 | $ 2,300.00 |
| Payroll Taxes (941) | $ 15,000.00 | $ 14,000.00 | $ 14,000.00 | $ 14,000.00 |
| Q2 Payroll Taxes- UI/WC and UT WH | | | $ 5,500.00 | |
| Vehicle Payment- Chrysler Capital | $ 993.79 | $ 993.79 | $ 993.79 | $ 993.79 |
| Maintenance- Terminix, Proffitt's Enterprises,Mountain Alarm | $ 586.40 | $ 586.40 | $ 586.40 | $ 586.40 |
| Insurance- North Risk Partners (Annual Premium) | | $ 138,366.00 | | |
| Office Supplies- DEX Imaging, Big Horn Water | $ 350.00 | $ 350.00 | $ 350.00 | $ 350.00 |
| Utilities- City of Cody, BHE, TCT, NetFortris | $ 3,890.00 | $ 3,890.00 | $ 3,890.00 | $ 3,890.00 |
| Software Fees- OSI, Entre Technology Service, AWS, Avalara | $ 11,550.00 | $ 11,550.00 | $ 11,550.00 | $ 11,550.00 |
| Professional Fees- Stryk/Yellowstone Holdings, Cash Management, SBW Associates, Michaletz Holdings | $ 52,035.00 | $ 52,035.00 | $ 52,035.00 | $ 52,035.00 |
| Marketing Fees- Spotted Bear Marketing | $ 8,333.00 | $ 8,333.00 | $ 8,333.00 | $ 8,333.00 |
| First Bank LOC | $ - | $ - | $ - | $ - |
| SBA Loan (pay.gov) | $ 731.00 | $ 731.00 | $ 731.00 | $ 731.00 |
| Bankruptcy Counsel | $ - | $ - | $ - | $ - |
| State Court Counsel | $ - | $ - | $ - | $ - |
| Other (see below) | $ 2,250.00 | $ 2,250.00 | $ 2,250.00 | $ 2,250.00 |
| **TOTAL DISBURSEMENTS** | $ 152,836.27 | $ 287,657.19 | $ 157,091.19 | $ 151,591.19 |
| **ENDING CASH BALANCE** | $ 22,163.73 | $ 39,506.54 | $ 57,415.35 | $ 70,824.16 |

* Cash flow projections include revenue from certain non-debtor subsidiaries of BOTW Holdings, LLC for their proportionate share of expenses.

| **Income & Receipts** | **05/01** | **06/01** |
|---|---|---|
| Starting Cash | $ 10,000.00 | $ 66,552.09 |
| Cash Sales | | |
| Income | $ 140,000.00 | $ 140,000.00 |
| **Total Available Cash** | $ 150,000.00 | $ 206,552.09 |
| **Expenses & Disbursements** | | |
| Rent- Roberts st | $ 1,500.00 | $ 1,500.00 |
| Inventory- Japan Optics (JOL) | | $140,000.00 |
| Utilities- City of Cody, BHE, TCT | $ 320.66 | $ 320.66 |
| Marketing- TrackStreet, Edge Marketing | $ 427.25 | $ 427.25 |
| Royalties- Jack Peterson & Dale Caldwell | $ 5,000.00 | $ 5,000.00 |
| Commissions- MWS Associates | $ 4,000.00 | $ 4,000.00 |
| Shipping- UPS and USPS | $ 2,200.00 | $ 2,200.00 |
| Avek (IP- turrets) | | |
| Due to BOTW Holdings | $ 60,000.00 | $ 30,000.00 |
| Marketing- Shows Estimate | $ 10,000.00 | $ 10,000.00 |
| Bankruptcy Counsel | $ - | $ - |
| State Court Counsel | $ - | $ - |
| Other (see below) | | |
| **TOTAL DISBURSEMENTS** | $ 83,447.91 | $ 193,447.91 |
| **ENDING CASH BALANCE** | $ 66,552.09 | $ 13,104.18 |
| **OTHER** | | |
| Shopify | $ 330.00 | $ 330.00 |
| Trans American Customhouse Brokers, Inc. | | $ 30,000.00 |
| paddle.net | $ 29.00 | $ 29.00 |

auth.net                                                    $    2,400.00    $        2,400.00

| | 07/01 | 08/01 | NOTES |
|---|---|---|---|
| | $ 13,104.18 | $ 69,656.27 | |
| | $ 140,000.00 | $ 140,000.00 | |
| | $ 153,104.18 | $ 209,656.27 | |
| | | | |
| | $ 1,500.00 | $ 1,500.00 | |
| | | | Only 1 PO currently. 30% deposit covered. $140k is rough remainder and timeline is TBD |
| | $ 320.66 | $ 320.66 | Used historical averages. Might drop in August |
| | $ 427.25 | $ 427.25 | |
| | $ 5,000.00 | $ 5,000.00 | TBD on sales |
| | $ 4,000.00 | $ 4,000.00 | TBD on sales |
| | $ 2,200.00 | $ 2,200.00 | |
| | | $ 3,400.00 | |
| | $ 60,000.00 | $ 60,000.00 | |
| | $ 10,000.00 | $ 10,000.00 | |
| | $ - | $ - | |
| | $ - | $ - | |
| | | | |
| | $ 83,447.91 | $ 86,847.91 | |
| | $ 69,656.27 | $ 122,808.36 | |
| | | | |
| | $ 330.00 | $ 330.00 | Auto debited |
| | | | TBD. based on JOL shipment |
| | $ 29.00 | $ 29.00 | |

$    2,400.00   $         2,400.00   Used to process CC's

Laina's notes

| Income & Receipts | 05/01 | 06/01 |
|---|---|---|
| Starting Cash | $ 3,195.89 | $ 3,155.89 |
| Cash Sales | $ - | $ - |
| Income | $ - | $ - |
| **Total Available Cash** | $ 3,195.89 | $ 3,155.89 |
| **Expenses & Disbursements** | | |
| Dues & Subscriptions- Adobe (2 one-off licenses | $ 40.00 | $ 40.00 |
| Bankruptcy Counsel | $ - | $ - |
| State Court Counsel | $ - | $ - |
| **TOTAL DISBURSEMENTS** | $ 40.00 | $ 40.00 |
| **TOTAL CASH BALANCE** | $ 3,155.89 | $ 3,115.89 |

| 07/01 | 08/01 | NOTES |
|---|---|---|
| $ 3,115.89 | $ 3,075.89 | |
| $        - | $        - | |
| $        - | $        - | |
| $ 3,115.89 | $ 3,075.89 | |
| $    40.00 | $    40.00 | |
| $        - | $        - | |
| $        - | $        - | |
| $    40.00 | $    40.00 | |
| $ 3,075.89 | $ 3,035.89 | |