---

**Fill in this information to identify the case:**

Debtor Name ___BOTW Holdings, LLC___

United States Bankruptcy Court for the: _____ District of Wyoming
(State)

Case number: ___24-20138___

---

## Official Form 426

# Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest

**12/17**

---

This is the *Periodic Report* as of ___03/31/2024___ on the value, operations, and profitability of those entities in which a Debtor holds, or two or more Debtors collectively hold, a substantial or controlling interest (a "Controlled Non-Debtor Entity"), as required by Bankruptcy Rule 2015.3. For purposes of this form, "Debtor" shall include the estate of such Debtor.

[Name of Debtor] holds a substantial or controlling interest in the following entities:

| Name of Controlled Non-Debtor Entity | Interest of the Debtor | Tab # |
|---|---|---|
| BOTW Arms, LLC | Sole Member | |
| BOTW Ammo, LLC | Sole Member | |
| Long Range Store, LLC | Sole Member | |

This *Periodic Report* contains separate reports (*Entity Reports*) on the value, operations, and profitability of each Controlled Non-Debtor Entity.

Each *Entity Report* consists of five exhibits.

*Exhibit A* contains the most recently available: balance sheet, statement of income (*loss*), statement of cash flows, and a statement of changes in shareholders' or partners' equity (*deficit*) for the period covered by the *Entity Report*, along with summarized footnotes.

*Exhibit B* describes the Controlled Non-Debtor Entity's business operations.

*Exhibit C* describes claims between the Controlled Non-Debtor Entity and any other Controlled Non-Debtor Entity.

*Exhibit D* describes how federal, state or local taxes, and any tax attributes, refunds, or other benefits, have been allocated between or among the Controlled Non-Debtor Entity and any Debtor or any other Controlled Non-Debtor Entity and includes a copy of each tax sharing or tax allocation agreement to which the Controlled Non-Debtor Entity is a party with any other Controlled Non-Debtor Entity.

*Exhibit E* describes any payment, by the Controlled Non-Debtor Entity, of any claims, administrative expenses or professional fees that have been or could be asserted against any Debtor, or the incurrence of any obligation to make such payments, together with the reason for the entity's payment thereof or incurrence of any obligation with respect thereto.

**This *Periodic Report* must be signed by a representative of the trustee or debtor in possession.**

| Debtor Name | BOTW Holdings, LLC | Case number | 24-20138 |
|---|---|---|---|

The undersigned, having reviewed the *Entity Reports* for each Controlled Non-Debtor Entity, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that to the best of his or her knowledge, (i) this *Periodic Report* and the attached *Entity Reports* are complete, accurate, and truthful to the best of his or her knowledge, and (ii) the Debtor did not cause the creation of any entity with actual deliberate intent to evade the requirements of Bankruptcy Rule 2015.3

**For non-individual Debtors:**

✗ _____
Signature of Authorized Individual

_Chase Myers, Manager_____
Printed name of Authorized Individual

Date _____
      MM /  DD  / YYYY

**For individual Debtors:**

✗ _____       ✗ _____
Signature of Debtor 1                               Signature of Debtor 2

_____       _____
Printed name of Debtor 1                           Printed name of Debtor 2

Date _____                                   Date _____
      MM /  DD  / YYYY                                     MM /  DD  / YYYY

Debtor Name _____    Case number_____

The undersigned, having reviewed the *Entity Reports* for each Controlled Non-Debtor Entity, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that to the best of his or her knowledge, (i) this *Periodic Report* and the attached *Entity Reports* are complete, accurate, and truthful to the best of his or her knowledge, and (ii) the Debtor did not cause the creation of any entity with actual deliberate intent to evade the requirements of Bankruptcy Rule 2015.3

| **For non-individual Debtors:** | ✗ _____ |
| | Signature of Authorized Individual |
| | Chase Myers |
| | Printed name of Authorized Individual |
| | Date __05/10/2024__ |
| | MM / DD / YYYY |

| **For individual Debtors:** | ✗ _____ | ✗ _____ |
| | Signature of Debtor 1 | Signature of Debtor 2 |
| | Printed name of Debtor 1 | Printed name of Debtor 2 |
| | Date _____ | Date _____ |
| | MM / DD / YYYY | MM / DD / YYYY |

Debtor Name _____    Case number_____

**Exhibit A: Financial Statements for [**Name of Controlled Non-Debtor Entity**]**

Debtor Name _____     Case number_____

**Exhibit A-1: Balance Sheet for [Name of Controlled Non-Debtor Entity] as of** [date]

Best of the West Arms, Best of the West Ammo, Long Range Store

[Provide a balance sheet dated as of the end of the most recent 3-month period of the current fiscal year and as of the end of the preceding fiscal year.

Describe the source of this information.]

Attached below.

# Balance Sheet

As of 03/31/2024
Best of the West Arms, LLC

Journals: All
Analytic Accounts: All
Analytic Tags: All

|  | As of 03/31/2024 |
|---|---|

**ASSETS**

| | |
|---|---|
| **Current Assets** | |
| **Bank and Cash Accounts** | |
| 106000 First Bank Checking | $ 17,154.32 |
| 108000 Cash | $ 4,191.46 |
| **Total Bank and Cash Accounts** | **$ 21,345.78** |
| **Receivables** | |
| 120000 Accounts Receivable | $ 343,471.66 |
| 120001 Intercompany Accounts Receivable | $ 0.00 |
| **Total Receivables** | **$ 343,471.66** |
| **Current Assets** | |
| 102000 Auth.net Account | $ 10,705.00 |
| 106100 FBW O/S Receipts | $ 0.00 |
| 106200 FBW O/S Payments | $ -18,479.09 |
| 106300 FB Bank Statement Clearing | $ 1,608.43 |
| 108200 Cash O/S Payments | $ -1,000.00 |
| 108900 Liquidity Transfer | $ 0.00 |
| 120099 AR Conversion (DNU) | $ 0.00 |
| 130000 Inventory Raw Materials | $ 2,462,074.03 |
| 130200 Stock Interim (Delivered) | $ -16,627.56 |
| 130500 Manufacturing WIP | $ 1,325.91 |
| 131000 Inventory Finished Goods | $ 1,755,897.67 |
| 139998 Inventory Conversion (DNU) | $ 0.00 |
| 139999 Inventory Suspense | $ 0.00 |
| 140000 Employee Purchases | $ 0.00 |
| 149999 Trial Balance Suspense Account | $ 0.00 |
| 180100 Due from Huskemaw Optics | $ 67,577.64 |
| 180200 Due from BOTW Ammo | $ 1,174.26 |
| 180400 Due from BOTW Productions | $ 8,600.00 |
| 180500 Due from LRS | $ 1,346.40 |
| 180600 Due from BOTW Holdings | $ 11,558.84 |
| **Total Current Assets** | **$ 4,285,761.53** |
| **Prepayments** | |
| 141000 Prepaid Expenses & Deposits | $ -1,061.12 |
| **Total Prepayments** | **$ -1,061.12** |
| **Total Current Assets** | **$ 4,649,517.85** |
| **Plus Fixed Assets** | |
| 150000 Buildings | $ 25,410.04 |
| 151000 Furniture and Office Equipment | $ 31,206.96 |
| 152000 Leasehold Improvements | $ 563.40 |
| 153000 Manufacturing Equipment | $ 646,378.21 |
| 154000 Software | $ 0.00 |
| 155000 Vehicles | $ 26,870.00 |
| 160000 Accumulated Depreciation Buildings | $ -14,977.56 |
| 161000 Accumulated Depreciation F&E | $ -34,363.59 |
| 163000 Accumulated Depreciation Manufacturing Equipment | $ -582,750.61 |
| 165000 Accumulated Depreciation Vehicles | $ -24,829.29 |
| 170000 Intangibles | $ 6,250.00 |
| 179000 Accumulated Amortization | $ -1,354.18 |

|  | As of 03/31/2024 |
|---|---|
| **Total Plus Fixed Assets** | **$ 78,403.38** |
| **Plus Non-current Assets** | **$ 0.00** |
| **Total ASSETS** | **$ 4,727,921.23** |

**LIABILITIES**

| | |
|---|---|
| **Current Liabilities** | |
| **Current Liabilities** | |
| 200099 AP Conversion (DNU) | $ 0.00 |
| 220100 Stock Interim (Received) | $ -6,487.93 |
| 230000 Sales Tax Payable | $ 40.33 |
| 230001 Use Tax Payable | $ 0.00 |
| 240000 First Bank CC | $ 25,938.19 |
| 240500 Customer Deposits | $ 5,638.91 |
| 242000 Outstanding Payments | $ 636.25 |
| 280100 Due to Huskemaw Optics | $ 19,680.06 |
| 280200 Due to BOTW Ammo | $ 374.53 |
| 280400 Due to BOTW Productions | $ 14,969.46 |
| 280600 Due to BOTW Holdings | $ 1,265,291.62 |
| **Total Current Liabilities** | **$ 1,326,081.42** |
| **Payables** | |
| 200000 Accounts Payable | $ 26,098.45 |
| 200001 Intercompany Accounts Payable | $ 15,126.00 |
| **Total Payables** | **$ 41,224.45** |
| **Total Current Liabilities** | **$ 1,367,305.87** |
| **Plus Non-current Liabilities** | |
| 271000 N/P Haas CNC Loan | $ 0.00 |
| **Total Plus Non-current Liabilities** | **$ 0.00** |
| **Total LIABILITIES** | **$ 1,367,305.87** |

**EQUITY**

| | |
|---|---|
| **Unallocated Earnings** | |
| **Current Year Unallocated Earnings** | |
| Current Year Earnings | $ -26,598.05 |
| Current Year Allocated Earnings | $ 0.00 |
| **Total Current Year Unallocated Earnings** | **$ -26,598.05** |
| Previous Years Unallocated Earnings | $ -959,262.64 |
| **Total Unallocated Earnings** | **$ -985,860.69** |
| **Retained Earnings** | |
| 350000 Holdings Additional Paid in Capital | $ 2,626,215.92 |
| 390000 Retained Earnings | $ 1,720,260.13 |
| **Total Retained Earnings** | **$ 4,346,476.05** |
| **Total EQUITY** | **$ 3,360,615.36** |

| | |
|---|---|
| **LIABILITIES + EQUITY** | **$ 4,727,921.23** |

# Balance Sheet

As of 03/31/2024
Best of the West Ammo

Journals: All
Analytic Accounts: All
Analytic Tags: All

| | As of 03/31/2024 |
|---|---|

## ASSETS

| | |
|---|---|
| **Current Assets** | |
| **Bank and Cash Accounts** | |
| 106000 First Bank Checking | $ 7,593.10 |
| **Total Bank and Cash Accounts** | **$ 7,593.10** |
| **Receivables** | |
| 120000 Accounts Receivable | $ 0.00 |
| 120001 Intercompany Accounts Receivable | $ 5,300.00 |
| **Total Receivables** | **$ 5,300.00** |
| **Current Assets** | |
| 106100 FBW O/S Receipts | $ 0.00 |
| 106200 FBW O/S Payments | $ 471.90 |
| 108900 Liquidity Transfer | $ 0.00 |
| 130000 Inventory Raw Materials | $ 529,002.02 |
| 130200 Stock Interim (Delivered) | $ 0.00 |
| 130500 Manufacturing WIP | $ 0.00 |
| 131000 Inventory Finished Goods | $ 0.00 |
| 139998 Inventory Conversion (DNU) | $ 0.00 |
| 139999 Inventory Suspense | $ 0.00 |
| 180100 Due from Huskemaw Optics | $ 0.00 |
| 180300 Due from BOTW Arms | $ 374.53 |
| 180600 Due from BOTW Holdings | $ 1,174.20 |
| **Total Current Assets** | **$ 531,022.65** |
| **Prepayments** | **$ 0.00** |
| **Total Current Assets** | **$ 543,915.75** |
| **Plus Fixed Assets** | |
| 153000 Manufacturing Equipment | $ 39,450.49 |
| 163000 Accumulated Depreciation Manufacturing Equipment | $ -39,450.49 |
| **Total Plus Fixed Assets** | **$ 0.00** |
| **Plus Non-current Assets** | **$ 0.00** |
| **Total ASSETS** | **$ 543,915.75** |

## LIABILITIES

| | |
|---|---|
| **Current Liabilities** | |
| **Current Liabilities** | |
| 200099 AP Conversion (DNU) | $ 0.00 |
| 220100 Stock Interim (Received) | $ -13,152.00 |
| 280300 Due to BOTW Arms | $ 1,174.26 |
| 280600 Due to BOTW Holdings | $ 33,937.96 |
| **Total Current Liabilities** | **$ 21,960.22** |
| **Payables** | |
| 200000 Accounts Payable | $ 1,410.36 |
| **Total Payables** | **$ 1,410.36** |
| **Total Current Liabilities** | **$ 23,370.58** |
| **Plus Non-current Liabilities** | **$ 0.00** |
| **Total LIABILITIES** | **$ 23,370.58** |

As of 03/31/2024

**EQUITY**

| | |
|---|---|
| **Unallocated Earnings** | |
| **Current Year Unallocated Earnings** | |
| Current Year Earnings | $ -3,664.97 |
| Current Year Allocated Earnings | $ 0.00 |
| **Total Current Year Unallocated Earnings** | $ -3,664.97 |
| **Previous Years Unallocated Earnings** | $ -105,335.94 |
| **Total Unallocated Earnings** | $ -109,000.91 |
| **Retained Earnings** | |
| 350000 Holdings Additional Paid in Capital | $ 306,387.83 |
| 390000 Retained Earnings | $ 323,158.25 |
| **Total Retained Earnings** | $ 629,546.08 |
| **Total EQUITY** | $ 520,545.17 |

| | |
|---|---|
| **LIABILITIES + EQUITY** | $ 543,915.75 |

# Balance Sheet

As of 03/31/2024
Long Range Store

Journals: All
Analytic Accounts: All
Analytic Tags: All

| | As of 03/31/2024 |
|---|---|

**ASSETS**

| | |
|---|---|
| **Current Assets** | |
| **Bank and Cash Accounts** | **$ 0.00** |
| **Receivables** | **$ 0.00** |
| **Current Assets** | |
| 106100 FBW O/S Receipts | $ 500.00 |
| 106200 FBW O/S Payments | $ 0.00 |
| **Total Current Assets** | **$ 500.00** |
| **Prepayments** | **$ 0.00** |
| **Total Current Assets** | **$ 500.00** |
| **Plus Fixed Assets** | **$ 0.00** |
| **Plus Non-current Assets** | **$ 0.00** |
| **Total ASSETS** | **$ 500.00** |

**LIABILITIES**

| | |
|---|---|
| **Current Liabilities** | |
| **Current Liabilities** | |
| 280300 Due to BOTW Arms | $ 1,346.40 |
| 280600 Due to BOTW Holdings | $ 60.00 |
| **Total Current Liabilities** | **$ 1,406.40** |
| **Payables** | |
| 200000 Accounts Payable | $ 0.00 |
| **Total Payables** | **$ 0.00** |
| **Total Current Liabilities** | **$ 1,406.40** |
| **Plus Non-current Liabilities** | **$ 0.00** |
| **Total LIABILITIES** | **$ 1,406.40** |

**EQUITY**

| | |
|---|---|
| **Unallocated Earnings** | |
| **Current Year Unallocated Earnings** | |
| Current Year Earnings | $ 0.00 |
| Current Year Allocated Earnings | $ 0.00 |
| **Total Current Year Unallocated Earnings** | **$ 0.00** |
| Previous Years Unallocated Earnings | $ -1,406.40 |
| **Total Unallocated Earnings** | **$ -1,406.40** |
| **Retained Earnings** | |
| 350000 Holdings Additional Paid in Capital | $ 500.00 |
| **Total Retained Earnings** | **$ 500.00** |
| **Total EQUITY** | **$ -906.40** |

| | |
|---|---|
| **LIABILITIES + EQUITY** | **$ 500.00** |

Debtor Name _____    Case number_____

**Exhibit A-2: Statement of Income (*Loss*) for [**Name of Controlled Non-Debtor Entity**] for period ending** [date]

[Provide a statement of income (*loss*) for the following periods:

(i) For the initial report:

    a.  the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

    b.  the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]

Attached below.

# Profit and Loss

**2023**
Best of the West Arms, LLC

Journals: All
Analytic Accounts: All
Analytic Tags: All

| | 2023 |
|---|---|

**Gross Profit**

| | |
|---|---|
| **Gross Profit** | |
| **Operating Income** | |
| 400000 Arms Sales | $ 227,057.92 |
| 402000 Crossbow Package Sales | $ 18,411.46 |
| 403000 Firearms Sales | $ 147,388.50 |
| 404000 Muzzeloader Sales | $ 12,272.00 |
| 405000 Rifle Sales | $ 3,162,753.57 |
| 406000 Shotgun Sales | $ 2,660.00 |
| 408000 Other Firearms Sales | $ 1,436.40 |
| 409999 Misc. Product Sales | $ 93,218.99 |
| 410000 Shipping and Delivery Income | $ 27,137.73 |
| 480000 Discounts | $ -5,726.27 |
| 490000 Uncategorized Income | $ -37,722.79 |
| **Total Operating Income** | **$ 3,648,887.51** |
| **Cost of Revenue** | |
| 500000 Cost of Goods Sold | $ 495,989.07 |
| 502000 Crossbow Package COGS | $ 19,178.20 |
| 503000 Firearms COGS | $ 106,561.41 |
| 504000 Muzzeloader COGS | $ 11,583.64 |
| 505000 Rifle COGS | $ 1,616,481.62 |
| 506000 Shotgun COGS | $ 1,279.39 |
| 508000 Purchase Price Variance | $ -13,490.93 |
| 509000 Other Firearms COGS | $ 1,298.00 |
| 510000 Direct Taxes | $ 137,086.28 |
| 540000 Outside Commissions | $ 77,596.95 |
| 550000 Freight and Shipping Costs | $ 70,903.33 |
| 560000 Demo Inventory | $ 63,089.89 |
| 570000 Scrap General | $ 3,258.99 |
| 580000 Inventory Adjustment | $ 111,823.46 |
| 599999 Error Account | $ -802.86 |
| **Total Cost of Revenue** | **$ 2,701,836.44** |
| **Total Gross Profit** | **$ 947,051.07** |
| **Total Gross Profit** | **$ 947,051.07** |

**Expenses**

| | |
|---|---|
| **Expenses** | |
| 601000 Advertising | $ 67,005.11 |
| 601100 Marketing Expense | $ 78,846.66 |
| 601500 Marketing Inventory Expense | $ 1,311.56 |
| 604000 Bank & Finance Charges | $ 22,916.72 |
| 605000 Charitable Contributions | $ 4,600.00 |
| 610000 Compensation - Salaries | $ 419,960.92 |
| 610200 Compensation - Hourly Wages | $ 370,801.66 |
| 610300 Compensation - Bonus | $ 21,308.24 |
| 611000 Compensation - Commissions | $ 11,194.43 |
| 612000 Compensation - Payroll Taxes | $ 70,054.61 |
| 613000 Compensation - Employee Benefits | $ 25,667.21 |

| | 2023 |
|---|---|
| 621000 Dues and Subscriptions | $ 19,576.33 |
| 623000 Interest Expense | $ 3,486.41 |
| 624000 Licenses and Fees | $ 550.00 |
| 626000 Office Supplies | $ 9,269.05 |
| 626500 Office Equipment <$2500 | $ 20,708.28 |
| 627000 Postage Expense | $ 33.38 |
| 628000 Professional Fees - Legal | $ 7,290.00 |
| 628300 Other Professional Fees | $ 4,765.00 |
| 629000 Rent Expense | $ 2,534.63 |
| 630000 Repairs and Maintenance | $ 14,185.33 |
| 632000 Meals 50% Deductible | $ 3,462.40 |
| 632100 Meals 100% Deductible | $ 3,592.22 |
| 633000 Travel Expense | $ 106,549.27 |
| 634000 Computer and Internet Expenses | $ 486.52 |
| 635000 Telephone Expense | $ 610.67 |
| 638000 Vehicle Expense | $ 3,011.17 |
| 650000 Fines and Penalties | $ 32,010.59 |
| **Total Expenses** | **$ 1,325,788.37** |
| **Depreciation** | |
| 620000 Depreciation Expense | $ 52.56 |
| **Total Depreciation** | **$ 52.56** |
| **Total Expenses** | **$ 1,325,840.93** |

| **Other Income/Expenses** | **$ 0.00** |
|---|---|

| **Net Profit** | **$ -378,789.86** |
|---|---|

# Profit and Loss

2023
Best of the West Ammo

Journals: All
Analytic Accounts: All
Analytic Tags: All

| | 2023 |
|---|---|

**Gross Profit**

| | |
|---|---|
| **Gross Profit** | |
| **Operating Income** | |
| 400000 Ammo Sales | $ 294,101.40 |
| 409999 Misc. Product Sales | $ 8.10 |
| **Total Operating Income** | **$ 294,109.50** |
| **Cost of Revenue** | |
| 500000 Cost of Goods Sold | $ 158,502.15 |
| 508000 Purchase Price Variance | $ -1,428.23 |
| 510000 Direct Taxes | $ 6,380.39 |
| 550000 Freight and Shipping Costs | $ 25.07 |
| 560000 Demo Inventory | $ 34.72 |
| 580000 Inventory Adjustment | $ 3,821.31 |
| 599999 Error Account | $ 365.18 |
| **Total Cost of Revenue** | **$ 167,700.59** |
| **Total Gross Profit** | **$ 126,408.91** |
| **Total Gross Profit** | **$ 126,408.91** |

**Expenses**

| | |
|---|---|
| **Expenses** | |
| 604000 Bank & Finance Charges | $ 30.00 |
| 610000 Compensation - Salaries | $ 25,855.84 |
| 610200 Compensation - Hourly Wages | $ 31,563.08 |
| 610300 Compensation - Bonus | $ 1,000.00 |
| 612000 Compensation - Payroll Taxes | $ 5,017.17 |
| 613000 Compensation - Employee Benefits | $ 1,895.18 |
| 626000 Office Supplies | $ 196.80 |
| 628000 Professional Fees - Legal | $ 7,765.46 |
| 650000 Fines and Penalties | $ -36.00 |
| **Total Expenses** | **$ 73,287.53** |
| **Depreciation** | **$ 0.00** |
| **Total Expenses** | **$ 73,287.53** |

| **Other Income/Expenses** | **$ 0.00** |
|---|---|

| **Net Profit** | **$ 53,121.38** |
|---|---|

# Profit and Loss

| 2023 | Journals: All |
| --- | --- |
| Long Range Store | Analytic Accounts: All |
| | Analytic Tags: All |

| | 2023 |
| --- | --- |

**Gross Profit**

| | |
| --- | --- |
| **Gross Profit** | |
| Operating Income | $ 0.00 |
| Cost of Revenue | $ 0.00 |
| **Total Gross Profit** | **$ 0.00** |
| **Total Gross Profit** | **$ 0.00** |

**Expenses**

| | |
| --- | --- |
| **Expenses** | |
| 601000 Advertising | $ 1,346.40 |
| 624000 Licenses and Fees | $ 60.00 |
| **Total Expenses** | **$ 1,406.40** |
| **Depreciation** | **$ 0.00** |
| **Total Expenses** | **$ 1,406.40** |

| **Other Income/Expenses** | **$ 0.00** |
| --- | --- |

| **Net Profit** | **$ -1,406.40** |
| --- | --- |

Debtor Name _____      Case number_____

---

**Exhibit A-3: Statement of Cash Flows for [**Name of Controlled Non-Debtor Entity**] for period ending [**date**]**

[Provide a statement of changes in cash position for the following periods:

(i) For the initial report:

    a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

    b. the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]

Debtor Name  _____          Case number_____

**Exhibit A-4: Statement of Changes in Shareholders'/Partners' Equity (*Deficit*) for [Name of Controlled Non-Debtor Entity] for period ending** [date]

[Provide a statement of changes in shareholders'/partners equity (*deficit*) for the following periods:

(i) For the initial report:

  a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

  b. the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

 Describe the source of this information.]

Debtor Name _____     Case number_____

## Exhibit B: Description of Operations for [Name of Controlled Non-Debtor Entity]

[Describe the nature and extent of the Debtor's interest in the Controlled Non-Debtor Entity.

Describe the business conducted and intended to be conducted by the Controlled Non-Debtor Entity, focusing on the entity's dominant business segments.

Describe the source of this information.]

Arms- Best of the West Arms manufactures and sells custom firearms; it also is a reseller of ammunition used in these rifle systems. It is a Business-to-Business model.

Ammo – Best of the West Ammo manufactures and sells custom ammunition.  The sole customer of Best of the West Ammo is Best of the West Arms

LRS – Long Range Store is the e-commerce platform that may be developed to potentially act as a dealer for Best of the West Arms.  It will be a Business-to-Consumer model.

Debtor Name _____     Case number_____

## Exhibit C: Description of Intercompany Claims

[List and describe the Controlled Non-Debtor Entity's claims against any other Controlled Non-Debtor Entity, together with the basis for such claims and whether each claim is contingent, unliquidated or disputed.

Describe the source of this information.]

Arms – Due from Huskemaw Optics:  amounts paid by Best of the West Arms via credit card on behalf of Huskemaw Optics.  Due from BOTW Holdings: amounts paid by Best of the West Arms via credit card on behalf of BOTW Holdings, LLC.

Ammo – Due from BOTW Holdings:  Ammo vendor payment was credited to BOTW Holdings credit card.

Debtor Name _____    Case number_____

## Exhibit D: Allocation of Tax Liabilities and Assets

[Describe how income, losses, tax payments, tax refunds, or other tax attributes relating to federal, state, or local taxes have been allocated between or among the Controlled Non-Debtor Entity and one or more other Controlled Non-Debtor Entities.

Include a copy of each tax sharing or tax allocation agreement to which the entity is a party with any other Controlled Non-Debtor Entity.

Describe the source of this information.]

Where expenses are easily identified, expenses paid by BOTW
Holdings have been passed on to the sub-entities.

Debtor Name _____    Case number_____

**Exhibit E: Description of Controlled Non-Debtor Entity's payments of Administrative Expenses, or Professional Fees otherwise payable by a Debtor**

[Describe any payment made, or obligations incurred (or claims purchased), by the Controlled Non-Debtor Entity in connection with any claims, administrative expenses, or professional fees that have been or could be asserted against any Debtor.

Describe the source of this information.]

Where expenses are easily identified, expenses paid by BOTW
Holdings have been passed on to the sub-entities.

 

Best of the West Holdings, LLC  115 W Yellowstone Ave, Cody, WY 82414

May 10, 2024

Chase Myers
EMAIL:  chase@botwholdings.com


In March of 2024, Stryk Group Holdings purchased 83.75 (67%) membership units in BOTW Holdings, LLC from the Christine E. Michaletz Revocable Living Trust u/t/a dated 9/13/2017 and the Joseph G. Michaletz Revocable Living Trust u/t/a dated 9/13/2017. Each trust still retains 20.65 membership units of BOTW Holdings, LLC in accordance with a court order restricting these units from transfer.


v/r
Chase Myers
COO

1