Bradley T. Hunsicker (Wyoming Bar No. 7-4579)
Markus Williams Young & Hunsicker LLC
2120 Carey Avenue, Suite 101
Cheyenne, WY 82001
Telephone: (307) 778-8178
Facsimile: (303) 830-0809
bhunsicker@MarkusWilliams.com

ATTORNEYS FOR
DEBTOR-IN-POSSESSION

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| In re:<br><br>BOTW HOLDINGS, LLC<br><br>    Debtor | Case No. 24-20138<br>Chapter 11 (Subchapter V) |
| In re:<br><br>HUSKEMAW OPTICS, LLC<br><br>    Debtor | Case No. 24-20141<br>Chapter 11 (Subchapter V) |
| In re:<br><br>BEST OF THE WEST PRODUCTIONS, LLC<br><br>    Debtor | Case No. 24-20142<br>Chapter 11 (Subchapter V)<br><br>**Jointly Administered Under<br>Case No. 24-20138** |

**SECOND MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

1

Debtors BOTW Holdings, LLC ("Holdings"), Huskemaw Optics, LLC ("Huskemaw"), and Best of the West Productions, LLC ("Productions") (collectively, the "Debtors"), debtors and debtors-in-possession in the above-captioned chapter 11 cases, by and through undersigned proposed counsel, hereby move the Court for entry of an order extending the deadline for the Debtors to file schedules of assets and liabilities and statements of financial affairs (the "Schedules and Statements") by seven (7) days through and including **Wednesday, June 12, 2024** (the "Extension") (the "Motion"). In support of this Motion, Debtors state as follows:[1]

## JURISDICTION AND VENUE

1. The Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b)(2). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The predicates for the relief requested herein are § 1116(3), Fed. R. Bankr. P. 1007 and 9006, and L.B.R. 1007-1.

## BACKGROUND

3. On April 19, 2024, Holdings separately filed a voluntary petition for relief under chapter 11, subchapter V, of the Bankruptcy Code.

---

[1] Unless otherwise specified, all references herein to "Section," "§," "Bankruptcy Code" and "Code" refer to the U.S. Bankruptcy Code, 11 U.S.C. § 101, *et seq.*

4. On April 21, 2024, Huskemaw separately filed a voluntary petition for relief under chapter 11, subchapter V, of the Bankruptcy Code.

5. On April 22, 2024, Productions separately filed a voluntary petition for relief under chapter 11, subchapter V, of the Bankruptcy Code.

6. On April 24, 2024, the Court entered its *Order Directing Joint Administration of Related Chapter 11 Cases for Procedural Purposes Only and Entry of Related Relief* [Doc. 13, Case No. 24-20138] (the "Joint Administration Order") pursuant to which the Debtors' chapter 11 cases are jointly administered for procedural purposes only under BOTW Holdings, LLC, case no. 24-20138.

7. The Debtors are authorized to operate their business as debtors-in-possession under §§ 1107(a) and 1108. No creditors' committee has been appointed in the Chapter 11 cases by the Office of the United States Trustee, nor has any trustee or examiner been requested or appointed.

8. On April 22, 2024, the Court entered its Deficiency Notice [Case No. 24-20142, Doc. 6; Case No. 24-20141, Doc. 7; Case No. 24-20138, Doc. 8], whereby the Court directed the Debtors to file certain necessary documents by the deadlines set forth therein.

9. On April 26, 2024, the Debtors filed their *Ex Parte Application for Entry of an Order Approving Employment of BMC Group, Inc.* [Doc. 24] (the "BMC Retention Application"), whereby Debtors sought to employ BMC to assist the Debtors in the preparation and filing of the Schedules and Statements.

3

10. On May 3, 2024, the Debtors filed their *Motion for Extension of Deadline to File Schedules of Assets and Liabilities and Statements of Financial Affairs* [Doc. 38] (the "First Extension Motion"), wherein Debtors sought an extension to file the Schedules and Statements to date that is fourteen (14) days after the Court enters an order addressing the BMC Retention Application.

11. As set forth in the First Extension Motion, the Debtors' complex financial affairs coupled with limited staffing necessitated outsourcing the preparation of the Schedules and Statements to BMC. However, BMC could not begin to perform services in connection with the same until the Court approved BMC's retention.

12. On May 22, 2024, the Court entered its Order approving the BMC Retention Application [Doc. 58] (the "Retention Approval Order").

13. Therefore, the current deadline for Debtors to file their Schedules and Statements is June 5, 2024 (that is, May 22, 2024, plus fourteen (14) days).

14. Upon the Court's entry of the Retention Approval Order, the Debtors promptly undertook diligent efforts with BMC to prepare the Schedules and Statements. However, Debtors' financial affairs are complex, and the parties have experienced challenges in preparing the Schedules and Statements within the limited time allotted to them (that is May 22, 2024, to the present, which time period also coincided with the Memorial Day weekend).

15. Therefore, Debtors submit that the Extension of seven (7) days through and including **Wednesday, June 12, 2024,** is critically essential for the Debtors and BMC to

4

prepare and submit the Schedules and Statements in a form that is substantive, detailed, and ultimately beneficial to the parties in review of the same.

16. Debtors submit that cause exists for purposes of Fed. R. Bankr. P. 9006(b)(1) for the Court to grant the Extension. Furthermore, insofar as the Extension protracts the deadline for the filing of the Schedules and Statements past the date set for the meeting of the creditors – May 21, 2024 – Debtors submit that there exist "exceptional circumstances" pursuant to L.B.R. 1007-1(B) to excuse the same. Similarly, Debtors submit that there exist extraordinary and compelling circumstances under § 1116(3) to grant the Extension despite the Extension creating a deadline that is more than thirty (30) days after the Petition Date.

17. Further, the 341 meeting of creditors has been continued until June 18, 2024. Thus, parties in interest will not be prejudiced by the Extension as they will have ample time to review the Schedules and Statements prior to the 341 meeting reconvening.

18. The relief requested in this Motion is not prohibited by Fed. R. Bankr. P. 9006(b)(2).

19. Debtors do not seek the Extension to hinder, delay, or vex the expeditious progression of these proceedings.

**NOTICE**

20. A copy of this Motion and proposed order will be served electronically via the Court's CM/ECF system upon the Office of the United States Trustee and Joli A. Lofstedt

Subchapter V trustee. The Debtors submit that, considering the nature of the relief requested, no other or further notice need be given.

**WHEREFORE,** the Debtors respectfully request the Court enter an order, substantially in the form of proposed order attached hereto, extending the deadline for the Debtors to file their Schedules and Statements by seven (7) days through and including **Wednesday, June 12, 2024**, and granting any such other and further relief as the Court deems just and proper.

Dated: May 31, 2024

Respectfully submitted,

MARKUS WILLIAMS YOUNG & HUNSICKER LLC

By: */s/ Bradley T. Hunsicker*
Bradley T. Hunsicker (Wyoming Bar No. 7-4579)
2120 Carey Avenue, Suite 101
Cheyenne, WY 82001
Telephone: (307) 778-8178
Facsimile: (307) 638-1975
bhunsicker@MarkusWilliams.com

*Counsel for the Debtors and Debtors-In-Possession*

# CERTIFICATE OF SERVICE

  I hereby certify that on May 31, 2024, I caused a true and correct copy of the foregoing **SECOND MOTION FOR EXTENSION OF DEADLINE TO FILE SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS** to be served, electronically, upon the parties indicated below via the Court's CM/ECF system:

Daniel J. Morse  
Assistant U.S. Trustee  
308 West 21st Street, Room 203  
Cheyenne, Wyoming 82001  
daniel.j.morse@usdoj.gov

Joli A. Lofstedt  
PO Box 270561  
Louisville, CO 80027  
joli@jaltrustee.com

Jennifer M. Godonis  
Crowley Fleck PLLP  
PO Box 394  
Cheyenne, WY 82003  
jgodonis@crowleyfleek.com

Timothy L. Woznick  
Crowley Fleck PLLP  
PO Box 394  
Cheyenne, WY 82003  
twoznick@crowleyfleck.com

             */s/ Bradley T. Hunsicker*  
             Bradley T. Hunsicker

4878-5367-2132, v. 1