# United States Bankruptcy Court
## District of Wyoming

In re **BOTW Holdings, LLC**        Case No. **24-20138**
Debtor(s)        Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **BOTW Holdings, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Stryk Group Holdings, LLC**
**215 Quail Run Road, Suite D**
**Bozeman, MT 59718**

☐ None [*Check if applicable*]

**June 7, 2024**        **/s/ Bradley T. Hunsicker**
Date        **Bradley T. Hunsicker**
       Signature of Attorney or Litigant
       Counsel for **BOTW Holdings, LLC**
       **Markus Williams Young & Hunsicker LLC**
       **2120 Carey Avenue, Suite 101**
       **Cheyenne, WY 82001**
       **307-778-8178 Fax:(303) 830-0809**
       **bhunsicker@markuswilliams.com**