# United States Bankruptcy Court
## District of Wyoming

In re  **BOTW Holdings, LLC**

Debtor(s)

Case No.    **24-20138**

Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Christine E. Michaletz Revocable Living Trust u/t/a dated 9/13/2017 1301 Stampede Ave. #2312 Cody, WY 82414** | | **20.625 units** | **Membership Interests** |
| **Joseph G. Michaletz Revocable Living Trust u/t/a dated 9/13/2017 1301 Stampede Ave. #2312 Cody, WY 82414** | | **20.625 units** | **Membership Interests** |
| **Stryk Group Holdings, LLC 215 Quail Run Road, Suite D Bozeman, MT 59718** | | **83.75 units** | **Membership Interests** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Operating Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **June  7, 2024**

Signature  **/s/ Chase Myers**

**Chase Myers**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.