**Fill in this information to identify the case:**

Debtor name: **BOTW Holdings, LLC**

United States Bankruptcy Court for the: District of **Delaware** (State)

Case number (If known): **24-20138**

Official Form 206D

☐ Check if this is an amended filing

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**
- ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
- ☑ Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.**
If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A* **Amount of Claim** Do not deduct the value | *Column B* **Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **s136** | **Creditor's name:** CHRYSLER CAPITAL <br> **Creditor's Mailing Address:** PO BOX 660335, DALLAS, TX 75266 <br> **Creditor's email address, if known:** <br> **Date debt was incurred:** <br> **Last 4 digts of account number:** 9263 <br> **Do multiple creditors have an interest in the same property?** <br> ☑ No <br> ☐ Yes. Have you already specified the relative priority? <br>    ☑ No. Specify each creditor, including this creditor and its relative priority. <br>    ☐ Yes. The relative priority of creditors is specified on lines ___ | **Describe debtor's property that is subject to a lien:** <br><br> **Describe the lien:** 2022 RAM loan <br><br> **Is the creditor an insider or related party?** <br> ☑ No <br> ☐ Yes <br> **Is anyone else liable on this claim?** <br> ☑ No. <br> ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H). <br><br> **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $34,636.09 | $36,259.00 |

| Debtor | BOTW Holdings, LLC | | 24-20138 |
|---|---|---|---|
| | Name | | Case Number (if known) |

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digts of account number for this entity |
|---|---|---|
| | | |

| Debtor | BOTW Holdings, LLC | 24-20138 |
|---|---|---|
| | Name | Case Number (if known) |

**Part 3:    Total Amounts of the Claims Secured by Property**

| | | Total of Claim Amounts |
|---|---|---|
| 3a. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | 3a. | $34,636.09 |