**Fill in this information to identify the case:**

Debtor name: **BOTW Holdings, LLC**

United States Bankruptcy Court for the: District of **Delaware** (State)

Case number (If known): **24-20138**

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:  All Creditors with PRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority Amount |
|---|---|---|---|

**2.1**
**s16**

**Priority creditor's name and mailing address**
ALYSSA MATUSKA
43 PANORAMA LANE
CODY, WY  82414

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
4/19/2024

**Last 4 digts of account number**

**Basis for the claim:**
50% OF NET PAYROLL FOR PPE 4/24/24; PD ON 5/3/24

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

**Is the claim subject to offset?**
☑ No
☐ Yes

$691.00    UNKNOWN

---

**2.2**
**s18**

**Priority creditor's name and mailing address**
CHRISTOPHER MOTA-HERNANDEZ
665 BEARTOOTH DRIVE
POWELL, WY  82435

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
4/19/2024

**Last 4 digts of account number**

**Basis for the claim:**
50% OF NET PAYROLL FOR PPE 4/24/24; PD ON 5/3/24

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

**Is the claim subject to offset?**
☑ No
☐ Yes

$793.94    UNKNOWN

---

**2.3**
**s19**

**Priority creditor's name and mailing address**
COLE REDMOND
743 LANE 36
BURLINGTON, WY  82411

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
4/19/2024

**Last 4 digts of account number**

**Basis for the claim:**
50% OF NET PAYROLL FOR PPE 4/24/24; PD ON 5/3/24

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

**Is the claim subject to offset?**
☑ No
☐ Yes

$865.66    UNKNOWN

| | |
|---|---|
| BOTW Holdings, LLC | 24-20138 |
| Debtor Name | Case Number (if known) |

# Part 1: All Creditors with PRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | | Total Claim | Priority Amount |
|---|---|---|---|---|
| 2.4 s13 | **Priority creditor's name and mailing address**<br>EMILY GRANT<br>30 SPICER LANE<br>PO BOX 2261<br>CODY, WY 82414<br><br>Date or dates debt was incurred<br>4/19/2024<br><br>Last 4 digts of account number<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____) | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>50% OF NET PAYROLL FOR PPE 4/24/24; PD ON 5/3/24<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | $918.25 | UNKNOWN |
| 2.5 s11 | **Priority creditor's name and mailing address**<br>ERNEST COOK<br>868 LANE 36<br>BURLINGTON, WY 82411<br><br>Date or dates debt was incurred<br>4/19/2024<br><br>Last 4 digts of account number<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____) | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>50% OF NET PAYROLL FOR PPE 4/24/24; PD ON 5/3/24<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | $1,147.69 | UNKNOWN |
| 2.6 s1 | **Priority creditor's name and mailing address**<br>GRADY STOVEY<br>1058 ROAD 8<br>POWELL, WY 82435<br><br>Date or dates debt was incurred<br>4/19/2024<br><br>Last 4 digts of account number<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____) | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>50% OF NET PAYROLL FOR PPE 4/24/24; PD ON 5/3/24<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | $770.87 | UNKNOWN |
| 2.7 s2 | **Priority creditor's name and mailing address**<br>IRS<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346<br><br>Date or dates debt was incurred<br>4/19/2024<br><br>Last 4 digts of account number<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____) | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>ACCRUED 941 TAXES FOR PPE 4/24/24; PD ON 5/8/24<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | $3,994.29 | UNKNOWN |

| | |
|---|---|
| BOTW Holdings, LLC | 24-20138 |
| Debtor Name | Case Number (if known) |

## Part 1: All Creditors with PRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority Amount |
|---|---|---|---|
| **2.8** **s20** | **Priority creditor's name and mailing address** IRS CENTRALIZED INSOLVENCY OPERATIONS PO BOX 7346 PHILADELPHIA, PA 19101-7346 **Date or dates debt was incurred** 4/19/2024 **Last 4 digts of account number** **Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** 4/19/2024 PPE 4/19/2 941 TAXES PD 4/24/24 **Is the claim subject to offset?** ☑ No ☐ Yes | $7,217.52 | UNKNOWN |
| **2.9** **s21** | **Priority creditor's name and mailing address** IRS CENTRALIZED INSOLVENCY OPERATIONS PO BOX 7346 PHILADELPHIA, PA 19101-7346 **Date or dates debt was incurred** **Last 4 digts of account number** **Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** ACCRUED 940 TAXES 4/1/24-4/19/24 **Is the claim subject to offset?** ☑ No ☐ Yes | $22.51 | UNKNOWN |
| **2.10** **s22** | **Priority creditor's name and mailing address** IRS CENTRALIZED INSOLVENCY OPERATIONS PO BOX 7346 PHILADELPHIA, PA 19101-7346 **Date or dates debt was incurred** 3/31/24 **Last 4 digts of account number** **Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** 3/31/24 - 2024-Q1 940 TAXES PAID 4/30/24 **Is the claim subject to offset?** ☑ No ☐ Yes | $658.90 | UNKNOWN |
| **2.11** **s17** | **Priority creditor's name and mailing address** JACOB MICHALETZ 1209 BLUE WATER COURT CODY, WY 82414 **Date or dates debt was incurred** 4/19/2024 **Last 4 digts of account number** **Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** 50% OF NET PAYROLL FOR PPE 4/24/24; PD ON 5/3/24 **Is the claim subject to offset?** ☑ No ☐ Yes | $1,090.31 | UNKNOWN |

**BOTW Holdings, LLC**
Debtor Name

**24-20138**
Case Number (if known)

# Part 1: All Creditors with PRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority Amount |
|---|---|---|---|

**2.12** **Priority creditor's name and mailing address**
s14
JAMES KINDT
3402 APPALACHIAN AVE
PO BOX 2935
CODY, WY  82414

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Total Claim: $1,096.58
Priority Amount: UNKNOWN

Date or dates debt was incurred
4/19/2024

Basis for the claim:
50% OF NET PAYROLL FOR PPE 4/24/24; PD ON 5/3/24

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.13** **Priority creditor's name and mailing address**
s9
JASON BYERLEY
43 BATTLEFILED TRAIL
POWELL, WY  82435

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Total Claim: $739.83
Priority Amount: UNKNOWN

Date or dates debt was incurred
4/19/2024

Basis for the claim:
50% OF NET PAYROLL FOR PPE 4/24/24; PD ON 5/3/24

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.14** **Priority creditor's name and mailing address**
s12
MADDISON GAIL
1726 1/2 ALGER AVE
APT 1
CODY, WY  82414

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Total Claim: $832.11
Priority Amount: UNKNOWN

Date or dates debt was incurred
4/19/2024

Basis for the claim:
50% OF NET PAYROLL FOR PPE 4/24/24; PD ON 5/3/24

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.15** **Priority creditor's name and mailing address**
s7
MORGAN ALLISON
2113 FRANKLIN ST APT #1
PO BOX 396
MEETEETSE, WY  82433

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Total Claim: $693.48
Priority Amount: UNKNOWN

Date or dates debt was incurred
4/19/2024

Basis for the claim:
50% OF NET PAYROLL FOR PPE 4/24/24; PD ON 5/3/24

Last 4 digts of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

Is the claim subject to offset?
☑ No
☐ Yes

**BOTW Holdings, LLC**
Debtor Name

**24-20138**
Case Number (if known)

# Part 1: All Creditors with PRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total Claim | Priority Amount |
|---|---|---|---|

**2.16** **s6**

**Priority creditor's name and mailing address**
PARK COUNTY TREASURER
1002 SHERIDAN AVE
SUITE 3
CODY, WY  82414

**Date or dates debt was incurred**
11/10/23

**Last 4 digts of account number**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PERSONAL PROPERTY TAX (2023 2ND HALF) PD 4/30/24

**Is the claim subject to offset?**
☒ No
☐ Yes

Total Claim: $636.08
Priority Amount: UNKNOWN

---

**2.17** **s10**

**Priority creditor's name and mailing address**
RYAN CHALUPSKY
3613 MAPLE LEAF AVE
CODY, WY  82414

**Date or dates debt was incurred**
4/19/2024

**Last 4 digts of account number**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
50% OF NET PAYROLL FOR PPE 4/24/24; PD ON 5/3/24

**Is the claim subject to offset?**
☒ No
☐ Yes

Total Claim: $1,663.30
Priority Amount: UNKNOWN

---

**2.18** **s15**

**Priority creditor's name and mailing address**
TERENCE KNUDSEN
704 NORTH 2770 WEST
PROVO, UT  84601

**Date or dates debt was incurred**
4/19/2024

**Last 4 digts of account number**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
50% OF NET PAYROLL FOR PPE 4/24/24; PD ON 5/3/24

**Is the claim subject to offset?**
☒ No
☐ Yes

Total Claim: $954.92
Priority Amount: UNKNOWN

---

**2.19** **s8**

**Priority creditor's name and mailing address**
TIMOTHY BUSHNELL
1201 MEADOW LANE
CODY, WY  82414

**Date or dates debt was incurred**
4/19/2024

**Last 4 digts of account number**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
50% OF NET PAYROLL FOR PPE 4/24/24; PD ON 5/3/24

**Is the claim subject to offset?**
☒ No
☐ Yes

Total Claim: $851.54
Priority Amount: UNKNOWN

---

| BOTW Holdings, LLC | | 24-20138 |
|---|---|---|
| Debtor Name | | Case Number (if known) |

**Part 1:** **All Creditors with PRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | | Total Claim | Priority Amount |
|---|---|---|---|---|
| 2.20 s3 | **Priority creditor's name and mailing address**<br>**UTAH STATE TAX COMMISSION**<br>210 N 1950 W,<br>SALT LAKE CITY, UT 84134<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digts of account number**<br><br>**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCRUED UTAH WH TAXES 4/1/24-4/19/24<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $242.53 | UNKNOWN |
| 2.21 s23 | **Priority creditor's name and mailing address**<br>**UTAH STATE TAX COMMISSION**<br>210 N 1950 W,<br>SALT LAKE CITY, UT 84134<br><br>**Date or dates debt was incurred**<br>3/31/24<br><br>**Last 4 digts of account number**<br><br>**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>3/31/24 - 2024Q1 UTAH WH TAXES PAID 4/30/24<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $582.06 | UNKNOWN |
| 2.22 s5 | **Priority creditor's name and mailing address**<br>**UTAH UI TAX**<br>UTAH DEPARTMENT OF WORKFORCE SERVICES<br>140 EAST 300 SOUTH<br>SALT LAKE CITY, UT 84145-0288<br><br>**Date or dates debt was incurred**<br>3/31/24<br><br>**Last 4 digts of account number**<br><br>**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>2024Q1 UTAH UI PAID 4/30/24<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $41.54 | UNKNOWN |
| 2.23 s24 | **Priority creditor's name and mailing address**<br>**UTAH UI TAX**<br>UTAH DEPARTMENT OF WORKFORCE SERVICES<br>140 EAST 300 SOUTH<br>SALT LAKE CITY, UT 84145-0288<br><br>**Date or dates debt was incurred**<br>4/19/24<br><br>**Last 4 digts of account number**<br><br>**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>4/19/24 - ACCRUED UTAH UI FOR Q2<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $17.31 | UNKNOWN |

| BOTW Holdings, LLC | | 24-20138 |
|---|---|---|
| Debtor Name | | Case Number (if known) |

# Part 1: All Creditors with PRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | | Total Claim | Priority Amount |
|---|---|---|---|---|
| 2.24<br>s4 | **Priority creditor's name and mailing address**<br>WYOMING DEPT OF WORKFORCE SERVICES<br>5221 YELLOWSTONE ROAD,<br>CHEYENNE, WY  82002 | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,724.44 | UNKNOWN |
| | **Date or dates debt was incurred**<br>3/31/24<br>**Last 4 digts of account number** | **Basis for the claim:**<br>2024Q1 WYOMING UI + WORK COMP PAID 4/30/24 | | |
| | **Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |

| | |
|---|---|
| BOTW Holdings, LLC | 24-20138 |
| Debtor Name | Case Number (if known) |

# Part 2: All Creditors with NONPRIORITY Unsecured Claims

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

Amount of Claim

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

---

**3.1**  **Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:**   $1,466.46

s130   AFLAC
PO BOX 673025
DALLAS, TX  75267

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   4/11/2024

Last 4 digts of account number   SA85

Basis for the claim:   EMPLOYEE PREMIUM FOR MAY

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.2**  **Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:**   $3,840.28

s131   AFLAC-ARGUS
PO BOX 673025
DALLAS, TX  75267

Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred   1/2023-8/2023

Last 4 digts of account number   8833

Basis for the claim:
PREMIUM NOT BILLED CORRECTLY AND NEVER PAID; SWITCHED PROVIDERS

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.3**  **Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:**   ($100.00)

s132   ANTLERS REALTY, INC.
802 CANYON AVE
CODY, WY  82414

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   4/5/2024

Last 4 digts of account number

Basis for the claim:
PAYMENT FOR DONATION TOWARDS MAY FUNDRAISER

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.4**  **Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:**   $1,495.24

s133   AVALARA INC
255 S KING STREET #1800
SEATTLE, WA  98104

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   3/31/24 & 4/6/24

Last 4 digts of account number   3130

Basis for the claim:   SOFTWARE FOR CALCUATING SALES TAX

Is the claim subject to offset?
☑ No
☐ Yes

---

**BOTW Holdings, LLC**
Debtor Name

**24-20138**
Case Number (if known)

# Part 2: All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.5** **Nonpriority creditor's name and mailing address**
s134  **BLACK HILLS ENERGY (BHE)**
PO BOX 7966
CAROL STREAM, IL  60197

As of the petition filing date, the claim is:  $781.75
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  4/12/24
Last 4 digts of account number  2731

Basis for the claim:  PRIOR MONTH NATURAL GAS USAGE

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**
s135  **CITY OF CODY UTILITIES**
1338 RUMSEY AVE
PO BOX 2200
CODY, WY  82414

As of the petition filing date, the claim is:  $1,326.77
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  4/8/24
Last 4 digts of account number  2014

Basis for the claim:  PRIOR MONTH ELECTRIC & WATER USAGE

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.7** **Nonpriority creditor's name and mailing address**
s137  **DEX IMAGING**
PO BOX 17299
CLEARWATER, FL  33762

As of the petition filing date, the claim is:  $253.10
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  4/10/24
Last 4 digts of account number  360S

Basis for the claim:  MONTHLY LEASE PAYMENT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.8** **Nonpriority creditor's name and mailing address**
s138  **FIRST BANK OF WYOMING**
1507 8TH ST
CODY, WY  82414

As of the petition filing date, the claim is:  $2,500,000.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
Last 4 digts of account number  0870

Basis for the claim:  LOC

Is the claim subject to offset?
☑ No
☐ Yes

---

**BOTW Holdings, LLC**
Debtor Name

**24-20138**
Case Number (if known)

### Part 2: All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.9** Nonpriority creditor's name and mailing address — As of the petition filing date, the claim is: — **$2,441,523.57**

s172  JOHN MCCALL
PO BOX 22409
CHEYENNE, WY 82003

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred

Last 4 digts of account number

Basis for the claim: JUDGMENT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.10** Nonpriority creditor's name and mailing address — As of the petition filing date, the claim is: — **$245.00**

s139  PROFFIT`S ENTERPRISES
3201 REESY ROAD
CODY, WY 82414

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   4/30/24

Last 4 digts of account number

Basis for the claim: APRIL ICE CONTROL & FERTILZATION

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.11** Nonpriority creditor's name and mailing address — As of the petition filing date, the claim is: — **$3,400.00**

s141  SAFARI CLUB INTERNATIONAL
4800 W GATES PASS RD
TUCSON, AZ 85745

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   9/30/23

Last 4 digts of account number

Basis for the claim: OVERPAYMENT ON 2024 SCI BOOTH

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.12** Nonpriority creditor's name and mailing address — As of the petition filing date, the claim is: — **$1,376.00**

s140  SBW & ASSOCIATES PC
931 RUMSEY AVE
PO BOX 637
CODY, WY 82414

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   3/31/24

Last 4 digts of account number

Basis for the claim: BOOKKEEPING SERVICES

Is the claim subject to offset?
☑ No
☐ Yes

---

| BOTW Holdings, LLC | 24-20138 |
|---|---|
| Debtor Name | Case Number (if known) |

## Part 2: All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $83.00 |
|---|---|---|---|
| s142 | TERMINIX OF WYOMING<br>731 N MCKINLEY<br>CASPER, WY  82601 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred   4/15/24 | Basis for the claim:   PEST CONTROL | |
| | Last 4 digts of account number   5137 | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $80,000.00 |
|---|---|---|---|
| s143 | YELLOWSTONE NATURAL HOLDINGS<br>215 QUAIL RUN RD<br>SUITE D<br>BOZEMAN, MT  59718 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred   3/21, 3/28 | Basis for the claim:   OPERATING LOAN | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| BOTW Holdings, LLC | | 24-20138 |
|---|---|---|
| Debtor Name | | Case Number (if known) |

## Part 3: List Others to Be Notified About Unsecured Claims

List in alphabetical order any others who must be notified for claims already listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 or Part 2 did you enter the related creditor? | Last 4 digts of account number for this entity |
|---|---|---|
| | | |

BOTW Holdings, LLC
Debtor Name

24-20138
Case Number (if known)

**Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | **Total of Claim Amounts** |
|---|---|---|
| **5a. Total Claims from Part 1** | 5a. | $30,246.60 |
| **5b. Total Claims from Part 2** | 5b. + | $5,035,691.17 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $5,065,937.77 |