**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | BOTW Holdings, LLC |
| United States Bankruptcy Court for the: | District of Delaware |
| Case Number (if known): 24-20138 | Chapter 11 |

☐ Check if this is an amended filing

## Official Form 206G
### SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES   12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest: CONSULTING AGREEMENT FOR SALES/MARKETING | APEX HUNTING SOLUTIONS<br>PO BOX 3101<br>CODY, WY  82414 |
| | State the term remaining: 4/15/2025 | |
| | List the contract number of any government contract: | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest: RICOH IM C3000 COPIER AT 115 W. YELLOWSTONE AVE | DEX IMAGING<br>PO BOX 17299<br>CLEARWATER, FL  33762 |
| | State the term remaining: 2/3/2028 | |
| | List the contract number of any government contract: | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest: EMPLOYEE DENTAL & VISION INSURANCE | METLIFE<br>PO BOX 804466<br>KANSAS CITY, MO  64180 |
| | State the term remaining: 9/30/2024 | |
| | List the contract number of any government contract: | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest: ACCOUNTING TRAINING & CONSULTATION | MICHALETZ HOLDINGS, LLC<br>150 ST. ANDREWS COURT<br>SUITE 210<br>MANKATO, MN  56001 |
| | State the term remaining: NOT SPECIFIED | |
| | List the contract number of any government contract: | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest: MARKETING SERVICES | SPOTTED BEAR MARKETING, LLC<br>1204 GLIDER LANE<br>UNIT A<br>BELGRADE, MT  59714 |
| | State the term remaining: MONTH TO MONTH | |
| | List the contract number of any government contract: | |

Debtor  BOTW Holdings, LLC                                    Case Number (if known):  24-20138
        Nam

☐ **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | CONSULTING SERVICES | STRYK GROUP USA<br>215 QUAIL RUN RD<br>SUITE D<br>BOZEMAN, MT  59718 |
| | State the term remaining | MONTH TO MONTH | |
| | List the contract number of any government contract | | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT | YELLOWSTONE AVE, LLC<br>150 ST. ANDREWS COURT<br>SUITE 210<br>MANKATO, MN  56001 |
| | State the term remaining | 9/30/2020 | |
| | List the contract number of any government contract | | |