**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | BOTW Holdings, LLC |
| United States Bankruptcy Court for the: | District of Delaware (State of) |
| Case Number (if known): 24-20138 | Chapter 11 |

☐ Check if this is an amended filing

## Official Form 206H
## SCHEDULE H - CODEBTORS

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No   Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2.** In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor Name and Mailing Address | Column 2: Creditor Name | Check all schedules that apply: |
|---|---|---|---|
| 2.1 | BEST OF THE WEST PRODUCTIONS, LLC<br>115 W YELLOWSTONE AVE<br>CODY, WY  82414 | JOHN MCCALL | ☐ D<br>☑ E/F<br>☐ G |
| 2.2 | CHRISTINE MICHALETZ<br>THE CHRISTINE E MICHALETZ REVOCABLE LIVING TRUST<br>DTD 9/13/2017<br>1301 STAMPEDE AVE #2312<br>CODY, WY  82414 | CHRYSLER CAPITAL | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 | CHRISTINE MICHALETZ<br>THE CHRISTINE E MICHALETZ REVOCABLE LIVING TRUST<br>DTD 9/13/2017<br>1301 STAMPEDE AVE #2312<br>CODY, WY  82414 | FIRST BANK OF WYOMING | ☐ D<br>☑ E/F<br>☐ G |
| 2.4 | HUSKEMAW OPTICS, LLC<br>115 W YELLOWSTONE AVE<br>CODY, WY  82414 | JOHN MCCALL | ☐ D<br>☑ E/F<br>☐ G |
| 2.5 | JOE MICHALETZ<br>THE JOESPH G MICHALETZ REVOCABLE LIVING TRUST<br>DTD 9/13/2017<br>1301 STAMPEDE AVE #2312<br>CODY, WY  82414 | FIRST BANK OF WYOMING | ☐ D<br>☑ E/F<br>☐ G |