**Fill in this information to identify the case:**

Debtor name: BOTW Holdings, LLC

United States Bankruptcy Court for the: District of Wyoming (State)

Case number (If known): 24-20138

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1: Income

1. **Gross revenue from business**

   ☑ None

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:** From ____ MM/DD/YYYY to Filing date | ☐ Operating a business ☐ Other ____ | $____ |
   | **For prior year:** From ____ MM/DD/YYYY to ____ MM/DD/YYYY | ☐ Operating a business ☐ Other ____ | $____ |
   | **For the year before that:** From ____ MM/DD/YYYY to ____ MM/DD/YYYY | ☐ Operating a business ☐ Other ____ | $____ |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:** From 01/01/2024 to Filing date | Credit Card Rewards | $9,218.32 |
   | **For prior year:** From 01/01/2023 to 12/31/2023 | None | $0.00 |
   | **For the year before that:** From 01/01/2022 to 12/31/2022 | None | $0.00 |

Official Form 207    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**    page 1

Debtor　__BOTW Holdings, LLC_____　　　Case number (*if known*) 24-20138_____
　　　　　Name

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

**3.1.**
__See Attached Rider_____　_____　$_____
Creditor's name

_____　_____
Street

_____
_____　_____
City　　　State　　ZIP Code

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☐ Other _____

**3.2.**
_____　_____　$_____
Creditor's name

_____　_____
Street

_____
_____　_____
City　　　State　　ZIP Code

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☐ Other _____

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|

**4.1.**
__See Attached Rider_____　_____　$_____　_____
Insider's name

_____　_____　　　　　　　　　　_____
Street

_____
_____　_____　　　　　　　　　　_____
City　　　State　　ZIP Code

**Relationship to debtor**
_____

**4.2.**
_____　_____　$_____　_____
Insider's name

_____　_____　　　　　　　　　　_____
Street

_____
_____　_____　　　　　　　　　　_____
City　　　State　　ZIP Code

**Relationship to debtor**
_____

Debtor  BOTW Holdings, LLC  
      Name

Case number (*if known*) 24-20138

---

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☑ None

   | Creditor's name and address | Description of the property | Date | Value of property |
   |---|---|---|---|
   | 5.1. | | | $ |
   | 5.2. | | | $ |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☑ None

   | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
   |---|---|---|---|
   | | Last 4 digits of account number: XXXX– __ __ __ __ | | $ |

---

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None

   | | Case title | Nature of case | Court or agency's name and address | Status of case |
   |---|---|---|---|---|
   | 7.1. | JOHN A. McCALL JR. v. BEST OF THE WEST PRODUCTIONS, LLC, et al. | Breach of Contract and Related Claims | District Court of the Fifth Judicial District<br>State of Wyoming, County of Park | ☑ Pending<br>☑ On appeal<br>☐ Concluded |
   | | **Case number** | | | |
   | | 29026 | | | |
   | 7.2. | **Case title** | | **Court or agency's name and address** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
   | | **Case number** | | | |

---

Official Form 207       **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**        page **3**

Debtor  BOTW Holdings, LLC                                 Case number (*if known*) 24-20138
       Name

8. **Assignments and receivership**

   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ☑ None

   | Custodian's name and address | Description of the property | Value |
   |---|---|---|
   | Custodian's name<br>Street<br>City  State  ZIP Code | Case title<br>Case number<br>Date of order or assignment | $_____<br>Court name and address<br>Name<br>Street<br>City  State  ZIP Code |

### Part 4: Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ☑ None

   | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
   |---|---|---|---|
   | 9.1. Recipient's name<br>Street<br>City  State  ZIP Code<br>Recipient's relationship to debtor | | | $_____ |
   | 9.2. Recipient's name<br>Street<br>City  State  ZIP Code<br>Recipient's relationship to debtor | | | $_____ |

### Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ☐ None

    | Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
    |---|---|---|---|
    | 2020 Dodge Ram. Truck was damaged by Harris Trucking & Construction Co. | $33,432.00 | 9/29/2023 | $33,432.00 |

Debtor  BOTW Holdings, LLC
Name                                        Case number (*if known*) 24-20138

### Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Markus Williams Young & Hunsicker LLC | | 1/2/24, 4/18/24 | $ 86,738.00 |

Address
2120 Carey Ave
Street
Suite 101
Cheyenne      MT      82001
City           State    ZIP Code

Email or website address
http://markuswilliams.com/

Who made the payment, if not debtor?
_____

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | _____ | _____ | $_____ |

Address
_____
Street
_____
City           State    ZIP Code

Email or website address
_____

Who made the payment, if not debtor?
_____

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| Trustee | | | |
| _____ | | | |

Debtor  BOTW Holdings, LLC _____    Case number (*if known*) 24-20138 _____
      Name

### 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. _____ <br> Address <br> _____ Street <br> _____ City  State  ZIP Code <br> Relationship to debtor <br> _____ | _____ <br><br> _____ | _____ | $_____ |
| 13.2. _____ <br> Address <br> _____ Street <br> _____ City  State  ZIP Code <br> Relationship to debtor <br> _____ | _____ <br><br> _____ | _____ | $_____ |

### Part 7:  Previous Locations

### 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. _____ Street <br> _____ City  State  ZIP Code | From _____  To _____ |
| 14.2. _____ Street <br> _____ City  State  ZIP Code | From _____  To _____ |

Official Form 207     **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**     page **6**

Debtor    BOTW Holdings, LLC _____    Case number (*if known*) 24-20138 _____
      Name

### Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ Facility name _____ Street _____ City  State  ZIP Code | _____ _____ **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. _____ _____ | _____ **How are records kept?** *Check all that apply:* ☐ Electronically ☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____ Facility name _____ Street _____ City  State  ZIP Code | _____ _____ **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. _____ _____ | _____ **How are records kept?** *Check all that apply:* ☐ Electronically ☐ Paper |

### Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained. _____

    Does the debtor have a privacy policy about that information?
    ☐ No
    ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

    ☐ No. Go to Part 10.
    ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

    Has the plan been terminated?
    ☐ No
    ☐ Yes

Debtor  BOTW Holdings, LLC  Case number (*if known*) 24-20138

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. Name / Street / City State ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |
| 18.2. Name / Street / City State ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name / Street / City State ZIP Code | _____ _____ _____ Address _____ _____ | _____ _____ _____ | ☐ No ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name / Street / City State ZIP Code | _____ _____ _____ Address _____ _____ | _____ _____ _____ | ☐ No ☐ Yes |

Debtor    BOTW Holdings, LLC        Case number (*if known*) 24-20138
       Name

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Name<br>Street<br>City  State  ZIP Code | | | $ |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____<br>**Case number**<br>_____ | Name<br>Street<br>City  State  ZIP Code | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name<br>Street<br>City  State  ZIP Code | Name<br>Street<br>City  State  ZIP Code | | |

Debtor    **BOTW Holdings, LLC**                          Case number (*if known*) 24-20138
Name

**24. Has the debtor notified any governmental unit of any release of hazardous material?**
☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City   State   ZIP Code | City   State   ZIP Code | | |

---

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | **See Attached Rider**<br>Name<br>Street<br>City   State   ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br>**Dates business existed**<br>From _____  To _____ |
| 25.2. | Name<br>Street<br>City   State   ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br>**Dates business existed**<br>From _____  To _____ |
| 25.3. | Name<br>Street<br>City   State   ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br>**Dates business existed**<br>From _____  To _____ |

Debtor   **BOTW Holdings, LLC**                                     Case number (*if known*) 24-20138
         Name

26. **Books, records, and financial statements**

    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

    ☐ None

    | | Name and address | Dates of service |
    |---|---|---|
    | 26a.1. | See Attached Rider<br>Name<br><br>Street<br><br>City         State         ZIP Code | From _____ To _____ |
    | 26a.2. | Name<br><br>Street<br><br>City         State         ZIP Code | From _____ To _____ |

    26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

    ☑ None

    | | Name and address | Dates of service |
    |---|---|---|
    | 26b.1. | Name<br><br>Street<br><br>City         State         ZIP Code | From _____ To _____ |
    | 26b.2. | Name<br><br>Street<br><br>City         State         ZIP Code | From _____ To _____ |

    26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

    ☐ None

    | | Name and address | If any books of account and records are unavailable, explain why |
    |---|---|---|
    | 26c.1. | Stryk Group USA, LLC<br>Name<br>215 Quail Run Rd Ste D<br>Street<br>Bozeman         MT         59718-5979<br>City         State         ZIP Code | _____<br>_____<br>_____ |

Official Form 207        **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**        page **11**

Debtor  BOTW Holdings, LLC                                    Case number (*if known*) 24-20138
　　　　　Name

|  | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.2. | _____ Name <br> _____ Street <br> _____ <br> City　　　　State　　ZIP Code | _____ <br> _____ <br> _____ |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

|  | Name and address |
|---|---|
| 26d.1. | First Bank of Wyoming <br> Name <br> 245 E 1st Street <br> Street <br> _____ <br> Powell　　　　　　　　　　WY　　　　82435 <br> City　　　　　　　　　　　　State　　　ZIP Code |
| 26d.2. | _____ <br> Name <br> _____ <br> Street <br> _____ <br> City　　　　　　　　　　　　State　　　ZIP Code |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

|  | Name and address of the person who has possession of inventory records |
|---|---|
| 27.1. | _____ <br> Name <br> _____ <br> Street <br> _____ <br> City　　　　　　　　　　　　State　　　ZIP Code |

Debtor  BOTW Holdings, LLC  
Name

Case number (*if known*) 24-20138

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| | _____ | _____ | $_____ |

| | Name and address of the person who has possession of inventory records |
|---|---|
| 27.2. | |
| | Name |
| | Street |
| | City    State    ZIP Code |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Stryk Group Holdings, LLC | 215 Quail Run road, Ste D, Bozeman, MT 59718 | Member | 67% |
| Jeff Edwards | 91 Big Chief Trail, Bozeman, MT 59718 | Manager | 73% of ownership above |
| Chase Myers | 241 Falconers Way, Bozeman, MT 59718 | Manager | 27% of ownership above |
| | | | |
| | | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No  
☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Christine Michaletz | 1301 Stampede Ave. 2312, Cody, WY 82414 | Chief Operating Officer, 50% interest | From Unknown To 3/8/24 |
| Joseph Michaletz | 1301 Stampede Ave. 2312, Cody, WY 82414 | Chief Exec Officer, 50% interest | From Unknown To 3/8/24 |
| | | | From _____ To _____ |
| | | | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No  
☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | See Attached Rider | _____ | _____ | _____ |
| | Name | | | |
| | Street | | | _____ |
| | | | | |
| | City    State    ZIP Code | | | _____ |
| | Relationship to debtor | | | |
| | | | | _____ |

Official Form 207    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**    page 13

Debtor   BOTW Holdings, LLC _____   Case number (*if known*) 24-20138_____
      Name

**Name and address of recipient**

30.2 _____
    Name

_____
Street

_____

_____
City          State      ZIP Code

**Relationship to debtor**

_____

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☐ No
☒ Yes. Identify below.

| **Name of the parent corporation** | **Employer Identification number of the parent corporation** |
|---|---|
| BOTW Holdings, LLC | EIN: 8 5 – 2 0 4 6 5 9 3 |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☒ No
☐ Yes. Identify below.

| **Name of the pension fund** | **Employer Identification number of the pension fund** |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

## Part 14:  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/12/2024
           MM / DD / YYYY

✗ /s/ Chase Myers_____   Printed name  Chase Myers_____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  Manager_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☒ Yes

**BOTW Holdings, LLC**                                                                                              Case Number:  24-20138

| Part 2: | Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy<br>List Certain Transfers Made Before Filing Bankruptcy |
|---|---|

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

| | Creditors Name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 3.1 | Entre Technology Services<br>1501 14th St W #201<br>Billings MT 59102 | 1/26/24<br>2/7/24<br>3/11/24<br>4/5/24 | $10,894.24 | Office 365 licenses |
| 3.2 | Hall & Evans LLC<br>1001 17th Street, Suite 300<br>Denver CO 80202-2084 | 1/29/24<br>2/7/24<br>3/21/24<br>4/12/24 | $54,004.28 | legal fees |
| 3.3 | Open Source Integrators (OSI)<br>PO Box 940<br>Higley AZ 85236 | 1/29/24<br>2/7/24<br>2/29/24<br>3/21/24 | $30,240.00 | Odoo management |
| 3.4 | SBW & Associates PC<br>931 Rumsey Ave<br>PO Box 637<br>Cody WY 82414 | 1/29/24<br>3/8/24<br>4/5/24 | $7,665.00 | Payroll processing |
| 3.5 | Spotted Bear Marketing Co.<br>1204 Glider Ln Unit A<br>Belgrade MT 59714-9443 | 2/7/24<br>4/5/24 | $16,666.00 | Marketing |
| 3.6 | Stryk Group USA, LLC<br>215 Quail Run Rd Ste D<br>Bozeman MT 59718-5979 | 2/7/24<br>2/29/24<br>3/28/24 | $135,000.00 | Consulting |
| 3.7 | Yellowstone Ave, LLC<br>150 Saint Andrews Ct., Ste 210<br>Mankato MN 56001 | 1/29/24<br>2/29/24<br>3/28/24 | $21,000.00 | Rent |
| 3.8 | Visa (First Bank of WY)<br>PO Box 17350<br>Denver CO 80217 | 1/24/24<br>2/22/24<br>3/26/24 | $124,914.25 | credit card statement |
| 3.9 | First Bank of Wyoming<br>245 E 1st Street<br>Powell WY 82435 | 1/13/24<br>2/1/24<br>2/14/24<br>2/14/24<br>2/29/24<br>3/14/24<br>3/28/24<br>3/29/24<br>4/15/24 | $56,161.78 | bank fees & interest on LOC |
| 3.10 | Montana Bucks & Ducks<br>4771 Blacktail Rd<br>Dillon MN 59725 | 3/28/2024 | $10,000.00 | 2 hunts- marketing |

**BOTW Holdings, LLC**                                                                                      Case Number:  24-20138

**Part 2: Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**
**List Certain Transfers Made Before Filing Bankruptcy**

4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| | Insiders Name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1 | Christine Michaletz<br>1301 Stampede Ave<br>#2312<br>Cody WY 82414<br><br>**Relationship to debtor:**<br>50% owner through 3/8/24 | 12/29/23<br>1/19/24 | $210,597.06 | Reimbursement for expenses paid personally related to 2023-2024 business operations |
| 4.2 | Stryk Group USA LLC<br>215 Quail Run Road<br>Suite D<br>Bozeman MT 59718<br><br>**Relationship to debtor:**<br>67% owner as of 3/8/24 | 3/28/2024 | $45,000.00 | consulting fees |
| 4.3 | Long Range Store, LLC<br>115 W Yellowstone Ave<br>Cody WY 82414<br><br>**Relationship to debtor:**<br>wholly owned by BOTW Holdings | 12/13/2023 | $500.00 | investment in entity |
| 4.4 | Best of the West Ammo, LLC<br>115 W Yellowstone Ave<br>Cody WY 82414<br><br>**Relationship to debtor:**<br>wholly owned by BOTW Holdings | 5/5/23<br>5/25/23<br>6/20/23<br>6/28/23<br>4/5/24 | $50,000.00 | investment in entity |
| 4.5 | Best of the West Arms, LLC<br>115 W Yellowstone Ave<br>Cody WY 82414<br><br>**Relationship to debtor:**<br>wholly owned by BOTW Holdings | 4/26/23<br>7/7/23<br>7/11/23<br>7/14/23<br>10/13/23<br>12/29/23<br>1/31/24<br>3/8/24 | $1,485,000.00 | investment in entity |
| 4.6 | Huskemaw Optics, LLC<br>115 W Yellowstone Ave<br>Cody WY 82414<br><br>**Relationship to debtor:**<br>wholly owned by BOTW Holdings | 5/5/2023 | $10,000.00 | investment in entity |

**BOTW Holdings, LLC** Case Number: **24-20138**

**Part 2:** **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**
List Certain Transfers Made Before Filing Bankruptcy

4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| | Insiders Name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.7 | Best of the West Productions, LLC<br>115 W Yellowstone Ave<br>Cody WY 82414<br><br>**Relationship to debtor:**<br>wholly owned by BOTW Holdings | 5/5/23<br>7/25/23<br>10/13/23<br>4/18/24 | $40,500.00 | investment in entity |

BOTW Holdings, LLC                                                                                          Case Number: 24-20138

| Part 13: | Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy<br>Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. Other businesses in which the debtor has or has had an interest within 6 years before filing.

|      | Business name and address | Describe the nature of the business | Employer Identification Number | Dates business existed From - To |
|------|---------------------------|-------------------------------------|--------------------------------|----------------------------------|
| 25.1 | Best of the West Arms, LLC<br>115 W. Yellowstone Ave<br>PO Box 1150<br>Cody, WY  82414 | Arms manufacturer | 85-3276293 | unknown-current |
| 25.2 | Best of the West Ammo, LLC<br>115 W. Yellowstone Ave<br>PO Box 1150<br>Cody, WY  82414 | Ammo manufacturer | 85-3216037 | unknown-current |
| 25.3 | Best of the West Productions, LCC<br>115 W. Yellowstone Ave<br>PO Box 1150<br>Cody, WY  82414 | Video production company | 20-8078845 | unknown-current |
| 25.4 | Huskemaw Optics, LLC<br>115 W. Yellowstone Ave<br>PO Box 1150<br>Cody, WY  82414 | Optics importer/seller | 65-1300239 | unknown-current |
| 25.5 | Long Range Store, LLC<br>115 W. Yellowstone Ave<br>PO Box 1150<br>Cody, WY  82414 | eCommerce Platform | unknown | 4/20/22-current |

**BOTW Holdings, LLC**      Case Number:  24-20138

| Part 13: | Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy Details About the Debtor's Business or Connections to Any Business |
|---|---|

26.  Books, records, and financial statements

    26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing the case

|  | Name | Address | Address 2 | City | State | Zip | Dates Services Rendered |
|---|---|---|---|---|---|---|---|
| 26a.1 | Nikki Blake | 1242 Hayes Ave | PO Box 82433 | Meeteetse | WY | 82433 | 4/20/22-12/20/22 |
| 26a.2 | Erin McCall | 1846 Hayes Ave | PO Box 277 | Meeteetse | WY | 82433 | 8/29/22-4/10/23 |
| 26a.3 | Laina Rajala | 2351 Excel Drive | | Mankato | MN | 56001 | 6/20/22-current |
| 26a.4 | Kelly Sullivan | 304 13th Street | | Belgrade | MT | 59714 | 2/20/24-current |
| 26.a.5 | Brittnee Brown | 56 Paseo Del Rey | | San Clemente | CA | 92673 | 1/17/24-current |
| 26a.5 | SBW & Associates PC | 931 Rumsey Ave | PO Box 637 | Cody | WY | 82414 | 4/20/22-current |
| 26a.6 | Eckberg Power LLC | 100 Madison Ave | | Mankato | MN | 56001 | 11/28/22-current |

BOTW Holdings, LLC  Case Number: 24-20138

## Part 13: Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
Details About the Debtor's Business or Connections to Any Business

30. Payments, distributions, or withdrawals in any form credited or given to insiders within 1 year before filing

| | Name | Address | City | State | Zip | Relationship to debtor | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|---|---|---|---|---|
| 30.1 | Stryk Group USA, LLC | 215 Quail Run Rd | Bozeman | MT | 59718 | Affiliate | $45,000.00 | 3/28/2024 | Bundled Consulting |
| 30.2 | Christine Michaletz | 1301 Stampede Ave #2312 | Cody | WY | 82414 | Former COO | $210,597 | 12/19/2023 01/19/2024 | Reimbursement for expenses paid personally |
| 30.3 | Long Range Store, LLC | 115 W Yellowstone Ave | Cody | WY | 82414 | Affiliate | $500 | 12/13/2023 | investment in entity |
| 30.4 | Best of the West Ammo, LLC | 115 W Yellowstone Ave | Cody | WY | 82414 | Affiliate | $50,000 | 5/5/23 5/25/23 6/20/23 6/28/23 4/5/24 | investment in entity |
| 30.5 | Best of the West Arms, LLC | 115 W Yellowstone Ave | Cody | WY | 82414 | Affiliate | $1,485,000.00 | 4/26/23 7/7/23 7/11/23 7/14/23 10/13/23 12/29/23 1/31/24 | investment in entity |
| 30.6 | Huskemaw Optics, LLC | 115 W Yellowstone Ave | Cody | WY | 82414 | Affiliate | $10,000.00 | 5/5/2023 | investment in entity |
| 30.7 | Best of the West Productions, LLC | 115 W Yellowstone Ave | Cody | WY | 82414 | Child company | $40,500.00 | 5/5/23 7/25/23 10/13/23 4/18/24 | investment in entity |