Bradley T. Hunsicker (Wyoming Bar No. 7-4579)
Markus Williams Young & Hunsicker LLC
2120 Carey Avenue, Suite 101
Cheyenne, WY 82001
Telephone: (307) 778-8178
Facsimile: (303) 830-0809
bhunsicker@MarkusWilliams.com

ATTORNEYS FOR
DEBTORS-IN-POSSESSION

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| In re:<br><br>BOTW HOLDINGS, LLC<br><br>Debtor | Case No. 24-20138<br>Chapter 11 (Subchapter V) |
| In re:<br><br>HUSKEMAW OPTICS, LLC<br><br>Debtor | Case No. 24-20141<br>Chapter 11 (Subchapter V) |
| In re:<br><br>BEST OF THE WEST PRODUCTIONS, LLC<br><br>Debtor | Case No. 24-20142<br>Chapter 11 (Subchapter V)<br><br>**Jointly Administered Under Case No. 24-20138** |

**GLOBAL NOTES, METHODOLOGY, AND SPECIFIC DISCLOSURES REGARDING DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

1

Debtors BOTW Holdings, LLC ("Holdings"), Huskemaw Optics, LLC ("Huskemaw"), and Best of the West Productions, LLC ("Productions") (collectively, the "Debtors"), debtors and debtors-in-possession in the above-captioned chapter 11 cases, with the assistance of its management, professionals, and advisors, have filed their Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements," and together with the Schedules, the "Schedules and Statements") with the United States Bankruptcy Court for the District of Wyoming (the "Bankruptcy Court") pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy.

These *Global Notes, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of the Debtors' Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled with the financial statements of the Debtors (whether publicly filed or otherwise). Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment and reflect the Debtors' reasonable efforts to report the Debtors' assets and liabilities.

2

In preparing the Schedules and Statements, the Debtors relied upon information derived from their books and records that was available at the time of preparation.  Although the Debtors have made reasonable efforts to ensure the accuracy and completeness of such financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised, or subsequent information, may cause material changes to the Schedules and Statements.

The Debtors and their officers, employees, agents, attorneys, and advisors do not guarantee or warrant the accuracy or completeness of the data that is provided in the Schedules and Statements and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained in the Schedules and Statements.  Except as expressly required by the Bankruptcy Code, the Debtors and their officers, employees, agents, attorneys, and advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided in the Schedules and Statements or to notify any third party should the information be updated, modified, revised, or re-categorized.  The Debtors, on behalf of themselves, their officers, employees, agents, and advisors disclaim any liability to any third party arising out of or related to the information contained in the Schedules and Statements and reserve all rights with respect thereto.

4882-2204-9988, v. 1

The Schedules and Statements have been signed by Chase Myers. Chase Myers is the Manager of Stryk Group Holdings, LLC, which is the majority member of Holdings, and he is also the Chief Operating Officer of Holdings. In reviewing and signing the Schedules and Statements, Chase Myers relied upon the efforts, statements, and representations of the Debtors' other personnel and professionals. Chase Myers has not personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors and their addresses.

Indeed, Chase Myers' (and Stryk Group Holdings, LLC) involvement with the Debtors only began in August of 2023. Prior to that point in time, the Debtors were owned and managed by different individuals/entities. Chase Myers has used his best efforts in consulting the Debtors' employees, professionals, and advisors to gauge the precise financial posturing of the Debtors and prepare the Schedules and Statements. Given these circumstances, the Debtors again disclaim any representations, warranties, or assurances as to the accuracy or completeness of the Schedules and Statements and reserve their right to amend these documents.

1. **Reservation of Rights.** Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to claim

("Claim") description or designation, dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to the amount, liability, priority, status, or classification, subsequently designate any Claim as "disputed," "contingent," or "unliquidated," or object to the extent, validity, enforceability, priority, or avoidability of any Claim. Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated."

Listing a Claim does not constitute an admission of liability by the Debtors. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' chapter 11 case, including, without limitation, issues involving Claims, defenses, equitable subordination, recharacterization, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph. Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements unless ordered to do so by the Bankruptcy Court.

2. **Description of Case and "as of" Information Date.**

The Debtors each filed separate, voluntary petition for relief pursuant to chapter 11 of the Bankruptcy Code and elected to proceed pursuant to Subchapter V of chapter 11 of the

5

Bankruptcy Code in the United States Bankruptcy Court for the District of Wyoming (the "Bankruptcy Court") on the following dates:

| Debtor | Petition Date |
|---|---|
| Holdings | April 19, 2024 |
| Huskemaw | April 21, 2024 |
| Productions | April 22, 2024 |

Unless otherwise stated, asset and liability information is as of the applicable Petition Date.

3. **Summary of Significant Reporting Policies.** Debtors adopted the following conventions in preparing the Schedules and Statements.

   a. Book Value. The Debtors assert that it could prove to be expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations for all its assets in light of the unique nature of their assets, *to wit*, specialized shooting systems that use specific components unique to the Debtors' brand. To the extent such a valuation becomes required, the Debtors believe that creditors would be better served if a court-appointed professional was retained for such a purpose as their valuation determinations could have meaningful implications in these jointly-administered cases. Accordingly, unless otherwise noted, each asset and liability of Debtors is as shown on the basis of the book value of the asset or liability in accordance with Debtors' accounting records as of the applicable Petition Date.

   b. Currency. All amounts are reflected in U.S. Dollars.

   c. Assets. Assets listed within the Schedules and Statements are presented without consideration of any liens including, but not limited to, materialman's or mechanic's liens, that may attach (or have attached) to such assets.

d. <u>Causes of Action.</u> Debtors have not necessarily set forth all claims or causes of action against third parties as assets in the Schedules and Statements. Debtors reserve all of their rights with respect to any such claims or causes of action they may have, and neither these Global Notes nor the Schedules or Statements shall be deemed a waiver of any such causes of action.

e. <u>Secured Claims.</u> Debtors reserve their rights to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D. Moreover, Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument (including without limitation, any intercompany agreement) related to such creditor's claim. Furthermore, secured claim amounts have been listed on Schedule D without regard to the value of assets secured thereby. Debtors made no attempt to estimate the fair market value as of the Petition Date of assets pledged pursuant to a secured obligation. Accordingly, deficiency claims of secured creditors were not listed on Schedule E/F Part 2 and such omission is not an admission by Debtors as to the sufficiency of collateral related to any secured claim listed on Schedule D. The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

f. <u>Priority Claims.</u> Priority claims related to various tax obligations have been listed on Schedule E/F Part 1. Moreover, although Debtors may have scheduled claims of various creditors as priority claims, Debtors reserve all rights to dispute or challenge the priority treatment of any such creditor's claim (or portion thereof) or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim. While reasonable efforts have been made, determination of the date upon which each claim in Schedule E/F Part 1 was incurred or arose would be unduly burdensome and cost prohibitive, and therefore, Debtors may not list a date for each claim listed on Schedule E/F Part 1.

g. <u>Intellectual Property Rights</u>. The exclusion of any intellectual property rights or interests shall not be construed as an admission that such intellectual property rights or interests have been abandoned, terminated, assigned,

7

expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property rights or interests shall not be construed to be an admission that such intellectual property rights or interests have not been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction. Debtors reserve all rights with respect to the legal status of any and all such intellectual property rights or interests.

4. **Disputed, Contingent, and/or Unliquidated Claims.** Schedules D and E/F permit Debtors to designate a claim as disputed, contingent and/or unliquidated. A failure to designate a claim on any of the Schedules as disputed, contingent and/or unliquidated does not constitute an admission that such claim is not subject to objection by Debtors. Debtors reserve the right to dispute, or assert offsets or defenses to, any claim reflected on the Schedules as to amount, liability or status.

5. **Recharacterization.** Notwithstanding the Debtors' reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors may, nevertheless, have improperly or inadvertently characterized, classified, categorized, designated, or omitted certain items. Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the applicable Petition Date and remain executory and unexpired postpetition.

4882-2204-9988, v. 1

6. **Global Notes Control.** In the event that the Schedules and/or Statements differs from the foregoing Global Notes, the Global Notes shall control.

Dated: June 11, 2024

Respectfully submitted,

MARKUS WILLIAMS YOUNG & HUNSICKER LLC

By: */s/ Bradley T. Hunsicker*
Bradley T. Hunsicker (Wyoming Bar No. 7-4579)
2120 Carey Avenue, Suite 101
Cheyenne, WY 82001
Telephone: (307) 778-8178
Facsimile: (307) 638-1975
bhunsicker@MarkusWilliams.com

*Counsel for the Debtors and Debtors-In-Possession*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 12, 2024, I caused a true and correct copy of the foregoing **GLOBAL NOTES, METHODOLOGY, AND SPECIFIC DISCLOSURES REGARDING DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS** to be served, electronically, upon the parties indicated below via the Court's CM/ECF system:

Jen Godonis on behalf of Creditor First Bank of Wyoming
jgodonis@crowleyfleck.com, twillingham@crowleyfleck.com

Joli A Lofstedt
joli@jaltrustee.com, ecf.alert+LofstedtWYB@titlexi.com,brenda@jaltrustee.com

Daniel J. Morse on behalf of U.S. Trustee US Trustee
daniel.j.morse@usdoj.gov

Randy L. Royal on behalf of Creditor Dale Caldwell
rlroyal@randylroyalpc.com,
wy03@ecfcbis.com;charlene@randylroyalpc.com;msanderton@randylroyalpc.com;receptionist@randylroyalpc.com;royalrr83485@notify.bestcase.com

Randy L. Royal on behalf of Creditor Jack Peterson
rlroyal@randylroyalpc.com,
wy03@ecfcbis.com;charlene@randylroyalpc.com;msanderton@randylroyalpc.com;receptionist@randylroyalpc.com;royalrr83485@notify.bestcase.com

US Trustee
USTPRegion19.cy.ecf@usdoj.gov

Timothy L. Woznick on behalf of Creditor First Bank of Wyoming
twoznick@crowleyfleck.com, twillingham@crowleyfleck.com

                                              */s/ Bradley T. Hunsicker*
                                              Bradley T. Hunsicker

4882-2204-9988, v. 1