UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF WYOMING
*Minutes of Proceeding*

FILED

10:02 am, 6/17/24

Tim J. Ellis
Clerk of Court

Date: June 12, 2024

HONORABLE Cathleen D. Parker, Presiding

Location: Telephone Conference

In re: BOTW Holdings, LLC
Debtor(s)
Case No: 24-20138
Chapter 11, Subchapter V

In re: Huskemaw Optics, LLC
Debtor(s)
Case No: 24-20141
Chapter 11, Subchapter V

In re: Best of the West Productions, LLC
Debtor(s)
Case No: 24-20142
Chapter 11, Subchapter V

**Jointly Administered Under Case No. 24-20138**

Appearances

| Role | Party | | Counsel |
|---|---|---|---|
| Debtor(s) | BOTW Holdings, LLC, et al. | Counsel | Brad Hunsicker |
| Trustee | Joli Lofstedt, Subchapter V Trustee | Counsel | *Pro se* |
| Trustee | United States Trustee | Counsel | Daniel J. Morse |
| Creditor | First Bank of Wyoming | Counsel | Timothy Woznick |

Proceedings: Case Management Status Conference

Witness sworn and testified:   N/A

Orders:
- ☐ Relief sought  ☐ Granted  ☐ Denied  ☐ Case Dismissed  ☐ Continued
- ☐ Matter taken under advisement
- ☐ Formal order or judgment to enter   To be prepared
- ☐ These minutes constitute the Court's official order in this matter

Chapter 11 status conference held.

BY THE COURT:

*Cathleen D. Parker*   6/17/2024

Honorable Cathleen D. Parker
United States Bankruptcy Judge