**Fill in this information to identify the case:**

Debtor Name _____

United States Bankruptcy Court for the: _____ District of _____

Case number: _____

❏ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: _____  Date report filed: _____
                                      MM / DD / YYYY

Line of business: _____  NAISC code: _____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: _____

Original signature of responsible party  _/s/_____

Printed name of responsible party  _____

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

|    | Question | Yes | No | N/A |
|----|----------|-----|-----|-----|
| 1. | Did the business operate during the entire reporting period? | ❏ | ❏ | ❏ |
| 2. | Do you plan to continue to operate the business next month? | ❏ | ❏ | ❏ |
| 3. | Have you paid all of your bills on time? | ❏ | ❏ | ❏ |
| 4. | Did you pay your employees on time? | ❏ | ❏ | ❏ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ❏ | ❏ | ❏ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ❏ | ❏ | ❏ |
| 7. | Have you timely filed all other required government filings? | ❏ | ❏ | ❏ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ❏ | ❏ | ❏ |
| 9. | Have you timely paid all of your insurance premiums? | ❏ | ❏ | ❏ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

|    | Question | Yes | No | N/A |
|----|----------|-----|-----|-----|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ❏ | ❏ | ❏ |
| 11. | Have you sold any assets other than inventory? | ❏ | ❏ | ❏ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ❏ | ❏ | ❏ |
| 13. | Did any insurance company cancel your policy? | ❏ | ❏ | ❏ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ❏ | ❏ | ❏ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ❏ | ❏ | ❏ |
| 16. | Has anyone made an investment in your business? | ❏ | ❏ | ❏ |

Debtor Name _____     Case number_____

17. Have you paid any bills you owed before you filed bankruptcy?   ❏ ❏ ❏

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ❏ ❏ ❏

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ _____

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.    $ _____

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.    − $ _____

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ _____

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    = $ _____

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $ _____

    *(Exhibit E)*

Debtor Name _____     Case number_____

# 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**  $ _____

    *(Exhibit F)*

# 5. Employees

26. What was the number of employees when the case was filed?   _____
27. What is the number of employees as of the date of this monthly report?   _____

# 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?   $ _____
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _____
30. How much have you paid this month in other professional fees?   $ _____
31. How much have you paid in total other professional fees since filing the case?   $ _____

# 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | *Column A* **Projected** Copy lines 35-37 from the previous month's report. | − | *Column B* **Actual** Copy lines 20-22 of this report. | = | *Column C* **Difference** Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ _____ | − | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | − | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | − | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:   $ _____
36. Total projected cash disbursements for the next month:   − $ _____
37. Total projected net cash flow for the next month:   = $ _____

Debtor Name  _____        Case number_____

# 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ❑  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

- ❑  39.  Bank reconciliation reports for each account.

- ❑  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

- ❑  41.  Budget, projection, or forecast reports.

- ❑  42.  Project, job costing, or work-in-progress reports.

BOTW Holdings April

Exhibit A

5. DIP accounts opened on 05/28.

Exhibit B

10. Old accounts still exist since DIP accounts weren't opened til 05/28.

17 and 18. Normal business expenses were paid accordingly. (utilities, Aflac, etc) List attached below.



Exhibit C

| Account Name | Processed Date | Description | Check Number | Credit or Debit | Amount |
|---|---|---|---|---|---|
| BOTW Holdings LLC | 4/26/2024 | TRSF FROM HUSKEMAW OPTICS LLC REIMBURSE DUE T | 426245222 | Credit | $ 10,000.00 |
| BOTW Holdings LLC | 4/26/2024 | TRSF FROM BOTW ARMS LLC REIMBURSE DUE TO HOLI | 426245248 | Credit | $ 64,000.00 |
| BOTW Holdings LLC | 4/19/2024 | TRANSFER FROM X0248 TO X3242 (Huskemaw to Holdings) | | Credit | $ 20,000.00 |
| | | | | **TOTAL** | **$ 94,000.00** |

Exhibit D

| Account Name | Paid Date | Payee | Credit or Debit | Amount | Purpose |
|---|---|---|---|---|---|
| BOTW Holdings LLC | 4/30/2024 | IRS | Debit | $ 658.90 | Payroll Taxes |
| BOTW Holdings LLC | 4/30/2024 | Cash Management (bank) | Debit | $ 35.00 | Bank Fee |
| BOTW Holdings LLC | 4/30/2024 | Godaddy.com | Debit | $ 22.17 | Dues/Subscriptions |
| BOTW Holdings LLC | 4/29/2024 | Stryk Group USA | | $ 45,000.00 | Professional Fees |
| BOTW Holdings LLC | 4/29/2024 | Yellowstone Ave, LLC | | $ 11,121.50 | Rent and Property Tax |
| BOTW Holdings LLC | 4/29/2024 | Open Source Integrators | Debit | $ 7,500.00 | Software (odoo) |
| BOTW Holdings LLC | 4/29/2024 | Spotted Bear Marketing | Debit | $ 3,063.92 | Reimburse for camera equipment |
| BOTW Holdings LLC | 4/29/2024 | Aflac | Debit | $ 1,466.46 | Supplemental EE insurance |
| BOTW Holdings LLC | 4/29/2024 | Spotted Bear Marketing | Debit | $ 8,333.00 | Marketing/Consulting (Professional Fees) |
| BOTW Holdings LLC | 4/26/2024 | City of Cody | Debit | $ 803.57 | Utilties- water, electric |
| BOTW Holdings LLC | 4/26/2024 | City of Cody | Debit | $ 523.20 | Utilties- water, electric |
| BOTW Holdings LLC | 4/24/2024 | Visa | Debit | $ 28,275.67 | Credit Card payment |
| BOTW Holdings LLC | 4/24/2024 | IRS | Debit | $ 7,217.52 | Payroll Taxes |
| BOTW Holdings LLC | 4/23/2024 | Dex Imaging | Debit | $ 253.10 | Office Printing |
| BOTW Holdings LLC | 4/23/2024 | Utah Workforce | Debit | $ 41.54 | Utah Payroll Taxes |
| BOTW Holdings LLC | 4/22/2024 | Cody County of Chmaber of Comme | Debit | $ 412.50 | Dues/Subscriptions |
| BOTW Holdings LLC | 4/19/2024 | EE's | Debit | $ 24,766.72 | Payroll |
| | | | **TOTAL** | **$ 139,494.77** | |




```
                                           Date  4/30/24        Page    1
                                           Primary Account   XXXXXXXXXXXX3242


     BOTW HOLDINGS LLC
     PO BOX 1150
     CODY WY 82414-1150
```

**\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* CHECKING ACCOUNTS \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \***

Account Title: BOTW HOLDINGS LLC

On June 1st, Totally Free Business Checking transaction limitations will change from 3,000 to 200 items per statement cycle. Items include all debits, credits, and deposited items. If the account exceeds 200 items, or exceeds total cash and coin deposits, withdrawals, and change orders over $10,000 per statement cycle, the account may be changed to Simply Business Checking which includes additional fees.

```
TOTALLY FREE BUSINESS CHECKING          Number of Enclosures              6
Account Number     XXXXXXXXXXXX3242     Statement Dates   4/01/24 thru  4/30/24
Previous Balance              26,412.54 Days in the statement period       30
      6 Deposits/Credits     314,000.00 Average Ledger             48,755.28
     40 Checks/Debits        328,048.61 Average Collected          48,755.28
Service Charge                      .00
Interest Paid                       .00
Ending Balance                12,363.93
```

**--------------------------- ACTIVITY IN DATE ORDER ---------------------------**

| Date | Description | Withdrawals | Deposits | Balance |
|---|---|---:|---:|---:|
| 4/01 | METKC           INSPREMIUM | 779.18- | .00 | 25,633.36 |
|      | PPD |  |  |  |
|      | BOTW HOLDINGS LLC |  |  |  |
| 4/03 | BLACK HILLS ENRG   UTIL BILL | 180.73- | .00 | 25,452.63 |
|      | PPD |  |  |  |
|      | BEST OF THE WEST PRODU |  |  |  |
| 4/03 | BLACK HILLS ENRG   UTIL BILL | 924.68- | .00 | 24,527.95 |
|      | PPD |  |  |  |
|      | BEST OF THE WEST PRODU |  |  |  |
| 4/03 | AFLAC COLUMBUS     ACHPMT | 1,559.94- | .00 | 22,968.01 |
|      | CCD     75199661 |  |  |  |
|      | 043000097885030 |  |  |  |
| 4/05 | Trsf from BOTW Arms LLC | .00 | 70,000.00 | 92,968.01 |
|      | (Holdings) investment in Arms |  |  |  |
|      | Confirmation number  405242882 |  |  |  |
| 4/05 | Trsf from Huskemaw Optics LLC | .00 | 30,000.00 | 122,968.01 |
|      | (Holdings) investment in Husk |  |  |  |

 

```
                                          Date   4/30/24         Page    2
                                          Primary Account   XXXXXXXXXXXX3242
```

TOTALLY FREE BUSINESS CHECKING    XXXXXXXXXXXX3242  (Continued)

| Date | Description | Withdrawals | Deposits | Balance |
|---|---|---:|---:|---:|
| | Confirmation number  405242902 | | | |
| 4/05 | SBA LOAN          PAYMENT | 731.00- | .00 | 122,237.01 |
| | CCD     0000 | | | |
| | 041036049290910 | | | |
| 4/05 | BOTW HOLDINGS     PAYROLL | 25,507.66- | .00 | 96,729.35 |
| | PPD | | | |
| | BOTW HOLDINGS | | | |
| 4/05 | Transf to BOTW Ammo LLC | 20,000.00- | .00 | 76,729.35 |
| | Investment in Ammo | | | |
| | Confirmation number  405244050 | | | |
| 4/08 | BOTW HOLDINGS     PAY0095 | 10,771.00- | .00 | 65,958.35 |
| | CCD | | | |
| | 292970825101501 | | | |
| 4/09 | FONAL2742         PAYMENT | 794.60- | .00 | 65,163.75 |
| | PPD | | | |
| | BEST OF THE WEST - CY | | | |
| 4/10 | IRS               USATAXPYMT | 7,275.59- | .00 | 57,888.16 |
| | CCD    270450190701445 | | | |
| | 061036010060668 | | | |
| 4/11 | DBT CRD 1036 04/11/24 12108443 | 84.00- | .00 | 57,804.16 |
| | INTUIT *TSheets | | | |
| | CL.INTUIT.COMCA C# 5625 | | | |
| 4/11 | AVALARA           PAYMENT | 347.76- | .00 | 57,456.40 |
| | CCD    043000098055106 | | | |
| | 043305134617455 | | | |
| 4/11 | Tri County Telep  Phone Bill | 445.95- | .00 | 57,010.45 |
| | CCD    00051303-3 | | | |
| | 102301910000206 | | | |
| 4/12 | CHRYSLER CAPITAL  PAYMENT | 993.79- | .00 | 56,016.66 |
| | PPD | | | |
| | BOTW HOLDINGS LLC | | | |
| 4/12 | CHECK            1235 | 1,036.72- | .00 | 54,979.94 |
| 4/15 | BOTW HOLDINGS     PAY0097 | 8,892.15- | .00 | 46,087.79 |
| | CCD | | | |
| | 292970825151601 | | | |
| 4/15 | Transfer to Loan | 16,939.89- | .00 | 29,147.90 |
| | Acct No. XXXXXXXXXXXX0870 | | | |
| 4/15 | CHECK            1238 | 3,144.55- | .00 | 26,003.35 |
| 4/15 | CHECK            9195294 | 1,133.16- | .00 | 24,870.19 |
| 4/16 | BIGHORN WATER    3073473740 | 70.50- | .00 | 24,799.69 |
| | WEB | | | |
| | BEST OF THE WEST | | | |
| 4/16 | CHECK            1237 | 100.00- | .00 | 24,699.69 |
| 4/17 | CHECK            1239 | 83.00- | .00 | 24,616.69 |





```
                                          Date   4/30/24        Page    3
                                          Primary Account  XXXXXXXXXXXX3242
```

TOTALLY FREE BUSINESS CHECKING    XXXXXXXXXXXX3242   (Continued)

| Date | Description | Withdrawals | Deposits | Balance |
|---|---|---:|---:|---:|
| 4/18 | Transfer from x0221 to x3242 | .00 | 120,000.00 | 144,616.69 |
| 4/18 | Wire Transfer Debit | 71,738.00- | .00 | 72,878.69 |
| | MARKUS WILLIAMS YOUNG &HUNSICK | | | |
| | 102000021 | | | |
| | 103673252286 | | | |
| | LLC WYOMING IOLTA ACCOUNT | | | |
| | 2120 CAREY AVE SUITE 101 | | | |
| | CHEYENNE WY 82001 | | | |
| | US BANK CO DENVER | | | |
| | CHEYENNE WY | | | |
| | 20240418MMQFMPBM000201 | | | |
| | 20240418J1Q5040C001137 | | | |
| | 04181436FT01 | | | |
| 4/18 | Transfer from x3242 to x9854 | 15,000.00- | .00 | 57,878.69 |
| 4/18 | Domestic Wire Transfer Fee | 20.00- | .00 | 57,858.69 |
| 4/19 | Transfer from x0248 to x3242 | .00 | 20,000.00 | 77,858.69 |
| 4/19 | BOTW HOLDINGS     Payroll | 24,766.72- | .00 | 53,091.97 |
| | CCD    1852046593 | | | |
| | 292970825160615 | | | |
| 4/22 | CHECK              1236 | 412.50- | .00 | 52,679.47 |
| 4/23 | WORKFORCE SERVIC  UTAH UITAX | 41.54- | .00 | 52,637.93 |
| | CCD    2023893 | | | |
| | 124000055656769 | | | |
| 4/23 | DEX IMAGING       WEB PAY | 253.10- | .00 | 52,384.83 |
| | CCD    AR11138318 | | | |
| | 043000098061123 | | | |
| 4/24 | IRS               USATAXPYMT | 7,217.52- | .00 | 45,167.31 |
| | CCD    270451551137696 | | | |
| | 061036010047436 | | | |
| 4/24 | VISA              PAYMENT | 28,275.67- | .00 | 16,891.64 |
| | WEB | | | |
| | BL ACCT BOTW HOLDINGS | | | |
| | 043000093039408 | | | |
| 4/26 | Trsf from Huskemaw Optics LLC | .00 | 10,000.00 | 26,891.64 |
| | Reimburse due to Holdings | | | |
| | Confirmation number  426245222 | | | |
| 4/26 | Trsf from BOTW Arms LLC | .00 | 64,000.00 | 90,891.64 |
| | Reimburse due to Holdings | | | |
| | Confirmation number  426245248 | | | |
| 4/26 | CITY OF CODY      DEBITS | 523.20- | .00 | 90,368.44 |
| | WEB | | | |
| | BOTW Holdings | | | |
| | 217288911 | | | |
| 4/26 | CITY OF CODY      DEBITS | 803.57- | .00 | 89,564.87 |
| | WEB | | | |




```
                                          Date  4/30/24         Page     4
                                          Primary Account  XXXXXXXXXXXX3242
```

TOTALLY FREE BUSINESS CHECKING     XXXXXXXXXXXX3242   (Continued)

```
--------------------------- ACTIVITY IN DATE ORDER ---------------------------
Date  Description                    Withdrawals      Deposits       Balance
           BOTW Holdings
           217288895
 4/29 AFLAC COLUMBUS    ACHPMT         1,466.46-          .00       88,098.41
           CCD    76678955
           043000099185955
 4/29 SPOTTED BEAR MAR   SALE          3,063.92-          .00       85,034.49
           CCD
           021000022945301
 4/29 SPOTTED BEAR MAR   SALE          8,333.00-          .00       76,701.49
           CCD
           021000022984647
 4/29 BOTW HOLDINGS     PAY0101       63,621.49-          .00       13,080.00
           CCD
           292970825125101
 4/30 DDA B/P 1024 04/30/24 25949486      22.17-          .00       13,057.83
           DNH*GODADDY.COM

           480-5058855  AZ C# 7841
 4/30 IRS              USATAXPYMT        658.90-          .00       12,398.93
           CCD    270452141213445
           061036010175653
 4/30 Cash Management Monthly Fee         35.00-          .00       12,363.93
```

```
--------------------------- SUMMARY BY CHECK NUMBER ---------------------------
Date    Check No         Amount Date   Check No                    Amount
4/12     1235           1,036.72 4/15    1238                    3,144.55
4/22     1236             412.50 4/17    1239                       83.00
4/16     1237             100.00 4/15    99195294*                1,133.16
* Denotes missing check numbers
```

CHECK     1235   Date: 04/12   Amount: $1,036.72

CHECK     1236   Date: 04/22   Amount: $412.50

CHECK     1237   Date: 04/16   Amount: $100.00

CHECK     1238   Date: 04/15   Amount: $3,144.55

CHECK     1239   Date: 04/17   Amount: $83.00

CHECK     9195294   Date: 04/15   Amount: $1,133.16