**Fill in this information to identify the case:**

Debtor Name _____

United States Bankruptcy Court for the: _____ District of _____

Case number: _____

❑ Check if this is an amended filing

# Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: _____                    Date report filed: _____
                                                      MM / DD / YYYY

Line of business: _____    NAISC code: _____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:

Original signature of responsible party   _____[signature]_____

Printed name of responsible party          _____

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|     |     | Yes | No | N/A |
|-----|-----|-----|----|----|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | | |
| 1.  | Did the business operate during the entire reporting period? | ❑ | ❑ | ❑ |
| 2.  | Do you plan to continue to operate the business next month? | ❑ | ❑ | ❑ |
| 3.  | Have you paid all of your bills on time? | ❑ | ❑ | ❑ |
| 4.  | Did you pay your employees on time? | ❑ | ❑ | ❑ |
| 5.  | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ❑ | ❑ | ❑ |
| 6.  | Have you timely filed your tax returns and paid all of your taxes? | ❑ | ❑ | ❑ |
| 7.  | Have you timely filed all other required government filings? | ❑ | ❑ | ❑ |
| 8.  | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ❑ | ❑ | ❑ |
| 9.  | Have you timely paid all of your insurance premiums? | ❑ | ❑ | ❑ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ❑ | ❑ | ❑ |
| 11. | Have you sold any assets other than inventory? | ❑ | ❑ | ❑ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ❑ | ❑ | ❑ |
| 13. | Did any insurance company cancel your policy? | ❑ | ❑ | ❑ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ❑ | ❑ | ❑ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ❑ | ❑ | ❑ |
| 16. | Has anyone made an investment in your business? | ❑ | ❑ | ❑ |

Debtor Name _____    Case number_____

17. Have you paid any bills you owed before you filed bankruptcy?  ❏ ❏ ❏

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ❏ ❏ ❏

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ _____

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.      $ _____

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.      − $ _____

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ _____

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    = $ _____

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**      $ _____

    *(Exhibit E)*

Debtor Name  _____                    Case number_____

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                                                          $ _____

    *(Exhibit F)*

### 5. Employees

26. What was the number of employees when the case was filed?                                                                _____
27. What is the number of employees as of the date of this monthly report?                                            _____

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?                                   $ _____
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?                     $ _____
30. How much have you paid this month in other professional fees?                                                              $ _____
31. How much have you paid in total other professional fees since filing the case?                                             $ _____

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | *Column A* **Projected** Copy lines 35-37 from the previous month's report. | − | *Column B* **Actual** Copy lines 20-22 of this report. | = | *Column C* **Difference** Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ _____ | − | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | − | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | − | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:                                                                                  $ _____
36. Total projected cash disbursements for the next month:                                                                          − $ _____
37. Total projected net cash flow for the next month:                                                                                = $ _____

Debtor Name _____   Case number_____

# 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ❑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

- ❑ 39. Bank reconciliation reports for each account.

- ❑ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

- ❑ 41. Budget, projection, or forecast reports.

- ❑ 42. Project, job costing, or work-in-progress reports.

BOTW Holdings MAY

Exhibit A

5. DIP accounts opened on 05/28.

Exhibit B

10. Old accounts still exist since DIP accounts weren't opened til 05/28.

11. Sold 2020 RAM to Joe and Christine Michaletz on 05/17 for $1 (totaled truck).

17 and 18. Normal business expenses were paid accordingly. (utilities, Aflac, etc) List attached below.



Exhibit C

| Account Name | Processed Date | Description | Check Number | Credit or Debit | Amount |
|---|---|---|---|---|---|
| BOTW Hold | 5/30/2024 | TRSF FROM BOTW ARMS LLC RI | 530241939 | Credit | $ 70,000.00 |
| BOTW Hold | 5/28/2024 | TRSF FROM HUSKEMAW OPTIC | 528241912 | Credit | $ 10,000.00 |
| BOTW Hold | 5/28/2024 | TRSF FROM BOTW ARMS LLC RI | 528241908 | Credit | $ 10,000.00 |
| BOTW Hold | 5/24/2024 | WIRE TRANSFER CREDIT BOTW HOLDINGS LLC 115 W YELLOWSTO | | Credit | $ 7,202.26 |
| BOTW Hold | 5/20/2024 | TRSF FROM BOTW ARMS LLC RI | 520244487 | Credit | $ 20,000.00 |
| BOTW Hold | 5/20/2024 | TRSF FROM HUSKEMAW OPTIC | 520244490 | Credit | $ 20,000.00 |
| BOTW Hold | 5/14/2024 | TRSF FROM BOTW ARMS LLC RI | 514243444 | Credit | $ 100,000.00 |
| BOTW Hold | 5/10/2024 | TRSF FROM BOTW ARMS LLC RI | 510245242 | Credit | $ 3,000.00 |
| BOTW Hold | 5/10/2024 | TRSF FROM HUSKEMAW OPTIC | 510245233 | Credit | $ 7,000.00 |
| BOTW Hold | 5/9/2024 | TRSF FROM HUSKEMAW OPTIC | 509243924 | Credit | $ 10,000.00 |
| BOTW Hold | 5/1/2024 | TRSF FROM BOTW ARMS LLC RI | 501246744 | Credit | $ 25,000.00 |
| BOTW Hold | 5/1/2024 | TRSF FROM HUSKEMAW OPTIC | 501244898 | Credit | $ 10,000.00 |
| BOTW Hold | 5/1/2024 | TRSF FROM BOTW ARMS LLC RI | 501244906 | Credit | $ 12,000.00 |
| | | | | **TOTAL** | **$ 304,202.26** |

Exhibit D

| Account Na | Date Paid | Payee | Credit or Debit | Amount | PURPOSE |
|---|---|---|---|---|---|
| BOTW Hold | 5/31/2024 | CASH MANAGEMENT (bank) | Debit | $ 35.00 | Monthly banking fee |
| BOTW Hold | 5/31/2024 | AFLAC COLUMBUS | Debit | $ 1,336.56 | Supplemental EE Insureance |
| BOTW Hold | 5/31/2024 | EE's | Debit | $ 21,787.09 | Payroll |
| BOTW Hold | 5/31/2024 | Stryk Group USA, | Debit | $ 45,000.00 | Professional Fees |
| BOTW Hold | 5/31/2024 | Spotted Bear Marketing | Debit | $ 8,333.00 | Marketing/Consulting (professional fees) |
| BOTW Hold | 5/30/2024 | Black Hills Energy | Debit | $ 308.83 | Utilties- gas |
| BOTW Hold | 5/30/2024 | Black Hills Energy | Debit | $ 120.91 | Utilties- gas |
| BOTW Hold | 5/30/2024 | Open Source Integrators | Debit | $ 7,983.75 | Software (odoo) |
| BOTW Hold | 5/29/2024 | Tri County Telephone | Debit | $ 445.95 | Utilities- phone |
| BOTW Hold | 5/29/2024 | BMC Group, LLC | Debit | $ 3,000.00 | Schedules/SOFA Retainer |
| BOTW Hold | 5/28/2024 | City of Cody | Debit | $ 1,335.19 | Utilties- water, electric |
| BOTW Hold | 5/24/2024 | Dex Imaging | Debit | $ 262.29 | Office Printing |
| BOTW Hold | 5/24/2024 | First Bank of Wyoming | Debit | $ 10.00 | Bank wire fee |
| BOTW Hold | 5/24/2024 | Yellowstone Ave, LLC | Debit | $ 7,000.00 | Rent (115 W Yellowstone ave) |
| BOTW Hold | 5/23/2024 | Chrysler Capital | Debit | $ 993.79 | Car loan payment |
| BOTW Hold | 5/22/2024 | Terminix | Debit | $ 83.00 | Pest control |
| BOTW Hold | 5/22/2024 | IRS | Debit | $ 6,390.06 | Payroll taxes |
| BOTW Hold | 5/21/2024 | North Risk Partners | Debit | $ 46,418.60 | Downpayment for insurance |
| BOTW Hold | 5/17/2024 | EE's | Debit | $ 21,708.46 | Payroll |
| BOTW Hold | 5/16/2024 | Bighorn Water | Debit | $ 91.50 | Water jugs for office |
| BOTW Hold | 5/14/2024 | Huskemaw Optics, LLC | Debit | $ 55,000.00 | Investment in Huskemaw |
| BOTW Hold | 5/14/2024 | AWS | Debit | $ 1,108.47 | Amazon Web Services |
| BOTW Hold | 5/13/2024 | Hall & Evans, LLC | Debit | $ 5,626.32 | Professional Fees- Legal |
| BOTW Hold | 5/13/2024 | Michaletz Holdings | Debit | $ 4,891.65 | Professional Fees- Accounting |
| BOTW Hold | 5/13/2024 | Entre Technology | Debit | $ 2,748.78 | Computer and Internet Expenses |
| BOTW Hold | 5/13/2024 | Intuit Tsheeets (quickbooks) | Debit | $ 108.00 | EE Time tracking |
| BOTW Hold | 5/10/2024 | SBW & Associates | Debit | $ 5,376.00 | Payroll processing, accounting services. May payment and June pre-payment |
| BOTW Hold | 5/8/2024 | IRS | Debit | $ 9,386.52 | Payroll taxes |
| BOTW Hold | 5/7/2024 | Park County Treasurer | Debit | $ 636.08 | Property Taxes |
| BOTW Hold | 5/7/2024 | Fonality/NetFortris | Debit | $ 794.15 | Utilties- telephones |
| BOTW Hold | 5/7/2024 | Avalara | Debit | $ 451.96 | Tax service |
| BOTW Hold | 5/6/2024 | Black Hills Energy | Debit | $ 643.49 | Utilties- gas |
| BOTW Hold | 5/6/2024 | Black Hills Energy | Debit | $ 138.26 | Utilties- gas |
| BOTW Hold | 5/6/2024 | SBA (pay.gov) | Debit | $ 731.00 | Small business loan auto-pay |
| BOTW Hold | 5/3/2024 | Avalara | Debit | $ 409.93 | Tax service |
| BOTW Hold | 5/3/2024 | EE's | Debit | $ 30,091.55 | Payroll |
| BOTW Hold | 5/3/2024 | Mountain Alarm | Debit | $ 63.40 | Alarm System service |
| BOTW Hold | 5/3/2024 | Proffit's Enterprises | Debit | $ 245.00 | Lawn Care/Maintanence |
| BOTW Hold | 5/2/2024 | Cody Fire School | Debit | $ 100.00 | Donation to raffle event. check sent 4/19 |
| BOTW Hold | 5/2/2024 | Wyoming UI/WC | Debit | $ 3,724.44 | EE UI/WC |
| BOTW Hold | 5/1/2024 | Metlife | Debit | $ 730.82 | EE Dental and Vision |




```
                                          Date  5/31/24        Page     1
                                          Primary Account    XXXXXXXXXXXX3242


   BOTW HOLDINGS LLC
   PO BOX 1150
   CODY WY 82414-1150
```

***************************** CHECKING ACCOUNTS *****************************

              Account Title: BOTW HOLDINGS LLC

   On June 1st, Totally Free Business Checking transaction limitations will change
   from 3,000 to 200 items per statement cycle. Items include all debits, credits,
   and deposited items. If the account exceeds 200 items, or exceeds total cash
   and coin deposits, withdrawals, and change orders over $10,000 per statement
   cycle, the account may be changed to Simply Business Checking which includes
   additional fees.

```
TOTALLY FREE BUSINESS CHECKING          Number of Enclosures            4
Account Number       XXXXXXXXXXXX3242   Statement Dates   5/01/24 thru  6/02/24
Previous Balance              12,363.93 Days in the statement period       33
   13 Deposits/Credits       304,202.26 Average Ledger              31,292.97
   40 Checks/Debits          297,275.14 Average Collected           31,292.97
Service Charge                      .00
Interest Paid                       .00
Ending Balance                19,291.05
```

--------------------------- ACTIVITY IN DATE ORDER ---------------------------

| Date | Description | Withdrawals | Deposits | Balance |
|---|---|---:|---:|---:|
| 5/01 | Trsf from Huskemaw Optics LLC | .00 | 10,000.00 | 22,363.93 |
|      | Reimburse to Holdings | | | |
|      | Confirmation number   501244898 | | | |
| 5/01 | Trsf from BOTW Arms LLC | .00 | 12,000.00 | 34,363.93 |
|      | Reimburse to Holdings | | | |
|      | Confirmation number   501244906 | | | |
| 5/01 | Trsf from BOTW Arms LLC | .00 | 25,000.00 | 59,363.93 |
|      | Reimburse to Holdings | | | |
|      | Confirmation number   501246744 | | | |
| 5/01 | UTAH801/297-7703   TAX PAYMNT | 582.06- | .00 | 58,781.87 |
|      | PPD | | | |
| 5/01 | METKC              INSPREMIUM | 730.82- | .00 | 58,051.05 |
|      | PPD | | | |
|      | BOTW HOLDINGS LLC | | | |
| 5/01 | AVALARA            PAYMENT | 1,043.28- | .00 | 57,007.77 |
|      | CCD      043000092990192 | | | |




```
                                                    Date  5/31/24       Page     2
                                                    Primary Account  XXXXXXXXXXXX3242


TOTALLY FREE BUSINESS CHECKING    XXXXXXXXXXXX3242  (Continued)
```

| Date | Description | Withdrawals | Deposits | Balance |
|---|---|---:|---:|---:|
| | 043305130479200 | | | |
| 5/02 | WYOMING DWS      WY UI/WC | 3,724.44- | .00 | 53,283.33 |
| | PPD | | | |
| | BOTW HOLDINGS LLC | | | |
| 5/02 | CHECK            1240 | 100.00- | .00 | 53,183.33 |
| 5/03 | MOUNTAIN ALARM   ACH | 63.40- | .00 | 53,119.93 |
| | CCD    2325895 | | | |
| | 242071754498099 | | | |
| 5/03 | BOTW HOLDINGS    PAY0105 | 245.00- | .00 | 52,874.93 |
| | CCD | | | |
| | 292970825142101 | | | |
| 5/03 | AVALARA          PAYMENT | 409.93- | .00 | 52,465.00 |
| | CCD    043000096603324 | | | |
| | 043305133686836 | | | |
| 5/03 | BOTW HOLDINGS    PAYROLL | 30,091.55- | .00 | 22,373.45 |
| | PPD | | | |
| | BOTW HOLDINGS | | | |
| 5/06 | BLACK HILLS ENRG UTIL BILL | 138.26- | .00 | 22,235.19 |
| | PPD | | | |
| | BEST OF THE WEST PRODU | | | |
| 5/06 | BLACK HILLS ENRG UTIL BILL | 643.49- | .00 | 21,591.70 |
| | PPD | | | |
| | BEST OF THE WEST PRODU | | | |
| 5/06 | SBA LOAN         PAYMENT | 731.00- | .00 | 20,860.70 |
| | CCD    0000 | | | |
| | 041036046006267 | | | |
| 5/07 | AVALARA          PAYMENT | 451.96- | .00 | 20,408.74 |
| | CCD    043000094417392 | | | |
| | 043305138560687 | | | |
| 5/07 | FONAL2742        PAYMENT | 794.15- | .00 | 19,614.59 |
| | PPD | | | |
| | BEST OF THE WEST - CY | | | |
| 5/07 | CHECK            1241 | 636.08- | .00 | 18,978.51 |
| 5/08 | IRS              USATAXPYMT | 9,386.52- | .00 | 9,591.99 |
| | CCD    270452945770811 | | | |
| | 061036010033010 | | | |
| 5/09 | Trsf from Huskemaw Optics LLC | .00 | 10,000.00 | 19,591.99 |
| | Reimburse Due to Holdings | | | |
| | Confirmation number  509243924 | | | |
| 5/10 | Trsf from Huskemaw Optics LLC | .00 | 7,000.00 | 26,591.99 |
| | Reimburse Due to Holdings | | | |
| | Confirmation number  510245233 | | | |
| 5/10 | Trsf from BOTW Arms LLC | .00 | 3,000.00 | 29,591.99 |
| | Reimburse Due to Holdings | | | |





```
                                          Date  5/31/24        Page    3
                                          Primary Account  XXXXXXXXXXXX3242
```

TOTALLY FREE BUSINESS CHECKING    XXXXXXXXXXXX3242   (Continued)

| Date | Description | Withdrawals | Deposits | Balance |
|---|---|---:|---:|---:|
| | Confirmation number  510245242 | | | |
| 5/10 | BOTW HOLDINGS       PAY0106 | 5,376.00- | .00 | 24,215.99 |
| | CCD | | | |
| | 292970825121801 | | | |
| 5/13 | DBT CRD 1228 05/12/24 04169142 | 108.00- | .00 | 24,107.99 |
| | INTUIT *TSheets | | | |
| | CL.INTUIT.COMCA C# 5625 | | | |
| 5/13 | BOTW HOLDINGS       PAY0107 | 13,266.75- | .00 | 10,841.24 |
| | CCD | | | |
| | 292970825122401 | | | |
| 5/14 | Trsf from BOTW Arms LLC | .00 | 100,000.00 | 110,841.24 |
| | Reimburse Due to Holdings | | | |
| | Confirmation number  514243444 | | | |
| 5/14 | Transf to Huskemaw Optics LLC | 55,000.00- | .00 | 55,841.24 |
| | Investment in Huskemaw | | | |
| | Confirmation number  514243481 | | | |
| 5/14 | CHECK              9560694 | 1,108.47- | .00 | 54,732.77 |
| 5/16 | BIGHORN WATER      3073473740 | 91.50- | .00 | 54,641.27 |
| | WEB | | | |
| | BEST OF THE WEST | | | |
| 5/17 | BOTW HOLDINGS       PAYROLL | 21,708.46- | .00 | 32,932.81 |
| | PPD | | | |
| | BOTW HOLDINGS | | | |
| 5/20 | Trsf from BOTW Arms LLC | .00 | 20,000.00 | 52,932.81 |
| | Reimburse Due to Holdings | | | |
| | Confirmation number  520244487 | | | |
| 5/20 | Trsf from Huskemaw Optics LLC | .00 | 20,000.00 | 72,932.81 |
| | Reimburse Due to Holdings | | | |
| | Confirmation number  520244490 | | | |
| 5/21 | NORTHRISKPARTNER   PAYMENTS | 46,418.60- | .00 | 26,514.21 |
| | CCD    17963438 | | | |
| | 104000010859771 | | | |
| 5/22 | IRS             USATAXPYMT | 6,390.06- | .00 | 20,124.15 |
| | CCD    270454395599310 | | | |
| | 061036010069214 | | | |
| 5/22 | CHECK              1242 | 83.00- | .00 | 20,041.15 |
| 5/23 | CHRYSLER CAPITAL   PAYMENT | 993.79- | .00 | 19,047.36 |
| | 021000024859557 | | | |
| | TEL | | | |
| 5/24 | Wire Transfer Credit | .00 | 7,202.26 | 26,249.62 |
| | BOTW HOLDINGS LLC | | | |
| | 115 W YELLOWSTONE AVE | | | |
| | CODY WY   82414 | | | |




```
                                          Date  5/31/24         Page    4
                                          Primary Account  XXXXXXXXXXXX3242
```

TOTALLY FREE BUSINESS CHECKING    XXXXXXXXXXXX3242  (Continued)

---------------------------- ACTIVITY IN DATE ORDER ----------------------------

| Date | Description | Withdrawals | Deposits | Balance |
|---|---|---:|---:|---:|
| | CLOSING BALANCE | | | |
| | 20240524L1LFBD0C000474 | | | |
| | 20240524MMQFMPBM000795 | | | |
| | 05241725FT01 | | | |
| 5/24 | DEX IMAGING      WEB PAY | 262.29- | .00 | 25,987.33 |
| | CCD    AR11293443 | | | |
| | 043000091954388 | | | |
| 5/24 | BOTW HOLDINGS    PAY0112 | 7,000.00- | .00 | 18,987.33 |
| | CCD | | | |
| | 292970825132401 | | | |
| 5/24 | Domestic Wire Transfer Fee | 10.00- | .00 | 18,977.33 |
| 5/28 | Trsf from BOTW Arms LLC | .00 | 10,000.00 | 28,977.33 |
| | Reimburse Due to Holdings | | | |
| | Confirmation number  528241908 | | | |
| 5/28 | Trsf from Huskemaw Optics LLC | .00 | 10,000.00 | 38,977.33 |
| | Reimburse Due to Holdings | | | |
| | Confirmation number  528241912 | | | |
| 5/28 | CITY OF CODY     DEBITS | 1,335.19- | .00 | 37,642.14 |
| | WEB | | | |
| | BOTW Holdings | | | |
| | 219440501 | | | |
| 5/29 | Tri County Telep Phone Bill | 445.95- | .00 | 37,196.19 |
| | CCD    00051303-3 | | | |
| | 102301910000003 | | | |
| 5/29 | BOTW HOLDINGS    BMC_BOTW | 3,000.00- | .00 | 34,196.19 |
| | CCD | | | |
| | 292970825102501 | | | |
| 5/30 | Trsf from BOTW Arms LLC | .00 | 70,000.00 | 104,196.19 |
| | Reimburse Due to Holdings | | | |
| | Confirmation number  530241939 | | | |
| 5/30 | BH ENERGY        UTILITY | 120.91- | .00 | 104,075.28 |
| | 021000026668631 | | | |
| | TEL | | | |
| 5/30 | BH ENERGY        UTILITY | 308.83- | .00 | 103,766.45 |
| | 021000026668630 | | | |
| | TEL | | | |
| 5/30 | BOTW HOLDINGS    PAY0114 | 7,983.75- | .00 | 95,782.70 |
| | CCD | | | |
| | 292970825165701 | | | |
| 5/31 | AFLAC COLUMBUS   ACHPMT | 1,336.56- | .00 | 94,446.14 |
| | CCD    78620889 | | | |
| | 043000093834369 | | | |
| 5/31 | BOTW HOLDINGS    PAYROLL | 21,787.09- | .00 | 72,659.05 |
| | PPD | | | |





```
                                        Date  5/31/24         Page      5
                                        Primary Account   XXXXXXXXXXXX3242
```

TOTALLY FREE BUSINESS CHECKING     XXXXXXXXXXXX3242   (Continued)

```
--------------------------- ACTIVITY IN DATE ORDER ---------------------------
 Date  Description                   Withdrawals       Deposits        Balance
          BOTW HOLDINGS
 5/31 BOTW HOLDINGS     PAY0115       53,333.00-            .00      19,326.05
          CCD
          292970825101001
 5/31 Cash Management Monthly Fee         35.00-            .00      19,291.05
```

```
--------------------------- SUMMARY BY CHECK NUMBER --------------------------
 Date     Check No          Amount Date      Check No                  Amount
 5/02       1240             100.00 5/22       1242                     83.00
 5/07       1241             636.08 5/14      99560694*              1,108.47
* Denotes missing check numbers
```

**Check 1240** — BOTW HOLDINGS, LLC — First Bank of Wyoming — 04/19/2024
Pay to the order of: Cody Fire School
Amount: $100.00 — One Hundred Dollars
Cody Fire School, 123 Oak Drive, Cody WY 82414, United States
Memo: 2024 Fire School and Raffle Donation

CHECK   1240   Date: 05/02   Amount: $100.00

**Check 1241** — BOTW HOLDINGS, LLC — VOID — 04/30/2024
Pay to the order of: Park County Treasurer
Amount: $636.08 — Six Hundred And Thirty-Six Dollars and Eight Cents
Park County Treasurer, 1002 Sheridan Ave, Ste 3, Cody WY 82414-3532, United States
Memo: 2023 Prop Tax 2nd Half

CHECK   1241   Date: 05/07   Amount: $636.08

**Check 1242** — BOTW HOLDINGS, LLC — First Bank of Wyoming — 05/10/2024
Pay to the order of: Terminix of Wyoming
Amount: $83.00 — Eighty-Three Dollars
Terminix of Wyoming, 731 N McKinley, Casper WY 82601, United States
Memo: 10375203

CHECK   1242   Date: 05/22   Amount: $83.00

**Check 99560694** — 05/12/24 — 05126004513
Charge To: Michaletz Christine    87IWCZ0G68Q4VQ
Pay to the order of: AMAZON WEB SERVI
$1,108.47 — ONE THOUSAND ONE HUNDRED EIGHT AND 47/100
Pre-Authorized Payment
ABA 102300336    Account 2200004653242

CHECK   9560694   Date: 05/14   Amount: $1,108.47

| Income & Receipts* | 05/01 Forecast | 05/01 Actuals | 05/01 Difference | 06/01 | 07/01 | 08/01 |
|---|---|---|---|---|---|---|
| Starting Cash | $ 10,000.00 | $ 12,363.93 | $ (2,363.93) | $ 22,163.73 | $ 39,506.54 | $ 57,415.35 |
| Cash Sales | $ - | | $ - | $ - | $ - | $ - |
| Income | $ 165,000.00 | $ 304,202.26 | $ (139,202.26) | $ 305,000.00 | $ 175,000.00 | $ 165,000.00 |
| | | | $ - | | | |
| **Total Available Cash** | $ 175,000.00 | $ 316,566.19 | $ (141,566.19) | $ 327,163.73 | $ 214,506.54 | $ 222,415.35 |
| | | | $ - | | | |
| **Expenses & Disbursements** | | | $ - | | | |
| | | | $ - | | | |
| Rent- 115 W Yellowstone Ave | $ 7,000.00 | $ 7,000.00 | $ - | $ 7,000.00 | $ 7,000.00 | $ 7,000.00 |
| Personal Property Tax- Park co | $ 636.08 | $ 636.08 | $ - | | | |
| Employee Salaries- Ammo, Arms Huskemaw, Productions | $ 47,381.00 | $ 73,587.10 | $ (26,206.10) | $ 45,472.00 | $ 45,472.00 | $ 45,472.00 |
| Employee Benefits- Aflac and MetLife | $ 2,100.00 | $ 2,067.38 | $ 32.62 | $ 2,100.00 | $ 2,100.00 | $ 2,100.00 |
| Employee Benefits- 401K matching | $ - | $ - | $ - | | $ 2,300.00 | $ 2,300.00 |
| Payroll Taxes (941) | $ 15,000.00 | $ 20,083.08 | $ (5,083.08) | $ 14,000.00 | $ 14,000.00 | $ 14,000.00 |
| Q2 Payroll Taxes- UI/WC and UT WH | | | $ - | | $ 5,500.00 | |
| Vehicle Payment- Chrysler Capital | $ 993.79 | $ 993.79 | $ - | $ 993.79 | $ 993.79 | $ 993.79 |
| Maintenance- Terminix, Proffitt's Enterprises,Mountain Alarm | $ 586.40 | $ 391.40 | $ 195.00 | $ 586.40 | $ 586.40 | $ 586.40 |
| Insurance- North Risk Partners (Annual Premium) | | 46418.6 | $ (46,418.60) | $ 138,366.00 | | |
| Office Supplies- DEX Imaging, Big Horn Water | $ 350.00 | $ 353.79 | $ (3.79) | $ 350.00 | $ 350.00 | $ 350.00 |
| Utilities- City of Cody, BHE, TCT, NetFortris | $ 3,890.00 | $ 3,786.78 | $ 103.22 | $ 3,890.00 | $ 3,890.00 | $ 3,890.00 |
| Software Fees- OSI, Entre Technology Service, AWS, Avalara | $ 11,550.00 | $ 13,746.17 | $ (2,196.17) | $ 11,550.00 | $ 11,550.00 | $ 11,550.00 |
| Professional Fees-  Stryk/Yellowstone Holdings, Cash Management, SBW Associates, Michaletz Holdings, BMC Group | $ 52,035.00 | $ 63,893.97 | $ (11,858.97) | $ 52,035.00 | $ 52,035.00 | $ 52,035.00 |
| Marketing Fees- Spotted Bear Marketing | $ 8,333.00 | $ 8,333.00 | $ - | $ 8,333.00 | $ 8,333.00 | $ 8,333.00 |
| First Bank LOC | $ - | $ - | $ - | $ - | $ - | $ - |
| SBA Loan (pay.gov) | $ 731.00 | $ 731.00 | $ - | $ 731.00 | $ 731.00 | $ 731.00 |
| Bankruptcy Counsel | $ - | $ - | $ - | $ - | $ - | $ - |
| State Court Counsel | $ - | $ - | $ - | $ - | $ - | $ - |
| Other (see below) | $ 2,250.00 | $ 55,253.00 | $ (53,003.00) | $ 2,250.00 | $ 2,250.00 | $ 2,250.00 |
| | | | $ - | | | |
| **TOTAL DISBURSEMENTS** | $ 152,836.27 | $ 297,275.14 | $ (144,438.87) | $ 287,657.19 | $ 157,091.19 | $ 151,591.19 |
| **ENDING CASH BALANCE** | | $ 22,163.73 | | $ 39,506.54 | $ 57,415.35 | $ 70,824.16 |

* Cash flow projections include revenue from certain non-debtor subsidiaries of BOTW Holdings, LLC for their proportionate share of expenses.

| | |
|---|---|
| Tsheets | 108 |
| Cody Fire School Donation | 100 |
| Investment in Huskemaw Optics | 55000 |
| Bank Wire Fees | 45 |