## 3-Year Consolidated Forecast

BOTW Holdings, BOTW Ammo, BOTW Arms, Huskemaw Optics

|  | 2024 (August-Dec.) | 2025 | 2026 | 2027 |
|---|---:|---:|---:|---:|
| Starting Cash | $ 200,000.00 | $ 48,518.85 | $ 15,180.33 | $ 47,061.81 |
| Income | $ 1,950,000.00 | $ 4,992,000.00 | $ 5,341,440.00 | $ 5,608,512.00 |
| Loan/Capital Contribution |  |  |  | $ 815,000.00 |
| **Total Available Cash** | $ 2,150,000.00 | $ 5,040,518.85 | $ 5,356,620.33 | $ 6,470,573.81 |
| **Expenses & Disbursements** |  |  |  |  |
| Rent | $ 35,000.00 | $ 84,000.00 | $ 84,000.00 | $ 84,000.00 |
| Utilities | $ 15,000.00 | $ 36,000.00 | $ 39,600.00 | $ 43,560.00 |
| Insurance | $ 60,000.00 | $ 144,000.00 | $ 158,400.00 | $ 174,240.00 |
| Payroll | $ 242,000.00 | $ 598,000.00 | $ 657,800.00 | $ 723,580.00 |
| Payroll Taxes | $ 90,000.00 | $ 210,000.00 | $ 231,000.00 | $ 254,100.00 |
| Employee Benefits- Aflac and MetLife | $ 5,000.00 | $ 25,200.00 | $ 27,720.00 | $ 30,492.00 |
| Professional Fees | $ 350,000.00 | $ 780,000.00 | $ 858,000.00 | $ 943,800.00 |
| Marketing Fees | $ 80,000.00 | $ 200,000.00 | $ 220,000.00 | $ 242,000.00 |
| Inventory Purchases | $ 750,000.00 | $ 1,800,000.00 | $ 1,890,000.00 | $ 1,984,500.00 |
| Software/Internet Fees | $ 55,000.00 | $ 132,000.00 | $ 145,200.00 | $ 159,720.00 |
| Dues and Subscriptions | $ 50,000.00 | $ 120,000.00 | $ 132,000.00 | $ 145,200.00 |
| Shipping Costs | $ 12,000.00 | $ 50,000.00 | $ 55,000.00 | $ 60,500.00 |
| Office Supplies | $ 3,000.00 | $ 7,000.00 | $ 7,700.00 | $ 8,470.00 |
| Commissions | $ 100,000.00 | $ 240,000.00 | $ 264,000.00 | $ 290,400.00 |
| Class 4 | $ 219,672.10 | $ 527,213.04 | $ 527,213.04 | $ 1,308,634.06 |
| Class 5 | $ 4,840.10 |  |  |  |
| Chrysler Capital | $ 4,968.95 | $ 11,925.48 | $ 11,925.48 | $ 4,893.88 |
| Peterson/Caldwell Royalties | $ 25,000.00 | $ 60,000.00 | $ - | $ - |
| **Total Disbursements** | $ 2,101,481.15 | $ 5,025,338.52 | $ 5,309,558.52 | $ 6,458,089.94 |
| **Ending Cash Balance** | $ 48,518.85 | $ 15,180.33 | $ 47,061.81 | $ 12,483.87 |