**Fill in this information to identify the case:**

Debtor Name _____

United States Bankruptcy Court for the: _____ District of _____

Case number: _____

☐ Check if this is an
amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: _____

Line of business: _____

Date report filed: _____
MM / DD / YYYY

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:

Original signature of responsible party _____

Printed name of responsible party _____

## ▌ 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. Did the business operate during the entire reporting period? | ☐ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☐ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☐ | ☐ | ☐ |
| 4. Did you pay your employees on time? | ☐ | ☐ | ☐ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☐ |
| 7. Have you timely filed all other required government filings? | ☐ | ☐ | ☐ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☐ |
| 9. Have you timely paid all of your insurance premiums? | ☐ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☐ | ☐ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☐ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☐ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☐ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☐ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☐ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☐ | ☐ |

Debtor Name _____    Case number_____

17.  Have you paid any bills you owed before you filed bankruptcy?                               ❏    ❏    ❏

18.  Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ❏    ❏    ❏

## 2. Summary of Cash Activity for All Accounts

19.  **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous
month. If this is your first report, report the total cash on hand as of the date of the filing of this case.                               $ _____

20.  **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all
cash received even if you have not deposited it at the bank, collections on
receivables, credit card deposits, cash received from other parties, or loans, gifts, or
payments made by other parties on your behalf. Do not attach bank statements in
lieu of *Exhibit C*.

Report the total from *Exhibit C* here.                               $ _____

21.  **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the
date paid, payee, purpose, and amount. Include all cash payments, debit card
transactions, checks issued even if they have not cleared the bank, outstanding
checks issued before the bankruptcy was filed that were allowed to clear this month,
and payments made by other parties on your behalf. Do not attach bank statements
in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.                               − $ _____

22.  **Net cash flow**

Subtract line 21 from line 20 and report the result here.                               + $ _____
This amount may be different from what you may have calculated as *net profit*.

23.  **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.                               = $ _____

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that
have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but
have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the
purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24.  **Total payables**                               $ _____

     *(Exhibit E)*

Debtor Name _____   Case number_____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                                $ _____

   *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                   _____

27. What is the number of employees as of the date of this monthly report?                   _____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?        $ _____

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _____

30. How much have you paid this month in other professional fees?                              $ _____

31. How much have you paid in total other professional fees since filing the case?            $ _____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | *Column A* | | *Column B* | | *Column C* |
|---|---|---|---|---|---|
|  | **Projected** | **–** | **Actual** | **=** | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ | **–** | $ _____ | **=** | $ _____ |
| 33. **Cash disbursements** | $ _____ | **–** | $ _____ | **=** | $ _____ |
| 34. **Net cash flow** | $ _____ | **–** | $ _____ | **=** | $ _____ |

35. Total projected cash receipts for the next month:                                          $ _____

36. Total projected cash disbursements for the next month:                                   **-** $ _____

37. Total projected net cash flow for the next month:                                          **=** $ _____

Debtor Name _____     Case number_____

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☐  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐  39.  Bank reconciliation reports for each account.

☐  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐  41.  Budget, projection, or forecast reports.

☐  42.  Project, job costing, or work-in-progress reports.

BOTW Holdings June

Exhibit B

10. Old bank account closed 6/24. Credit/Debit shown in Exhibit C/D

**Exhibit C**

| Account Name | Processed Date | Description | Credit or D | Amount |
|---|---|---|---|---|
| BOTW Holdings LLC | 6/20/2024 | TRSF FROM BOTW ARMS LLC REIMBURSE DUE TO HOLDING! | Credit | $ 10,000.00 |
| BOTW Holdings LLC | 6/13/2024 | TRSF FROM BOTW AMMO LLC REIMBURSE DUE TO HOLDING | Credit | $ 10,000.00 |
| BOTW Holdings LLC | 6/11/2024 | TRSF FROM BOTW ARMS LLC REIMBURSE DUE TO HOLDING! | Credit | $ 10,000.00 |
| BOTW Holdings LLC | 6/11/2024 | TRSF FROM HUSKEMAW OPTICS LLC REIMBURSE DUE TO HC | Credit | $ 30,000.00 |
| BOTW Holdings LLC | 6/7/2024 | TRSF FROM HUSKEMAW OPTICS LLC REIMBURSE DUE TO HC | Credit | $ 5,000.00 |
| BOTW Holdings LLC | 6/6/2024 | TRSF FROM BOTW ARMS LLC REIMBURSE DUE TO HOLDING! | Credit | $ 7,000.00 |
| | | | **Total** | **$ 72,000.00** |

Exhibit C

| Account Name | Processed Date | Description | Credit or Debit | Amount |
|---|---|---|---|---|
| BOTW HOLDINGS DIP | 6/26/2024 | REQUESTED BY: KELLY M SULLIVAN REIMBURSE DUE TO HOLDINGS- Transfer from BOTW Arms | Credit | $ 20,000.00 |
| BOTW HOLDINGS DIP | 6/26/2024 | REQUESTED BY: KELLY M SULLIVAN REIMBURSE DUE TO HOLDINGS- Transfer from Huskemaw DIP | Credit | $ 77,000.00 |
| BOTW HOLDINGS DIP | 6/24/2024 | DDA DEPOSIT- Closure of old Account | Credit | $ 6,247.57 |
| BOTW HOLDINGS DIP | 6/21/2024 | REQUESTED BY: KELLY M SULLIVAN- Transfer from old account to DIP | Credit | $ 13,000.00 |
| BOTW HOLDINGS DIP | 6/14/2024 | REQUESTED BY: KELLY M SULLIVAN- liquidity transfer | Credit | $ 10,000.00 |
| BOTW HOLDINGS DIP | 6/12/2024 | REQUESTED BY: KELLY M SULLIVAN- liquidity transfer | Credit | $ 40,000.00 |
| | | | **Total** | **$ 166,247.57** |

**Exhibit D**

| Account Name | Processed Date | Payee | Credit or Debit | Amount | | Purpose |
|---|---|---|---|---|---|---|
| BOTW Holdings LLC | 6/21/2024 | BOTW Holdings DIP | Debit | $ | 6,247.57 | Close Account- Liquidity Transfer |
| BOTW Holdings LLC | 6/20/2024 | Avalara | Debit | $ | 451.96 | Tax Service |
| BOTW Holdings LLC | 6/20/2024 | Holdings DIP account | Debit | $ | 13,000.00 | Liquidity Transfer |
| BOTW Holdings LLC | 6/18/2024 | Bighorn Water | Debit | $ | 117.00 | Office Supplies- Drinking water |
| BOTW Holdings LLC | 6/18/2024 | State of MT | Debit | $ | 203.00 | MT Payroll Taxes |
| BOTW Holdings LLC | 6/17/2024 | Michaletz Holdings | Debit | $ | 4,325.00 | Professional Fees- Accounting |
| BOTW Holdings LLC | 6/13/2024 | BOTW Holdings DIP | Debit | $ | 10,000.00 | Liquidity Transfer |
| BOTW Holdings LLC | 6/13/2024 | Entre Technology | Debit | $ | 198.00 | Software Fees |
| BOTW Holdings LLC | 6/13/2024 | Entre Technology | Debit | $ | 2,723.32 | Software Fees |
| BOTW Holdings LLC | 6/13/2024 | Amazon Web Services | Debit | $ | 1,140.19 | Dues/Subscriptions |
| BOTW Holdings LLC | 6/12/2024 | BOTW Holdings DIP Utilities | Debit | $ | 1,700.00 | Liquidity Transfer |
| BOTW Holdings LLC | 6/11/2024 | Intuit- Tsheets | Debit | $ | 108.00 | Dues/Subscriptions |
| BOTW Holdings LLC | 6/11/2024 | BOTW Holdings DIP | Debit | $ | 40,000.00 | Liqidity Transfer |
| BOTW Holdings LLC | 6/10/2024 | Fonality/NetFortris | Debit | $ | 799.95 | Utilites- telehpones |
| BOTW Holdings LLC | 6/5/2024 | IRS | Debit | $ | 6,658.56 | Payroll Taxes |
| BOTW Holdings LLC | 6/5/2024 | SBA | Debit | $ | 731.00 | Small business loan auto-pay |
| BOTW Holdings LLC | 6/4/2024 | Mountain Alarm | Debit | $ | 63.40 | Utilties- alarm system |
| BOTW Holdings LLC | 6/3/2024 | Big Sky Retirement | Debit | $ | 1,500.00 | Professional Fees- EE benefits |
| BOTW Holdings LLC | 6/3/2024 | MetLife | Debit | $ | 634.10 | EE dental/vision |
| BOTW Holdings LLC | 6/3/2024 | Proffit's Enterprises | Debit | $ | 690.00 | Repairs/Maintenance |
| | | | **Total** | **$** | **91,291.05** | |

**Exhibit D**

| Account Name | Processed Date | Payee | Credit or Debit | Amount | Purpose |
|---|---|---|---|---|---|
| BOTW HOLDINGS DIP | 6/28/2024 | SFM | Debit | $ 1,131.00 | Work Comp state payment |
| BOTW HOLDINGS DIP | 6/28/2024 | Ryan Chalupsky | Debit | $ 3,035.84 | Payroll |
| BOTW HOLDINGS DIP | 6/28/2024 | Stryk Group USA | Debit | $ 45,000.00 | Professional Fees |
| BOTW HOLDINGS DIP | 6/28/2024 | First Bank of Wyoming | Debit | $ 20.00 | Domestic Wire Fee |
| BOTW HOLDINGS DIP | 6/28/2024 | Spotted Bear Marketing | Debit | $ 8,333.00 | Professional Fees- Marketing |
| BOTW HOLDINGS DIP | 6/27/2024 | Yellowstone Ave, LLC | Debit | $ 7,000.00 | Rent |
| BOTW HOLDINGS DIP | 6/27/2024 | Chrylser Capital | Debit | $ 1,987.58 | Car Loan Payment |
| BOTW HOLDINGS DIP | 6/26/2024 | Kinchloe Plumbing | Debit | $ 230.48 | Repairs/maintenance |
| BOTW HOLDINGS DIP | 6/25/2024 | IPFS Corp | Debit | $ 12,704.04 | Insurance Loan Payment |
| BOTW HOLDINGS DIP | 6/24/2024 | City of Cody | Debit | $ 1,513.44 | Utilties- water, electric |
| BOTW HOLDINGS DIP | 6/21/2024 | Timothy Bushnell | Debit | $ 1,690.22 | Payroll |
| BOTW HOLDINGS DIP | 6/20/2024 | IRS | Debit | $ 6,578.32 | Payroll taxes |
| BOTW HOLDINGS DIP | 6/20/2024 | James Kindt | Debit | $ 2,193.14 | Payroll |
| BOTW HOLDINGS DIP | 6/20/2024 | Dex Imaging | Debit | $ 261.23 | Office Printing |
| BOTW HOLDINGS DIP | 6/20/2024 | SBW & Associates | Debit | $ 1,600.00 | Professional Fees- Accounting |
| BOTW HOLDINGS DIP | 6/20/2024 | SBW & Associates | Debit | $ 563.00 | Professional Fees- Accounting |
| BOTW HOLDINGS DIP | 6/20/2024 | Ernest Cook | Debit | $ 2,295.36 | Payroll |
| BOTW HOLDINGS DIP | 6/18/2024 | Eckberg Power | Debit | $ 3,755.00 | Professional Fees- Accounting |
| BOTW HOLDINGS DIP | 6/18/2024 | First Bank of Wyoming | Debit | $ 31.30 | Stamp for deposits |
| BOTW HOLDINGS DIP | 6/18/2024 | Hall & Evans | Debit | $ 470.95 | Professional Fees- Legal |
| BOTW HOLDINGS DIP | 6/18/2024 | Jason Byerley | Debit | $ 1,447.60 | Payroll |
| BOTW HOLDINGS DIP | 6/18/2024 | Tri County Telephone | Debit | $ 445.95 | Utilites- phones |
| BOTW HOLDINGS DIP | 6/17/2024 | Maddison Gail | Debit | $ 1,664.21 | Payroll |
| BOTW HOLDINGS DIP | 6/17/2024 | Alyssa Matuska | Debit | $ 1,117.66 | Payroll |
| BOTW HOLDINGS DIP | 6/17/2024 | Cole Redmond | Debit | $ 1,602.83 | Payroll |
| BOTW HOLDINGS DIP | 6/17/2024 | Emily Grant | Debit | $ 1,698.80 | Payroll |
| BOTW HOLDINGS DIP | 6/17/2024 | Grady Stovey | Debit | $ 1,522.75 | Payroll |
| BOTW HOLDINGS DIP | 6/17/2024 | Christopher Mota-Hernandez | Debit | $ 1,719.58 | Payroll |
| BOTW HOLDINGS DIP | 6/17/2024 | Morgan Allison | Debit | $ 1,386.97 | Payroll |
| BOTW HOLDINGS DIP | 6/14/2024 | Ryan Chalupsky | Debit | $ 3,035.84 | Payroll |
| BOTW HOLDINGS DIP | 6/13/2024 | HARLAND CLARKE | Debit | $ 336.65 | Office Supplies- Checks |
| | | | **TOTAL** | **$ 116,372.74** | |





```
                                        Date  6/28/24      Page    1
                                        Primary Account  XXXXXXXXXXXXX3242



         BOTW HOLDINGS LLC
         PO BOX 1150
         CODY WY 82414-1150
```

*************************** CHECKING ACCOUNTS ***************************

```
         Account Title: BOTW HOLDINGS LLC
```

This Important Deposit Notice modifies our Terms and Conditions of Your
Account. The information below is new. All other sections remained the same.
Deposit Terms and Conditions and Related Disclosures are available upon request
by visiting or calling your local branch.
**An overdraft fee is not charged when the account is overdrawn ten ($10.00)
dollars or less after all items have posted business each day.

```
TOTALLY FREE BUSINESS CHECKING          Number of Enclosures            4
Account Number          XXXXXXXXXXXXX3242  Statement Dates   6/03/24 thru  6/30/24
Previous Balance              19,291.05  Days in the statement period     28
    6 Deposits/Credits         72,000.00  Average Ledger              9,739.67
   20 Checks/Debits            91,291.05  Average Collected           9,739.67
Service Charge                      .00
Interest Paid                       .00
Ending Balance                      .00
```

-------------------------- ACTIVITY IN DATE ORDER --------------------------

| Date | Description | | Withdrawals | Deposits | Balance |
|------|-------------|---|------------|----------|---------|
| 6/03 | METKC | INSPREMIUM | 634.10- | .00 | 18,656.95 |
| | | PPD | | | |
| | BOTW HOLDINGS LLC | | | | |
| 6/03 | BOTW HOLDINGS | PAY0119 | 690.00- | .00 | 17,966.95 |
| | CCD | | | | |
| | 292970825142901 | | | | |
| 6/03 | BOTW HOLDINGS | PAY0116 | 1,500.00- | .00 | 16,466.95 |
| | CCD | | | | |
| | 292970825180301 | | | | |
| 6/04 | MOUNTAIN ALARM | ACH | 63.40- | .00 | 16,403.55 |
| | CCD   2377122 | | | | |
| | 242071756882119 | | | | |
| 6/05 | SBA LOAN | PAYMENT | 731.00- | .00 | 15,672.55 |
| | CCD     0000 | | | | |
| | 041036043481221 | | | | |
| 6/05 | IRS | USATAXPYMT | 6,658.56- | .00 | 9,013.99 |
| | CCD   270455742668320 | | | | |





```
                              Date  6/28/24        Page     2
                              Primary Account  XXXXXXXXXXXX3242
```

TOTALLY FREE BUSINESS CHECKING   XXXXXXXXXXXX3242  (Continued)

| Date | Description | Withdrawals | Deposits | Balance |
|------|-------------|-------------|----------|---------|
| | 061036010063429 | | | |
| 6/06 | Trsf from BOTW Arms LLC | .00 | 7,000.00 | 16,013.99 |
| | Reimburse Due to Holdings | | | |
| | Confirmation number  606241480 | | | |
| 6/07 | Trsf from Huskemaw Optics LLC | .00 | 5,000.00 | 21,013.99 |
| | Reimburse Due to Holdings | | | |
| | Confirmation number  607242897 | | | |
| 6/10 | FONAL2742        PAYMENT | 799.95- | .00 | 20,214.04 |
| | PPD | | | |
| | BEST OF THE WEST - CY | | | |
| 6/11 | Trsf from Huskemaw Optics LLC | .00 | 30,000.00 | 50,214.04 |
| | Reimburse Due to Holdings | | | |
| | Confirmation number  611242064 | | | |
| 6/11 | Trsf from BOTW Arms LLC | .00 | 10,000.00 | 60,214.04 |
| | Reimburse Due to Holdings | | | |
| | Confirmation number  611242158 | | | |
| 6/11 | DBT CRD 1018 06/11/24 66145345 | 108.00- | .00 | 60,106.04 |
| | INTUIT *TSheets | | | |
| | CL.INTUIT.COMCA C# 5625 | | | |
| 6/11 | Requested by: | 40,000.00- | .00 | 20,106.04 |
| | KELLY M SULLIVAN | | | |
| 6/12 | Requested by: | 1,700.00- | .00 | 18,406.04 |
| | KELLY M SULLIVAN | | | |
| 6/13 | Trsf from BOTW Ammo LLC | .00 | 10,000.00 | 28,406.04 |
| | Reimburse Due to Holdings | | | |
| | Confirmation number  613242414 | | | |
| 6/13 | Requested by: | 10,000.00- | .00 | 18,406.04 |
| | KELLY M SULLIVAN | | | |
| 6/13 | CHECK             1243 | 198.00- | .00 | 18,208.04 |
| 6/13 | CHECK             1244 | 2,723.32- | .00 | 15,484.72 |
| 6/13 | CHECK             9444514 | 1,140.19- | .00 | 14,344.53 |
| 6/17 | CHECK             1245 | 4,325.00- | .00 | 10,019.53 |
| 6/18 | BIGHORN WATER    3073473740 | 117.00- | .00 | 9,902.53 |
| | WEB | | | |
| | BEST OF THE WEST | | | |
| 6/18 | STATE OF MONTANA  MT TAX PMT | 203.00- | .00 | 9,699.53 |
| | CCD     1758944512 | | | |
| | 042000017917305 | | | |
| 6/20 | Trsf from BOTW Arms LLC | .00 | 10,000.00 | 19,699.53 |
| | Reimburse Due to Holdings | | | |
| | Confirmation number  620247180 | | | |
| 6/20 | AVALARA          PAYMENT | 451.96- | .00 | 19,247.57 |
| | CCD     043000098036880 | | | |





Date  6/28/24      Page      3
Primary Account   XXXXXXXXXXXX3242

TOTALLY FREE BUSINESS CHECKING    XXXXXXXXXXXX3242   (Continued)

### ACTIVITY IN DATE ORDER

| Date | Description | Withdrawals | Deposits | Balance |
|------|-------------|-------------|----------|---------|
| | 043305134341200 | | | |
| 6/20 | Requested by: | 13,000.00- | .00 | 6,247.57 |
| | KELLY M SULLIVAN | | | |
| 6/21 | Closing entry - zero balance | 6,247.57- | .00 | .00 |

### SUMMARY BY CHECK NUMBER

| Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|
| 6/13 | 1243 | 198.00 | 6/17 | 1245 | 4,325.00 |
| 6/13 | 1244 | 2,723.32 | 6/13 | 99444514* | 1,140.19 |

* Denotes missing check numbers

**CHECK**     1243     Date: 06/13     Amount: $198.00



**CHECK**     1244     Date: 06/13     Amount: $2,723.32



**CHECK**     1245     Date: 06/17     Amount: $4,325.00



**CHECK**     9444514     Date: 06/13     Amount: $1,140.19

**Account Statement**

# GLACIER
### FAMILY OF BANKS
49 Commons Loop
Kalispell, MT 59901

**Member**
**FDIC**

Date  6/28/24          Page    1
Primary Account   XXXXXXXXXXXX6984

```
*********AUTO**SCH 5-DIGIT 82401
74347 0.7603 AV 0.507  161 1 171

BOTW HOLDINGS LLC
DEBTOR IN POSSESSION CASE #24-20138
PO BOX 1150
CODY WY  82414-1150
```

******************************* CHECKING ACCOUNTS *******************************

Account Title: BOTW HOLDINGS LLC
DEBTOR IN POSSESSION CASE #24-20138

This Important Deposit Notice modifies our Terms and Conditions of Your
Account. The information below is new. All other sections remained the same.
Deposit Terms and Conditions and Related Disclosures are available upon request
by visiting or calling your local branch.
**An overdraft fee is not charged when the account is overdrawn ten ($10.00)
dollars or less after all items have posted business each day.

| TOTALLY FREE BUSINESS CHECKING | | Number of Enclosures | 21 |
|---|---|---|---|
| Account Number | XXXXXXXXXXXX6984 | Statement Dates  6/06/24 thru  6/30/24 | |
| Previous Balance | .00 | Days in the statement period | 25 |
| 6 Deposits/Credits | 166,247.57 | Average Ledger | 34,551.46 |
| 31 Checks/Debits | 116,372.74 | Average Collected | 34,551.46 |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 49,874.83 | | |

------------------------------ Activity in Date Order ------------------------------

| Date | Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|
| 6/12 | Requested by: | .00 | 40,000.00 | 40,000.00 |
| | KELLY M SULLIVAN | | | |
| 6/13 | HARLAND CLARKE   CHK ORDERS | 336.65- | .00 | 39,663.35 |
| | PPD | | | |
| | BOTW HOLDINGS LLC | | | |
| 6/14 | Requested by: | .00 | 10,000.00 | 49,663.35 |
| | KELLY M SULLIVAN | | | |
| 6/14 | DDA DEBIT          10 | 3,035.84- | .00 | 46,627.51 |
| 6/17 | DDA DEBIT         101 | 1,386.97- | .00 | 45,240.54 |
| 6/17 | DDA DEBIT         106 | 1,664.21- | .00 | 43,576.33 |
| 6/17 | DDA DEBIT         107 | 1,698.80- | .00 | 41,877.53 |
| 6/17 | DDA DEBIT         109 | 1,117.66- | .00 | 40,759.87 |
| 6/17 | DDA DEBIT         110 | 1,719.58- | .00 | 39,040.29 |
| 6/17 | DDA DEBIT         111 | 1,602.83- | .00 | 37,437.46 |
| 6/17 | DDA DEBIT         112 | 1,522.75- | .00 | 35,914.71 |
| 6/18 | DDA DEBIT | 31.30- | .00 | 35,883.41 |


**GLACIER**
FAMILY OF BANKS

## How to Balance Your Account

Reconciling your account statement is an important step to ensure that all transactions are correct and accounted for. Reconciling involves comparing the items in your checkbook which the bank has not processed and those on the bank statement but not recorded in your checkbook. Use the steps below to reconcile your checkbook to the bank statement. Glacier Family of Banks also offers an online checkbook reconciliation on each division's website. Type "checkbook" in the Search option to access it.

- Mark off each item against your checkbook. Those not marked will be outstanding items.
- Note any bank or other charges or automatic deposits on the statement, not in your checkbook.
- Fill in the following form to complete reconcilement.

**Outstanding Items**
(ATM/Debit Card withdrawals, checks written but not yet charged to your account)

| Check No. | Amount | Check No. | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **Subtotal** | | **Subtotal** | |

| | | |
|---|---|---|
| **Checkbook Balance** | $ | |
| Add any deposits including automatic deposits not yet entered in your checkbook *(be sure to enter them)* | + | |
| | + | |
| | + | |
| **Subtotal** | $ | |
| Subtract Service Charge *(here and in your checkbook)* | - | |
| Subtract any automatic loan payments or other automatic charges not yet entered in your checkbook *(be sure to subtract from checkbook)* | - | |
| | - | |
| | - | |
| | - | |
| **Adjusted Checkbook Balance** | $ | |

| | | |
|---|---|---|
| **Checking Balance (shown on the statement)** | $ | |
| Add deposits outstanding not yet credited to your account *(include any automatic deposits expected, not yet credited)* | + | |
| | + | |
| | + | |
| | + | |
| **Subtotal** | | |
| Subtract Outstanding Items *(use the subtotal amount)* | - | |
| | - | |
| **Adjusted Statement Balance** | $ | |

**Adjusted Checkbook Balance and Adjusted Statement Balance Should Agree**

**Important Information Concerning Your Account**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS ON YOUR CONSUMER ACCOUNT**

Telephone us or write us at the phone number and address on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1) Tell us your name and account number (if any)
2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information
3) Tell us the dollar amount of the suspected error

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**HOW FINANCE CHARGES ARE CALCULATED ON OVERDRAFT CHECKING AND LINES OF CREDIT**

A. Finance charges are imposed on principal advances under your line and begin to accrue on the day an advance is posted to your line: THERE IS NO GRACE PERIOD. We figure (a portion of) the finance charge on your account by applying the periodic rate to the "average daily balance" of your account (including current transactions). To get the "daily balance" we take the beginning balance of your account each day, add any new (purchases/advances/loans), and subtract any payments or credits (and unpaid finance charges). This gives us the daily balance. Then, we add up all the daily balances the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "average daily balance".

B. New Balance Calculation
The New Balance shown on the face of this statement is calculated by (1) Starting with the "Beginning Balance" {the New Balance from the previous month's statement} (2) subtracting total payments and (3) adding total advances (including, if applicable, Credit Life premiums, check printing charges, returned check charges, or any other

miscellaneous charges outlined in your loan agreement) and (4) adding total Finance Charges.

C. Payments
The minimum periodic payment shown on the front of this statement:
1) will, in the case of OVERDRAFT PROTECTION LINE OF CREDIT, be automatically deducted from your checking account at the end of each billing cycle normally thirty (30) days
or
2) must, in the case of LINE OF CREDIT ACCCOUNTS, be delivered or mailed with the coupon section of this statement and check, money order or cash to the bank of account.
Payments shall be applied first to any unpaid Finance Charges and second to the principal balance outstanding.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR BILL**

If you think your bill is wrong or if you need more information about a transaction on your bill, write us (on a separate sheet) at the address shown on your bill as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter give us the following information:
Your name and account number
The dollar amount of suspected error
Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**REPURCHASE AGREEMENT AND FDIC INSURANCE**

Customer funds held in a Repurchase Agreement are not a deposit and therefore not insured by the FDIC. Such funds are subject to the terms and limitations of the Sweep Account Master Repurchase Agreement.

Rev: 12/2021

Date  6/28/24        Page    2
Primary Account  XXXXXXXXXXXXX6984

TOTALLY FREE BUSINESS CHECKING      XXXXXXXXXXXXX6984   (Continued)

------------------------------ Activity in Date Order ---------------------------
| Date | Description | Withdrawals | Deposits | Balance |
|------|-------------|-------------|----------|---------|
| 6/18 | Tri County Telep  Phone Bill<br>CCD     00051303-3<br>102301910000003 | 445.95- | .00 | 35,437.46 |
| 6/18 | ECKBERG POWER LL   J2189 OOFF<br>CCD     CZ100007PTEGC<br>111000021858834<br>TRN*1*CZ100007PTEGC\<br>RMR*IK*ECKBERG POWER LLC\ | 3,755.00- | .00 | 31,682.46 |
| 6/18 | DDA DEBIT            103 | 1,447.60- | .00 | 30,234.86 |
| 6/18 | DDA DEBIT           1001 | 470.95- | .00 | 29,763.91 |
| 6/20 | DEX IMAGING      WEB PAY<br>CCD     AR11451494<br>043000099801163 | 261.23- | .00 | 29,502.68 |
| 6/20 | IRS             USATAXPYMT<br>CCD     270457030362181<br>061036010040041 | 6,578.32- | .00 | 22,924.36 |
| 6/20 | DDA DEBIT            105 | 2,295.36- | .00 | 20,629.00 |
| 6/20 | DDA DEBIT            108 | 2,193.14- | .00 | 18,435.86 |
| 6/20 | DDA DEBIT           1002 | 563.00- | .00 | 17,872.86 |
| 6/20 | DDA DEBIT           1003 | 1,600.00- | .00 | 16,272.86 |
| 6/21 | Requested by:<br>KELLY M SULLIVAN | .00 | 13,000.00 | 29,272.86 |
| 6/21 | DDA DEBIT            102 | 1,690.22- | .00 | 27,582.64 |
| 6/24 | DDA Deposit | .00 | 6,247.57 | 33,830.21 |
| 6/24 | CITY OF CODY      DEBITS<br>                WEB<br>Kelly Sullivan<br>220957040 | 1,513.44- | .00 | 32,316.77 |
| 6/25 | IPFS866-412-2561  IPFSPMTMOK<br>CCD     B63431<br>101000017497239 | 12,704.04- | .00 | 19,612.73 |
| 6/26 | Requested by: KELLY M SULLIVAN<br>REIMBURSE DUE TO HOLDINGS | .00 | 20,000.00 | 39,612.73 |
| 6/26 | Requested by: KELLY M SULLIVAN<br>REIMBURSE DUE TO HOLDINGS | .00 | 77,000.00 | 116,612.73 |
| 6/26 | DDA DEBIT           1005 | 230.48- | .00 | 116,382.25 |
| 6/27 | CHRYSLER CAPITAL  PAYMENT<br>021000023845023<br>TEL | 1,987.58- | .00 | 114,394.67 |
| 6/27 | DDA DEBIT           1007 | 7,000.00- | .00 | 107,394.67 |
| 6/28 | SPOTTED BEAR MAR   SALE<br>CCD<br>021000029304170 | 8,333.00- | .00 | 99,061.67 |
| 6/28 | DDA DEBIT           1006 | 1,131.00- | .00 | 97,930.67 |
| 6/28 | DDA DEBIT           1011 | 3,035.84- | .00 | 94,894.83 |

Date  6/28/24          Page      3
Primary Account   XXXXXXXXXXXXX6984

TOTALLY FREE BUSINESS CHECKING      XXXXXXXXXXXXX6984   (Continued)

------------------------------ Activity in Date Order ----------------------------
| Date | Description | | Withdrawals | Deposits | Balance |
|------|-------------|--|-------------|----------|---------|
| 6/28 | DDA DEBIT | 1021 | 45,000.00- | .00 | 49,894.83 |
| 6/28 | Domestic Wire Transfer Fee | | 20.00- | .00 | 49,874.83 |

Account: 33000012569804

**CHECKING WITHDRAWAL**

Stamp fee + tax

DATE 6/17/24
PRINT NAME BOTW Holdings llc
SIGNATURE per prime req Kelly Sullivan
AMOUNT Thirty one and 30/100
ACCOUNT NUMBER 33000 01256984
AMOUNT OF WITHDRAWAL 31.30

⑈500 1⑈000 1⑈

Check 0 Amount $31.30 Date 6/18/2024

---

BOTW HOLDINGS LLC
PO BOX 1150
CODY, WY 82414
DATE 6-11-2024
000104
PAY TO THE ORDER OF Ryan Chalupsky $ 3035.84
three thousand thirty-five and ⋅⋅⋅84/100 DOLLARS
MEMO PPE 2024.06.08   Kelly Sullivan

Check 10 Amount $3,035.84 Date 6/14/2024

---

BOTW HOLDINGS LLC
PO BOX 1150
CODY, WY 82414
DATE 6-11-2024
000101
PAY TO THE ORDER OF Morgan Allen $ 1386.97
one thousand three hundred eighty-six and ⋅97/100 DOLLARS
MEMO PPE 2024.06.08   Kelly Sullivan
⑈0 2900 6 13⑈ 33000 1 256984⑈ 000 101

Check 101 Amount $1,386.97 Date 6/17/2024

---

BOTW HOLDINGS LLC
PO BOX 1150
CODY, WY 82414
DATE 6-11-2024
000102
PAY TO THE ORDER OF Timothy Bushnell $ 1690.22
one thousand six hundred ninety and ⋅22/100 DOLLARS
MEMO PPE 2024.06.08   Kelly Sullivan
⑈0 2900 6 13⑈ 33000 1 256984⑈ 000 102

Check 102 Amount $1,690.22 Date 6/21/2024

---

BOTW HOLDINGS LLC
PO BOX 1150
CODY, WY 82414
DATE 6-11-2024
000103
PAY TO THE ORDER OF Jason Byerley $ 1447.60
one thousand four hundred forty-seven and ⋅⋅60/100 DOLLARS
MEMO PPE 2024.06.08   Kelly Sullivan
⑈0 2900 6 13⑈ 33000 1 256984⑈ 000 103

Check 103 Amount $1,447.60 Date 6/18/2024

---

BOTW HOLDINGS LLC
PO BOX 1150
CODY, WY 82414
DATE 6-11-2024
000105
PAY TO THE ORDER OF Ernest Cook $ 2295.36
two thousand two hundred ninety-five and ⋅36/100 DOLLARS
MEMO PPE 2024.06.08   Kelly Sullivan
⑈0 2900 6 13⑈ 33000 1 256984⑈ 000 105

Check 105 Amount $2,295.36 Date 6/20/2024

---

BOTW HOLDINGS LLC
PO BOX 1150
CODY, WY 82414
DATE 6-11-2024
000106
PAY TO THE ORDER OF Maddison Gail $ 1664.21
one thousand six hundred sixty-four and ⋅⋅3/100 DOLLARS
MEMO PPE 2024.06.08   Kelly Sullivan
⑈0 2900 6 13⑈ 33000 1 256984⑈ 000 106

Check 106 Amount $1,664.21 Date 6/17/2024

---

BOTW HOLDINGS LLC
PO BOX 1150
CODY, WY 82414
DATE 6-11-2024
000107
PAY TO THE ORDER OF Emily Grant $ 1698.80
one thousand six hundred ninety-eight and ⋅80/100 DOLLARS
MEMO PPE 2024.06.08   Kelly Allen
⑈0 2900 6 13⑈ 33000 1 256984⑈ 000 107

Check 107 Amount $1,698.80 Date 6/17/2024

---

BOTW HOLDINGS LLC
PO BOX 1150
CODY, WY 82414
DATE 6-11-2024
000108
PAY TO THE ORDER OF James Kindt $ 2193.14
two thousand one hundred ninety-three and ⋅14/100 DOLLARS
MEMO PPE 2024.06.08   Kelly Sullivan
⑈0 2900 6 13⑈ 33000 1 256984⑈ 000 108

Check 108 Amount $2,193.14 Date 6/20/2024

---

BOTW HOLDINGS LLC
PO BOX 1150
CODY, WY 82414
DATE 6-11-2024
000109
PAY TO THE ORDER OF Alyssa Matuska $ 1117.66
one thousand one hundred seventeen and ⋅66/100 DOLLARS
MEMO PPE 2024.06.08   Kelly Sullivan
⑈0 2900 6 13⑈ 33000 1 256984⑈ 000 109

Check 109 Amount $1,117.66 Date 6/17/2024

---

BOTW HOLDINGS LLC
PO BOX 1150
CODY, WY 82414
DATE 6-11-2024
000110
PAY TO THE ORDER OF Christopher Mata-Hernandez $ 1719.58
one thousand seven hundred nineteen and ⋅58/100 DOLLARS
MEMO PPE 2024.06.08   Kelly Sullivan
⑈0 2900 6 13⑈ 33000 1 256984⑈ 000 110

Check 110 Amount $1,719.58 Date 6/17/2024

---

BOTW HOLDINGS LLC
PO BOX 1150
CODY, WY 82414
DATE 6-11-2024
000111
PAY TO THE ORDER OF Cole Redmond $ 1602.83
one thousand six hundred two and ⋅83/100 DOLLARS
MEMO PPE 2024.06.08   Kelly Sullivan
⑈0 2900 6 13⑈ 33000 1 256984⑈ 000 111

Check 111 Amount $1,602.83 Date 6/17/2024

Account: 3500001256984



**BOTW HOLDINGS LLC**
PO BOX 1150
CODY, WY 82414

DATE 6-11-2024

000112

PAY TO THE
ORDER OF Grady Stovey      |$ 1522.75

One thousand five hundred twenty two and 75/100 DOLLARS

First Security Bank
206 E. Main Street
Bozeman, MT 59771

MEMO PPE 2024.06.08

Check 112 Amount $1,522.75 Date 6/17/2024

---

**BOTW HOLDINGS LLC**
PO BOX 1150
CODY, WY 82414
PH. 307-587-2787

1001

06/13/2024

Hall & Evans LLC    |$ 470.95

Four Hundred And Seventy And Ninety-Five Cents

Hall & Evans LLC
1001 17th Street, Suite 300
Denver CO 80202-2084
United States

MEMO 268508

Check 1001 Amount $470.95 Date 6/18/2024

---

**BOTW HOLDINGS LLC**
PO BOX 1150
CODY, WY 82414
PH. 307-587-2787

1002

06/13/2024

SBW & Associates PC    |$ 563.00

Five Hundred And Sixty-Three Dollars

SBW & Associates PC
931 Rumsey Ave
PO Box 637
Cody WY 82414
United States

MEMO 150275

Check 1002 Amount $563.00 Date 6/20/2024

---

**BOTW HOLDINGS LLC**
PO BOX 1150
CODY, WY 82414
PH. 307-587-2787

1003

06/13/2024

SBW & Associates PC    |$ 1,600.00

One Thousand, Six Hundred Dollars

SBW & Associates PC
931 Rumsey Ave
PO Box 637
Cody WY 82414
United States

MEMO June 2024 Prepaid

Check 1003 Amount $1,600.00 Date 6/20/2024

---

**BOTW HOLDINGS LLC**
PO BOX 1150
CODY, WY 82414
PH. 307-587-2787

1005

06/19/2024

Kinchloe Plumbing    |$ 230.48

Two Hundred And Thirty Dollars And Forty-Eight Cents

Kinchloe Plumbing
PO Box 1015
Cody WY 82414
United States

MEMO 157743

Check 1005 Amount $230.48 Date 6/26/2024

---

**BOTW HOLDINGS LLC**
PO BOX 1150
CODY, WY 82414
PH. 307-587-2787

1006

06/20/2024

SFM    |$ 1,131.00

One Thousand, One Hundred And Thirty-One Dollars

SFM
PO Box 583178
Minneapolis MN 55458-3178
United States

MEMO 2024.05.15   165623.202

Check 1006 Amount $1,131.00 Date 6/28/2024

---

**BOTW HOLDINGS LLC**
PO BOX 1150
CODY, WY 82414
PH. 307-587-2787

1007

06/21/2024

Yellowstone Ave, LLC    |$ 7,000.00

Seven Thousand Dollars

Yellowstone Ave, LLC
150 Saint Andrews Ct, Ste 210
Mankato MN 56001
United States

MEMO 2024.07

Check 1007 Amount $7,000.00 Date 6/27/2024

---

**BOTW HOLDINGS LLC**
PO BOX 1150
CODY, WY 82414
PH. 307-587-2787

1011

6/25/2024

PAY TO THE
ORDER OF Ryan Chalupsky    |$ 3035.84

Three thousand thirty five and 84/100

MEMO PPE 06.22.2024

Check 1011 Amount $3,035.84 Date 6/28/2024

---

**BOTW HOLDINGS LLC**
PO BOX 1150
CODY, WY 82414
PH. 307-587-2787

1021

06/25/2024

Stryk Group USA, LLC    |$ 45,000.00

Forty-Five Thousand Dollars

Stryk Group USA, LLC
215 Quail Run Rd Ste D
Bozeman MT 59718-5979
United States

MEMO 1138

Check 1021 Amount $45,000.00 Date 6/28/2024

**Account Statement**

# GLACIER
## FAMILY OF BANKS

49 Commons Loop
Kalispell, MT 59901

Member
**FDIC**

Date  6/28/24              Page      1
Primary Account   XXXXXXXXXXXXX6992

```
*********AUTO**SCH 5-DIGIT 82401
74348 0.4401 AV 0.507  161 1 172

BOTW HOLDINGS LLC
DEBTOR IN POSSESSION CASE #24-20138
UTILITIES
PO BOX 1150
CODY WY  82414-1150
```

********************************* CHECKING ACCOUNTS *********************************

Account Title: BOTW HOLDINGS LLC
               DEBTOR IN POSSESSION CASE #24-20138
               UTILITIES

This Important Deposit Notice modifies our Terms and Conditions of Your
Account. The information below is new. All other sections remained the same.
Deposit Terms and Conditions and Related Disclosures are available upon request
by visiting or calling your local branch.
**An overdraft fee is not charged when the account is overdrawn ten ($10.00)
dollars or less after all items have posted business each day.

| | | | |
|---|---|---|---|
| TOTALLY FREE BUSINESS CHECKING | | Number of Enclosures | 0 |
| Account Number | XXXXXXXXXXXXX6992 | Statement Dates  6/06/24 thru  6/30/24 | |
| Previous Balance | .00 | Days in the statement period | 25 |
| 1 Deposits/Credits | 1,700.00 | Average Ledger | 1,292.00 |
| Checks/Debits | .00 | Average Collected | 1,292.00 |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 1,700.00 | | |

----------------------------- Activity in Date Order -----------------------------
| Date | Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|
| 6/13 | Requested by: | .00 | 1,700.00 | 1,700.00 |
| | KELLY M SULLIVAN | | | |

| Income & Receipts* | 05/01 Forecast | 05/01 Actuals | 05/01 Difference | 06/01 | 06/01 Actuals | 06/01 Difference | 07/01 | 08/01 |
|---|---|---|---|---|---|---|---|---|
| Starting Cash | $ 10,000.00 | $ 12,363.93 | $ (2,363.93) | $ 22,163.73 | $ 19,291.05 | $ 2,872.68 | $ 39,506.54 | $ 57,415.35 |
| Cash Sales | $ - | | $ - | $ - | | | $ - | $ - |
| Income | $ 165,000.00 | $ 304,202.26 | $ (139,202.26) | $ 305,000.00 | $ 238,247.57 | $ 66,752.43 | $ 175,000.00 | $ 165,000.00 |
| | | | $ - | | | | | |
| **Total Available Cash** | $ 175,000.00 | $ 316,566.19 | $ (141,566.19) | $ 327,163.73 | $ 257,538.62 | $ 69,625.11 | $ 214,506.54 | $ 222,415.35 |
| | | | $ - | $ - | | | | |
| **Expenses & Disbursements** | | | $ - | $ - | | | | |
| | | | $ - | $ - | | | | |
| Rent- 115 W Yellowstone Ave | $ 7,000.00 | $ 7,000.00 | $ - | $ 7,000.00 | $ 7,000.00 | $ - | $ 7,000.00 | $ 7,000.00 |
| Personal Property Tax- Park co | $ 636.08 | $ 636.08 | $ - | | | $ - | | |
| Employee Salaries- Ammo, Arms Huskemaw, Productions | $ 47,381.00 | $ 73,587.10 | $ (26,206.10) | $ 45,472.00 | $ 24,410.80 | $ 21,061.20 | $ 45,472.00 | $ 45,472.00 |
| Employee Benefits- Aflac and MetLife | $ 2,100.00 | $ 2,067.38 | $ 32.62 | $ 2,100.00 | $ 2,134.10 | $ (34.10) | $ 2,100.00 | $ 2,100.00 |
| Employee Benefits- 401K matching | $ - | $ - | $ - | | | $ - | $ 2,300.00 | $ 2,300.00 |
| Payroll Taxes (941) | $ 15,000.00 | $ 20,083.08 | $ (5,083.08) | $ 14,000.00 | $ 13,439.88 | $ 560.12 | $ 14,000.00 | $ 14,000.00 |
| Q2 Payroll Taxes- UI/WC and UT WH | | | $ - | | | $ - | $ 5,500.00 | |
| Vehicle Payment- Chrysler Capital | $ 993.79 | $ 993.79 | $ - | $ 993.79 | $ 1,987.58 | $ (993.79) | $ 993.79 | $ 993.79 |
| Maintenance- Terminix, Proffitt's Enterprises,Mountain Alarm | $ 586.40 | $ 391.40 | $ 195.00 | $ 586.40 | $ 983.88 | $ (397.48) | $ 586.40 | $ 586.40 |
| Insurance- North Risk Partners (Annual Premium..switched to monthly) | | $ 46418.6 | $ (46,418.60) | $ 138,366.00 | $ 12,704.04 | $ 125,661.96 | | |
| Office Supplies- DEX Imaging, Big Horn Water | $ 350.00 | $ 353.79 | $ (3.79) | $ 350.00 | $ 378.23 | $ (28.23) | $ 350.00 | $ 350.00 |
| Utilities- City of Cody, BHE, TCT, NetFortris | $ 3,890.00 | $ 3,786.78 | $ 103.22 | $ 3,890.00 | $ 2,759.34 | $ 1,130.66 | $ 3,890.00 | $ 3,890.00 |
| Software Fees- OSI, Entre Technology Service, AWS, Avalara | $ 11,550.00 | $ 13,746.17 | $ (2,196.17) | $ 11,550.00 | $ 4,513.47 | $ 7,036.53 | $ 11,550.00 | $ 11,550.00 |
| Professional Fees- Stryk/Yellowstone Holdings, Cash Management, SBW Associates, Michaletz Holdings, BMC Group | $ 52,035.00 | $ 63,893.97 | $ (11,858.97) | $ 52,035.00 | $ 55,713.95 | $ (3,678.95) | $ 52,035.00 | $ 52,035.00 |
| Marketing Fees- Spotted Bear Marketing | $ 8,333.00 | $ 8,333.00 | $ - | $ 8,333.00 | $ 8,333.00 | $ - | $ 8,333.00 | $ 8,333.00 |
| First Bank LOC | $ - | $ - | $ - | $ - | | | $ - | $ - |
| SBA Loan (pay.gov) | $ 731.00 | $ 731.00 | $ - | $ 731.00 | $ 731.00 | $ - | $ 731.00 | $ 731.00 |
| Bankruptcy Counsel | $ - | $ - | $ - | $ - | | | $ - | $ - |
| State Court Counsel | $ - | $ - | $ - | $ - | | | $ - | $ - |
| Other (see below) | $ 2,250.00 | $ 55,253.00 | $ (53,003.00) | $ 2,250.00 | $ 1,626.95 | $ 623.05 | $ 2,250.00 | $ 2,250.00 |
| Liquidity Transfer | | | $ - | | $ 70,947.57 | $ (70,947.57) | | |
| | | | | | | | | |
| **TOTAL DISBURSEMENTS** | $ 152,836.27 | $ 297,275.14 | $ (144,438.87) | $ 287,657.19 | $ 207,663.79 | $ 79,993.40 | $ 157,091.19 | $ 151,591.19 |
| | | | | | | | | |
| **ENDING CASH BALANCE** | $ 22,163.73 | $ 19,291.05 | $ 2,872.68 | $ 39,506.54 | $ 49,874.83 | $ (10,368.29) | $ 57,415.35 | $ 70,824.16 |

* Cash flow projections include revenue from certain non-debtor subsidiaries of BOTW Holdings, LLC for their proportionate share of expenses.

| | | | | |
|---|---|---|---|---|
| Tsheets | 108 | Tsheets | 108 | |
| Cody Fire School Donation | 100 | Harland Clarke | 336.65 | |
| Investment in Huskemaw Optics | 55000 | First Bank of Wyoming | 31.30 | |
| Bank Wire Fees | 45 | First Bank of Wyoming | 20.00 | |
| | | SFM | 1131 | |
| | | | 1626.95 | |