**Fill in this information to identify the case:**

Debtor Name _____

United States Bankruptcy Court for the: _____ District of _____

Case number: _____

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: _____    Date report filed: _____
                                          MM / DD / YYYY

Line of business: _____    NAISC code: _____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:

Original signature of responsible party  _____

Printed name of responsible party  _____

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|   |   | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
|   | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☐ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☐ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☐ | ☐ | ☐ |
|   | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☐ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☐ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☐ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☐ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☐ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☐ | ☐ |

Debtor Name  _____          Case number_____

17. Have you paid any bills you owed before you filed bankruptcy?                               ❏  ❏  ❏
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ❏  ❏  ❏

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.      $ _____

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.       $ _____

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.       − $ _____

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.       + $ _____
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.       = $ _____

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**       $ _____

    *(Exhibit E)*

Debtor Name    _____     Case number_____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**   $ _____

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?   _____
27. What is the number of employees as of the date of this monthly report?   _____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?   $ _____
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _____
30. How much have you paid this month in other professional fees?   $ _____
31. How much have you paid in total other professional fees since filing the case?   $ _____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | *Column A* **Projected** Copy lines 35-37 from the previous month's report. | *Column B* **Actual** Copy lines 20-22 of this report. | *Column C* **Difference** Subtract Column B from Column A. |
|---|---|---|---|
| 32. **Cash receipts** | $ _____ | − $ _____ | = $ _____ |
| 33. **Cash disbursements** | $ _____ | − $ _____ | = $ _____ |
| 34. **Net cash flow** | $ _____ | − $ _____ | = $ _____ |

35. Total projected cash receipts for the next month:   $ _____
36. Total projected cash disbursements for the next month:   − $ _____
37. Total projected net cash flow for the next month:   = $ _____

Debtor Name _____    Case number_____

# 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ❏ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

- ❏ 39. Bank reconciliation reports for each account.

- ❏ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

- ❏ 41. Budget, projection, or forecast reports.

- ❏ 42. Project, job costing, or work-in-progress reports.

**Exhibit C**

| Account Name | Processed Date | Description | Credit or D | Amount |
|---|---|---|---|---|
| BOTW HOLDINGS DIP | 7/29/2024 | REQUESTED BY: KELLY M SULLIV | Credit | $ 10,000.00 |
| BOTW HOLDINGS DIP | 7/29/2024 | REQUESTED BY: KELLY M SULLIV | Credit | $ 20,000.00 |
| BOTW HOLDINGS DIP | 7/29/2024 | REQUESTED BY: KELLY M SULLIV | Credit | $ 15,000.00 |
| BOTW HOLDINGS DIP | 7/26/2024 | REQUESTED BY: KELLY M SULLIV | Credit | $ 12,000.00 |
| BOTW HOLDINGS DIP | 7/19/2024 | REQUESTED BY: KELLY M SULLIV | Credit | $ 25,000.00 |
| BOTW HOLDINGS DIP | 7/19/2024 | REQUESTED BY: KELLY M SULLIV | Credit | $ 10,000.00 |
| BOTW HOLDINGS DIP | 7/3/2024 | REQUESTED BY: KELLY M SULLIV | Credit | $ 60,000.00 |
| BOTW HOLDINGS DIP | 7/2/2024 | INTUIT        ACCTVERIFY | Credit | $ 0.17 |
| BOTW HOLDINGS DIP | 7/2/2024 | INTUIT        ACCTVERIFY | Credit | $ 0.05 |
| BOTW HOLDINGS DIP | 7/1/2024 | WIRE TRANSFER CREDIT BOTW I | Credit | $ 682.46 |
| | | | **TOTAL** | **$ 152,682.68** |

**Exhibit D**

| Account Name | Processed Date | Payee | Credit or Debit | Amount | Purpose |
|---|---|---|---|---|---|
| BOTW HOLDINGS DIP | 7/31/2024 | Stryk Group USA | Debit | $ 45,000.00 | Professional Fees |
| BOTW HOLDINGS DIP | 7/31/2024 | SBW and Associates | Debit | $ 1,600.00 | Professional Fees- August pre-pay |
| BOTW HOLDINGS DIP | 7/30/2024 | Aflac | Debit | $ 1,546.80 | EE benefits |
| BOTW HOLDINGS DIP | 7/30/2024 | Intuit Quickbooks | Debit | $ 164.00 | Dues/Subscriptions |
| BOTW HOLDINGS DIP | 7/30/2024 | City of Cody | Debit | $ 1,652.34 | Utilities |
| BOTW HOLDINGS DIP | 7/29/2024 | Spotted Bear Marketing | Debit | $ 8,333.00 | Professional Fees- Marketing |
| BOTW HOLDINGS DIP | 7/25/2024 | SBW and Associates | Debit | $ 2,090.00 | Professional Fees |
| BOTW HOLDINGS DIP | 7/24/2024 | Dex | Debit | $ 252.84 | Office Supplies- printing |
| BOTW HOLDINGS DIP | 7/23/2024 | Employee | Debit | $ 1,664.20 | Payroll |
| BOTW HOLDINGS DIP | 7/23/2024 | Employee | Debit | $ 1,386.96 | Payroll |
| BOTW HOLDINGS DIP | 7/23/2024 | Employee | Debit | $ 2,193.15 | Payroll |
| BOTW HOLDINGS DIP | 7/23/2024 | Employee | Debit | $ 1,744.77 | Payroll |
| BOTW HOLDINGS DIP | 7/23/2024 | Employee | Debit | $ 1,638.95 | Payroll |
| BOTW HOLDINGS DIP | 7/23/2024 | Avalara | Debit | $ 451.96 | Dues/Subscriptions |
| BOTW HOLDINGS DIP | 7/23/2024 | Employee | Debit | $ 1,671.87 | Payroll |
| BOTW HOLDINGS DIP | 7/23/2024 | Employee | Debit | $ 1,836.49 | Payroll |
| BOTW HOLDINGS DIP | 7/23/2024 | Employee | Debit | $ 3,035.84 | Payroll |
| BOTW HOLDINGS DIP | 7/23/2024 | Employee | Debit | $ 1,431.99 | Payroll |
| BOTW HOLDINGS DIP | 7/23/2024 | Employee | Debit | $ 1,519.23 | Payroll |
| BOTW HOLDINGS DIP | 7/23/2024 | Employee | Debit | $ 2,295.36 | Payroll |
| BOTW HOLDINGS DIP | 7/23/2024 | Employee | Debit | $ 1,379.61 | Payroll |
| BOTW HOLDINGS DIP | 7/22/2024 | Utah 801/297-7703 | Debit | $ 558.87 | Payroll Taxes |
| BOTW HOLDINGS DIP | 7/18/2024 | IRS | Debit | $ 6,474.35 | Payroll Taxes |
| BOTW HOLDINGS DIP | 7/18/2024 | Michaletz Holdings | Debit | $ 3,200.00 | Professional Fees |
| BOTW HOLDINGS DIP | 7/17/2024 | State of Montana | Debit | $ 406.00 | Payroll Taxes |
| BOTW HOLDINGS DIP | 7/17/2024 | IPFS Corporation | Debit | $ 12,704.04 | Insurance Installment |
| BOTW HOLDINGS DIP | 7/17/2024 | Bighorn Water | Debit | $ 86.50 | Office Supplies- water |
| BOTW HOLDINGS DIP | 7/16/2024 | Amazon Web Services | Debit | $ 1,113.19 | Dues/Subscriptions |
| BOTW HOLDINGS DIP | 7/16/2024 | State of Montana | Debit | $ 148.31 | UIT |
| BOTW HOLDINGS DIP | 7/15/2024 | Employee | Debit | $ 1,698.80 | Payroll |
| BOTW HOLDINGS DIP | 7/15/2024 | Employee | Debit | $ 2,295.37 | Payroll |
| BOTW HOLDINGS DIP | 7/15/2024 | Employee | Debit | $ 1,503.62 | Payroll |

| | | | | | |
|---|---|---|---|---|---|
| BOTW HOLDINGS DIP | 7/15/2024 | Employee | Debit | $ 1,298.01 | Payroll |
| BOTW HOLDINGS DIP | 7/15/2024 | Employee | Debit | $ 1,721.27 | Payroll |
| BOTW HOLDINGS DIP | 7/15/2024 | Employee | Debit | $ 2,193.16 | Payroll |
| BOTW HOLDINGS DIP | 7/15/2024 | Employee | Debit | $ 1,461.62 | Payroll |
| BOTW HOLDINGS DIP | 7/15/2024 | Employee | Debit | $ 3,035.82 | Payroll |
| BOTW HOLDINGS DIP | 7/15/2024 | Employee | Debit | $ 1,433.32 | Payroll |
| BOTW HOLDINGS DIP | 7/15/2024 | Employee | Debit | $ 1,386.95 | Payroll |
| BOTW HOLDINGS DIP | 7/15/2024 | Employee | Debit | $ 1,540.66 | Payroll |
| BOTW HOLDINGS DIP | 7/15/2024 | Employee | Debit | $ 10.17 | Payroll |
| BOTW HOLDINGS DIP | 7/15/2024 | Employee | Debit | $ 1,664.21 | Payroll |
| BOTW HOLDINGS DIP | 7/12/2024 | Tri County Telephone | Debit | $ 446.64 | Utilities- telephone |
| BOTW HOLDINGS DIP | 7/11/2024 | Workforce Service | Debit | $ 37.39 | UTAH UIT |
| BOTW HOLDINGS DIP | 7/11/2024 | Chrysler Capital | Debit | $ 993.79 | Truck Loan Payment |
| BOTW HOLDINGS DIP | 7/11/2024 | Anderson Forklift | Debit | $ 712.08 | Forklift Repairs |
| BOTW HOLDINGS DIP | 7/11/2024 | Eckberg Power | Debit | $ 1,395.00 | Professional Fees |
| BOTW HOLDINGS DIP | 7/11/2024 | SBW and Associates | Debit | $ 1,600.00 | Professional Fees |
| BOTW HOLDINGS DIP | 7/10/2024 | Park County Treasurer | Debit | $ 1.50 | Trailer Registration Fee |
| BOTW HOLDINGS DIP | 7/10/2024 | Proffits Enterprises | Debit | $ 560.00 | Property Maintenance |
| BOTW HOLDINGS DIP | 7/10/2024 | Entre Technology | Debit | $ 2,723.32 | Computer and Internet Expenses |
| BOTW HOLDINGS DIP | 7/10/2024 | Park County Treasurer | Debit | $ 15.54 | Trailer Registration Fee |
| BOTW HOLDINGS DIP | 7/10/2024 | Fonality | Debit | $ 797.28 | Telephone Expense |
| BOTW HOLDINGS DIP | 7/9/2024 | Avalara | Debit | $ 451.96 | Dues/Subscriptions |
| BOTW HOLDINGS DIP | 7/8/2024 | Open Source Integrators | Debit | $ 7,500.00 | Software |
| BOTW HOLDINGS DIP | 7/5/2024 | IRS | Debit | $ 6,605.41 | Payroll Taxes |
| BOTW HOLDINGS DIP | 7/3/2024 | Employee | Debit | $ 1,372.29 | Payroll |
| BOTW HOLDINGS DIP | 7/3/2024 | Employee | Debit | $ 2,295.36 | Payroll |
| BOTW HOLDINGS DIP | 7/3/2024 | Mountain Alarm | Debit | $ 63.40 | Maintenence- alarm system |
| BOTW HOLDINGS DIP | 7/2/2024 | Intuit Quickbooks | Debit | $ 0.22 | Account verification |
| BOTW HOLDINGS DIP | 7/2/2024 | Employee | Debit | $ 1,373.62 | Payroll |
| BOTW HOLDINGS DIP | 7/2/2024 | Aflac | Debit | $ 1,450.20 | EE benefits |
| BOTW HOLDINGS DIP | 7/2/2024 | Employee | Debit | $ 1,386.95 | Payroll |
| BOTW HOLDINGS DIP | 7/2/2024 | Employee | Debit | $ 1,473.04 | Payroll |
| BOTW HOLDINGS DIP | 7/1/2024 | Employee | Debit | $ 2,193.16 | Payroll |
| BOTW HOLDINGS DIP | 7/1/2024 | Intuit Quickbooks | Debit | $ 24.00 | Dues/Subscriptions |

| | | | | | | |
|---|---|---|---|---|---|---|
| BOTW HOLDINGS DIP | 7/1/2024 | Employee | Debit | $ | 1,698.80 | Payroll |
| BOTW HOLDINGS DIP | 7/1/2024 | Employee | Debit | $ | 1,664.20 | Payroll |
| BOTW HOLDINGS DIP | 7/1/2024 | Employee | Debit | $ | 1,608.74 | Payroll |
| BOTW HOLDINGS DIP | 7/1/2024 | Employee | Debit | $ | 1,682.75 | Payroll |
| BOTW HOLDINGS DIP | 7/1/2024 | MetLife | Debit | $ | 682.46 | EE benefits |
| BOTW HOLDINGS DIP | 7/1/2024 | MetLife | Debit | $ | 682.46 | EE benefits |
| BOTW HOLDINGS DIP | 7/1/2024 | Employee | Debit | $ | 1,687.45 | Payroll |
| | | | **TOTAL** | **$** | **174,002.61** | |

**GLACIER FAMILY OF BANKS**
49 Commons Loop
Kalispell, MT 59901

**Account Statement**
Member FDIC

Date  7/31/24                     Page     1
Primary Account   XXXXXXXXXXXX6984

```
*********AUTO**SCH 5-DIGIT 82401
54188 1.0805 AV 0.545   122 1 137

BOTW HOLDINGS LLC
DEBTOR IN POSSESSION CASE #24-20138
PO BOX 1150
CODY WY  82414-1150
```

****************************** CHECKING ACCOUNTS ******************************

Account Title: BOTW HOLDINGS LLC
DEBTOR IN POSSESSION CASE #24-20138

| | | | |
|---|---|---|---|
| TOTALLY FREE BUSINESS CHECKING | | Number of Enclosures | 21 |
| Account Number | XXXXXXXXXXXX6984 | Statement Dates  7/01/24 thru | 7/31/24 |
| Previous Balance | 49,874.83 | Days in the statement period | 31 |
| 10 Deposits/Credits | 152,682.68 | Average Ledger | 56,003.67 |
| 73 Checks/Debits | 174,002.61 | Average Collected | 56,003.67 |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 28,554.90 | | |

---------------------------- Activity in Date Order ----------------------------

| Date | Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|
| 7/01 | Wire Transfer Credit | .00 | 682.46 | 50,557.29 |
| | BOTW HOLDINGS LLC | | | |
| | 115 W YELLOWSTONE AVE | | | |
| | CODY WY 82414 | | | |
| | 307-587-2787 | | | |
| | GLACIER BANK | | | |
| | GLACIER BANK | | | |
| | KALISPELL | | | |
| | MT | | | |
| | 20240628J1Q526XX001114 | | | |
| | 20240628MMQFMPBM001044 | | | |
| | 06281723FT03 | | | |
| 7/01 | INTUIT *         QBooks Pay | 24.00- | .00 | 50,533.29 |
| | CCD    1355795 | | | |
| | 021000022196438 | | | |
| 7/01 | Wire Transfer Debit | 682.46- | .00 | 49,850.83 |
| | METROPOLITAN LIFE INSURANCE CO | | | |
| | 101000019 | | | |
| | 9990328 | | | |
| | 200 PARK AVE | | | |
| | NEW YORK NY 10017 | | | |

```
                                              Date  7/31/24           Page     2
                                              Primary Account  XXXXXXXXXXXX6984
```

TOTALLY FREE BUSINESS CHECKING      XXXXXXXXXXXX6984    (Continued)

```
-------------------------------- Activity in Date Order --------------------------
Date    Description                    Withdrawals       Deposits         Balance
             COMM BK
             KANSAS CITY MO
             20240628MMQFMPBM000702
             20240628J1Q526XX001749
             06281716FT03
 7/01 Wire Transfer Debit                 682.46-            .00       49,168.37
             METROPOLITAN LIFE INSURANCE CO
             101000019
             9990329
             200 PARK AVE
             NEW YORK NY 10017
             COMM BK
             KANSAS CITY MO
             20240628MMQFMPBM000810
             20240628J1Q526XX001812
             06281758FT03
 7/01 DDA DEBIT            1009         1,682.75-            .00       47,485.62
 7/01 DDA DEBIT            1013         1,664.20-            .00       45,821.42
 7/01 DDA DEBIT            1014         1,698.80-            .00       44,122.62
 7/01 DDA DEBIT            1015         2,193.16-            .00       41,929.46
 7/01 DDA DEBIT            1018         1,608.74-            .00       40,320.72
 7/01 DDA DEBIT            1019         1,687.45-            .00       38,633.27
 7/02 INTUIT          ACCTVERIFY              .00            .05       38,633.32
                                 PPD
         BOTW HOLDINGS
 7/02 INTUIT          ACCTVERIFY              .00            .17       38,633.49
                                 PPD
         BOTW HOLDINGS
 7/02 INTUIT          ACCTVERIFY              .22-           .00       38,633.27
                                 PPD
         BOTW HOLDINGS
 7/02 AFLAC COLUMBUS   ACHPMT           1,450.20-            .00       37,183.07
         CCD    80273563
         043000091099833
 7/02 DDA DEBIT            1008         1,386.95-            .00       35,796.12
 7/02 DDA DEBIT            1010         1,473.04-            .00       34,323.08
 7/02 DDA DEBIT            1020         1,373.62-            .00       32,949.46
 7/03 Requested by: KELLY M SULLIVAN           .00      60,000.00       92,949.46
         REIMBURSE DUE TO HOLDINGS
 7/03 ALARM MONITORING  ACH                63.40-            .00       92,886.06
         CCD    2431150
         242071759973385
 7/03 DDA DEBIT            1012         2,295.36-            .00       90,590.70
 7/03 DDA DEBIT            1016         1,372.29-            .00       89,218.41
```

```
                                                  Date  7/31/24          Page      3
                                                  Primary Account   XXXXXXXXXXXX6984
```

TOTALLY FREE BUSINESS CHECKING      XXXXXXXXXXXX6984   (Continued)

```
--------------------------------- Activity in Date Order ---------------------------
Date    Description                   Withdrawals       Deposits         Balance
 7/05  IRS              USATAXPYMT      6,605.41-            .00       82,613.00
         CCD      270458535848218
         061036010037230
 7/08  DDA DEBIT            1022        7,500.00-            .00       75,113.00
 7/09  AVALARA          PAYMENT           451.96-            .00       74,661.04
                                WEB
         Sullivan Kelly
         043000097437812
 7/10  ParkCoTreasMV    autopay             1.50-            .00       74,659.54
                                WEB
         BOTW Holdings
         A17549897
 7/10  ParkCoTreasMV    autopay            15.54-            .00       74,644.00
                                WEB
         BOTW Holdings
         A17549875
 7/10  FONAL2742        PAYMENT           797.28-            .00       73,846.72
                                PPD
         BEST OF THE WEST - CY
 7/10  ENTRE TECHNOLOGY  Best of th     2,723.32-            .00       71,123.40
         CCD
         092904760000001
 7/10  DDA DEBIT            1023          560.00-            .00       70,563.40
 7/11  WORKFORCE SERVIC  UTAH UITAX        37.39-            .00       70,526.01
         CCD      2052742
         124000056751763
 7/11  CHRYSLER CAPITAL  PAYMENT          993.79-            .00       69,532.22
         021000025816616
         TEL
 7/11  ECKBERG POWER LL  J2214 OOFF    1,395.00-            .00       68,137.22
         CCD      CZ100008451YC
         111000020187219
         TRN*1*CZ100008451YC\
         RMR*IK*ECKBERG POWER LLC\
 7/11  DDA DEBIT            1024          712.08-            .00       67,425.14
 7/11  DDA DEBIT            1025        1,600.00-            .00       65,825.14
 7/12  Tri County Telep  Phone Bill       446.64-            .00       65,378.50
         CCD      00051303-3
         102301910000259
 7/15  INTUIT 33498537   PAYROLL           10.17-            .00       65,368.33
         CCD      18641520
         111000025204736
 7/15  INTUIT 33498537   PAYROLL        1,298.01-            .00       64,070.32
         CCD      18641520
```

```
                                              Date  7/31/24          Page     4
                                              Primary Account   XXXXXXXXXXXX6984
```

TOTALLY FREE BUSINESS CHECKING      XXXXXXXXXXXX6984   (Continued)

--------------------------------- Activity in Date Order ---------------------------
| Date | Description | Withdrawals | Deposits | Balance |
|---|---|---:|---:|---:|
| | 111000025204733 | | | |
| 7/15 | INTUIT 33498537    PAYROLL | 1,386.95- | .00 | 62,683.37 |
| | CCD     18641520 | | | |
| | 111000025204737 | | | |
| 7/15 | INTUIT 33498537    PAYROLL | 1,433.32- | .00 | 61,250.05 |
| | CCD     18641520 | | | |
| | 111000025204730 | | | |
| 7/15 | INTUIT 33498537    PAYROLL | 1,461.62- | .00 | 59,788.43 |
| | CCD     18641520 | | | |
| | 111000025204731 | | | |
| 7/15 | INTUIT 33498537    PAYROLL | 1,503.62- | .00 | 58,284.81 |
| | CCD     18641520 | | | |
| | 111000025204738 | | | |
| 7/15 | INTUIT 33498537    PAYROLL | 1,540.66- | .00 | 56,744.15 |
| | CCD     18641520 | | | |
| | 111000025204741 | | | |
| 7/15 | INTUIT 33498537    PAYROLL | 1,664.21- | .00 | 55,079.94 |
| | CCD     18641520 | | | |
| | 111000025204739 | | | |
| 7/15 | INTUIT 33498537    PAYROLL | 1,698.80- | .00 | 53,381.14 |
| | CCD     18641520 | | | |
| | 111000025204735 | | | |
| 7/15 | INTUIT 33498537    PAYROLL | 1,721.27- | .00 | 51,659.87 |
| | CCD     18641520 | | | |
| | 111000025204742 | | | |
| 7/15 | INTUIT 33498537    PAYROLL | 2,193.16- | .00 | 49,466.71 |
| | CCD     18641520 | | | |
| | 111000025204740 | | | |
| 7/15 | INTUIT 33498537    PAYROLL | 2,295.37- | .00 | 47,171.34 |
| | CCD     18641520 | | | |
| | 111000025204734 | | | |
| 7/15 | INTUIT 33498537    PAYROLL | 3,035.82- | .00 | 44,135.52 |
| | CCD     18641520 | | | |
| | 111000025204732 | | | |
| 7/16 | STATE OF MONTANA  UIT PMT | 148.31- | .00 | 43,987.21 |
| | CCD     769116160 | | | |
| | 042000017286157 | | | |
| | TXP*2113352         *IIT*148\ | | | |
| 7/16 | DDA DEBIT           9550643 | 1,113.19- | .00 | 42,874.02 |
| 7/17 | BIGHORN WATER    3073473740 | 86.50- | .00 | 42,787.52 |
| | WEB | | | |
| | BEST OF THE WEST | | | |
| 7/17 | STATE OF MONTANA  MT TAX PMT | 406.00- | .00 | 42,381.52 |
| | CCD     2039078144 | | | |

```
                                                    Date  7/31/24        Page     5
                                                    Primary Account   XXXXXXXXXXXX6984




TOTALLY FREE BUSINESS CHECKING      XXXXXXXXXXXX6984   (Continued)

--------------------------------- Activity in Date Order ---------------------------
 Date   Description                        Withdrawals        Deposits         Balance
        042000011916809
 7/17  DDA DEBIT              1026          12,704.04-            .00         29,677.48
 7/18  IRS              USATAXPYMT           6,474.35-            .00         23,203.13
        CCD    270459905889895
        061036010010881
 7/18  DDA DEBIT              1028           3,200.00-            .00         20,003.13
 7/19  Requested by: KELLY M SULLIVAN             .00       10,000.00         30,003.13
        REIMBURSE DUE TO HOLDINGS
 7/19  Requested by: KELLY M SULLIVAN             .00       25,000.00         55,003.13
        REIMBURSE DUE TO HOLDINGS
 7/22  UTAH801/297-7703   TAX PAYMNT           558.87-            .00         54,444.26
                                       PPD
 7/23  AVALARA           PAYMENT              451.96-            .00         53,992.30
                                       WEB
        Sullivan Kelly
        043000099659248
 7/23  INTUIT 34740473     PAYROLL          1,379.61-            .00         52,612.69
        CCD     18641520
        111000022863871
 7/23  INTUIT 34740473     PAYROLL          1,386.96-            .00         51,225.73
        CCD     18641520
        111000022863865
 7/23  INTUIT 34740473     PAYROLL          1,431.99-            .00         49,793.74
        CCD     18641520
        111000022863868
 7/23  INTUIT 34740473     PAYROLL          1,519.23-            .00         48,274.51
        CCD     18641520
        111000022863862
 7/23  INTUIT 34740473     PAYROLL          1,638.95-            .00         46,635.56
        CCD     18641520
        111000022863861
 7/23  INTUIT 34740473     PAYROLL          1,664.20-            .00         44,971.36
        CCD     18641520
        111000022863866
 7/23  INTUIT 34740473     PAYROLL          1,671.87-            .00         43,299.49
        CCD     18641520
        111000022863872
 7/23  INTUIT 34740473     PAYROLL          1,744.77-            .00         41,554.72
        CCD     18641520
        111000022863863
 7/23  INTUIT 34740473     PAYROLL          1,836.49-            .00         39,718.23
        CCD     18641520
        111000022863864
 7/23  INTUIT 34740473     PAYROLL          2,193.15-            .00         37,525.08
        CCD     18641520
```

```
                                                   Date  7/31/24           Page      6
                                                   Primary Account    XXXXXXXXXXXX6984




TOTALLY FREE BUSINESS CHECKING      XXXXXXXXXXXX6984    (Continued)

-------------------------------- Activity in Date Order --------------------------
 Date   Description                       Withdrawals         Deposits          Balance
           111000022863870
 7/23  INTUIT 34740473     PAYROLL         2,295.36-              .00         35,229.72
           CCD     18641520
           111000022863867
 7/23  INTUIT 34740473     PAYROLL         3,035.84-              .00         32,193.88
           CCD     18641520
           111000022863869
 7/24  DEX IMAGING         WEB PAY           252.84-              .00         31,941.04
           CCD     AR11599910
           043000094152932
 7/25  DDA DEBIT              1027         2,090.00-              .00         29,851.04
 7/26  Requested by: KELLY M SULLIVAN            .00        12,000.00         41,851.04
           REIMBURSE DUE TO HOLDINGS
 7/29  Requested by: KELLY M SULLIVAN            .00        10,000.00         51,851.04
           REIMBURSE DUE TO HOLDINGS
 7/29  Requested by: KELLY M SULLIVAN            .00        15,000.00         66,851.04
           REIMBURSE DUE TO HOLDINGS
 7/29  Requested by: KELLY M SULLIVAN            .00        20,000.00         86,851.04
           REIMBURSE DUE TO HOLDINGS
 7/29  SPOTTED BEAR MAR   SALE             8,333.00-              .00         78,518.04
           CCD
           021000028811266
 7/30  INTUIT *           QBooks Pay         164.00-              .00         78,354.04
           CCD     0976764
           021000025926690
 7/30  AFLAC COLUMBUS     ACHPMT           1,546.80-              .00         76,807.24
           CCD     81936157
           043000098285230
 7/30  CITY OF CODY       DEBITS           1,652.34-              .00         75,154.90
                               WEB
           Kelly Sullivan
           223233645
 7/31  DDA DEBIT              1032         1,600.00-              .00         73,554.90
 7/31  DDA DEBIT              1033        45,000.00-              .00         28,554.90
```

**GLACIER FAMILY OF BANKS**
49 Commons Loop
Kalispell, MT 59901

**Account Statement**
Member FDIC

```
                                          Date   7/31/24           Page      1
                                          Primary Account   XXXXXXXXXXXX6992




         *********AUTO**SCH 5-DIGIT 82401
         54189 0.4401 AV 0.545   122 1 138

         BOTW HOLDINGS LLC
         DEBTOR IN POSSESSION CASE #24-20138
         UTILITIES
         PO BOX 1150
         CODY WY  82414-1150



         ******************************* CHECKING ACCOUNTS ********************************

                    Account Title: BOTW HOLDINGS LLC
                                   DEBTOR IN POSSESSION CASE #24-20138
                                   UTILITIES

TOTALLY FREE BUSINESS CHECKING                Number of Enclosures                    0
Account Number             XXXXXXXXXXXX6992   Statement Dates   7/01/24 thru  7/31/24
Previous Balance                     1,700.00 Days in the statement period          31
       Deposits/Credits                   .00 Average Ledger                   1,700.00
        Checks/Debits                    .00  Average Collected                1,700.00
Service Charge                           .00
Interest Paid                            .00
Ending Balance                      1,700.00
```

| Income & Receipts* | 05/01 Forecast | 05/01 Actuals | 05/01 Difference | 06/01 | 06/01 Actuals | 06/01 Difference | 07/01 | 07/01 Actuals | 07/01 Difference | 08/01 |
|---|---|---|---|---|---|---|---|---|---|---|
| Starting Cash | $ 10,000.00 | $ 12,363.93 | $ (2,363.93) | $ 22,163.73 | $ 19,291.05 | $ 2,872.68 | $ 39,506.54 | $ 49,874.83 | $ (10,368.29) | $ 57,415.35 |
| Cash Sales | $ - | $ - | $ - | $ - | $ - | | $ - | $ - | | $ - |
| Income | $ 165,000.00 | $ 304,202.26 | $ (139,202.26) | $ 305,000.00 | $ 238,247.57 | $ 66,752.43 | $ 175,000.00 | $ 152,682.68 | $ 22,317.32 | $ 165,000.00 |
| | | | $ - | | | | | | | |
| **Total Available Cash** | $ 175,000.00 | $ 316,566.19 | $ (141,566.19) | $ 327,163.73 | $ 257,538.62 | $ 69,625.11 | $ 214,506.54 | $ 202,557.51 | $ 11,949.03 | $ 222,415.35 |
| | | | $ - | | | | | | | |
| **Expenses & Disbursements** | | | $ - | | | | | | | |
| Rent- 115 W Yellowstone Ave | $ 7,000.00 | $ 7,000.00 | $ - | $ 7,000.00 | $ 7,000.00 | $ - | $ 7,000.00 | $ - | $ 7,000.00 | $ 7,000.00 |
| Personal Property Tax- Park co | $ 636.08 | $ 636.08 | $ - | | $ - | | $ - | $ - | $ - | |
| Employee Salaries- Ammo, Arms Huskemaw, Productions | $ 47,381.00 | $ 73,587.10 | $ (26,206.10) | $ 45,472.00 | $ 24,410.80 | $ 21,061.20 | $ 45,472.00 | $ 61,477.76 | $ (16,005.76) | $ 45,472.00 |
| Employee Benefits- Aflac and MetLife | $ 2,100.00 | $ 2,067.38 | $ 32.62 | $ 2,100.00 | $ 2,134.10 | $ (34.10) | $ 2,100.00 | $ 4,361.92 | $ (2,261.92) | $ 2,100.00 |
| Employee Benefits- 401K matching | $ - | $ - | $ - | | $ - | | $ 2,300.00 | $ - | $ 2,300.00 | $ 2,300.00 |
| Payroll Taxes (941) | $ 15,000.00 | $ 20,083.08 | $ (5,083.08) | $ 14,000.00 | $ 13,439.88 | $ 560.12 | $ 14,000.00 | $ 13,079.76 | $ 920.24 | $ 14,000.00 |
| Q2 Payroll Taxes- UI/WC and UT WH | | | $ - | | $ - | | $ 5,500.00 | $ 1,150.57 | $ 4,349.43 | |
| Vehicle Payment- Chrysler Capital | $ 993.79 | $ 993.79 | $ - | $ 993.79 | $ 1,987.58 | $ (993.79) | $ 993.79 | $ 993.79 | $ - | $ 993.79 |
| Maintenance- Terminix, Proffitt's Enterprises,Mountain Alarm | $ 586.40 | $ 391.40 | $ 195.00 | $ 586.40 | $ 983.88 | $ (397.48) | $ 586.40 | $ 623.40 | $ (37.00) | $ 586.40 |
| Insurance- North Risk Partners (Annual Premium..switched to monthly) | | 46418.6 | $ (46,418.60) | $ 138,366.00 | $ 12,704.04 | $ 125,661.96 | | $ 12,704.04 | $ (12,704.04) | |
| Office Supplies- DEX Imaging, Big Horn Water | $ 350.00 | $ 353.79 | $ (3.79) | $ 350.00 | $ 378.23 | $ (28.23) | $ 350.00 | $ 339.34 | $ 10.66 | $ 350.00 |
| Utilities- City of Cody, BHE, TCT, NetFortris | $ 3,890.00 | $ 3,786.78 | $ 103.22 | $ 3,890.00 | $ 2,759.34 | $ 1,130.66 | $ 3,890.00 | $ 2,896.26 | $ 993.74 | $ 3,890.00 |
| Software Fees- OSI, Entre Technology Service, AWS, Avalara | $ 11,550.00 | $ 13,746.17 | $ (2,196.17) | $ 11,550.00 | $ 4,513.47 | $ 7,036.53 | $ 11,550.00 | $ 12,428.43 | $ (878.43) | $ 11,550.00 |
| Professional Fees- Stryk/Yellowstone Holdings, Cash Management, SBW Associates, Michaletz Holdings, BMC Group | $ 52,035.00 | $ 63,893.97 | $ (11,858.97) | $ 52,035.00 | $ 55,713.95 | $ (3,678.95) | $ 52,035.00 | $ 54,885.00 | $ (2,850.00) | $ 52,035.00 |
| Marketing Fees- Spotted Bear Marketing | $ 8,333.00 | $ 8,333.00 | $ - | $ 8,333.00 | $ 8,333.00 | $ - | $ 8,333.00 | $ 8,333.00 | $ - | $ 8,333.00 |
| First Bank LOC | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| SBA Loan (pay.gov) | $ 731.00 | $ 731.00 | $ - | $ 731.00 | $ 731.00 | $ - | $ 731.00 | $ - | $ 731.00 | $ 731.00 |
| Bankruptcy Counsel | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| State Court Counsel | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Other (see below) | $ 2,250.00 | $ 55,253.00 | $ (53,003.00) | $ 2,250.00 | $ 1,626.95 | $ 623.05 | $ 2,250.00 | $ 729.34 | $ 1,520.66 | $ 2,250.00 |
| Liquidity Transfer | | | $ - | | $ 70,947.57 | $ (70,947.57) | | $ - | $ - | |
| | | | | | | | | | $ - | |
| **TOTAL DISBURSEMENTS** | $ 152,836.27 | $ 297,275.14 | $ (144,438.87) | $ 287,657.19 | $ 207,663.79 | $ 79,993.40 | $ 157,091.19 | $ 174,002.61 | $ (16,911.42) | $ 151,591.19 |
| | | | | | | | | | | |
| **ENDING CASH BALANCE** | | $ 22,163.73 | $ 19,291.05 | $ 2,872.68 | $ 39,506.54 | $ 49,874.83 | $ (10,368.29) | $ 57,415.35 | $ 28,554.90 | $ 28,860.45 | $ 70,824.16 |

* Cash flow projections include revenue from certain non-debtor subsidiaries of BOTW Holdings, LLC for their proportionate share of expenses.

| | | | | | | |
|---|---|---|---|---|---|---|
| Tsheets | 108 | Tsheets | 108 | Anderson Forklift | 712.08 |
| Cody Fire School Donation | 100 | Harland Clarke | 336.65 | Trailer Regisrtation Fees | 17.04 |
| Investment in Huskemaw Optics | 55000 | First Bank of Wyomin | 31.30 | Account Verifiation QB | 0.22 |
| Bank Wire Fees | 45 | First Bank of Wyomin | 20.00 | Other Total | 729.34 |
| | | SFM | 1131 | | |
| | | Other Total | 1626.95 | | |