Clark Stith
505 Broadway
Rock Springs, WY 82901
clarkstith@wyolawyers.com
Phone: (307) 382-5565
Fax: (307) 382-5552
W.S.B. 6-3176
Attorney for Creditor John A. McCall, Jr.

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| In re: <br>     BOTW Holdings, LLC <br>     Debtor. | Case No. 24- 20138 <br> Chapter 11 |
| In re: <br>     HUSKEMAW OPTICS, LLC | Case No. 24- 20141 <br> Chapter 11 |
| In re: <br>     BEST OF THE WEST PRODUCTIONS, LLC | Case No. 24- 20142 <br> Chapter 11 |

### DECLARATIONOF CLARK STITH IN SUPPORT OF OPPOSITION TO DEBTORS' MOTION TO RECONSIDER

I, Clark Stith, hereby declare as follow:

1. I have personal knowledge of the facts set forth below and, if called as a witness, could and would testify competently thereto.

2. Attached as Exhibit A hereto are copies of the subpoenas dated August 9, 2024 issued to Best of the West Productions, LLC ("Productions"), Best of the West Arms, LLC ("Arms"), Best of the West Ammo, LLC ("Ammo") and Huskema Optics, LLC ("Huskema"). For brevity I have not attached the respective copies of Rule 45 that were attached to the original subpoenas.

3. Attached as Exhibit B hereto are copies of the proofs of service for the subpoenas, which were all served on Productions, Arms, Ammo and Huskema on August 14, 2024.

3. Attached as Exhibit C hereto is a series of emails between me and counsel for Debtors in which I requested, on July 15, 2024, on behalf of creditor John A. McCall, Jr. that debtor Productions take action to set aside certain fraudulent transfers that occurred sometime on or after September 28, 2024 when Arms and Ammo were formed. Debtors' counsel promptly responded on July 16 that he would look into the matter and respond by July 19,,2024. On July 26, 2024, having received no response, I sent an email to counsel for debtor again making the same request. The same day, counsel for debtors responded that "we have been diligently looking into this matter and it has proven more difficult than we expected." Exhibit C. As of today, debtor Productions does not appear to have taken any action to pursue fraudulent transfer claims.

2

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and was executed on August 21, 2024.

/s/Clark Stith

Clark Stith