# Profit and Loss

2023
Best of the West Arms, LLC

Journals: All
Analytic Accounts: All
Analytic Tags: All

|  | 2023 |
|---|---|
| **Gross Profit** | |
|   **Gross Profit** | |
|     **Operating Income** | |
|       400000 Arms Sales | $ 227,057.92 |
|       402000 Crossbow Package Sales | $ 18,411.46 |
|       403000 Firearms Sales | $ 147,388.50 |
|       404000 Muzzeloader Sales | $ 12,272.00 |
|       405000 Rifle Sales | $ 3,162,753.57 |
|       406000 Shotgun Sales | $ 2,660.00 |
|       408000 Other Firearms Sales | $ 1,436.40 |
|       409999 Misc. Product Sales | $ 96,596.64 |
|       410000 Shipping and Delivery Income | $ 27,137.73 |
|       480000 Discounts | $ -5,726.27 |
|       490000 Uncategorized Income | $ -37,722.79 |
|     **Total Operating Income** | $ 3,652,265.16 |
|     **Cost of Revenue** | |
|       500000 Cost of Goods Sold | $ 495,782.94 |
|       502000 Crossbow Package COGS | $ 19,178.20 |
|       503000 Firearms COGS | $ 106,561.41 |
|       504000 Muzzeloader COGS | $ 11,583.64 |
|       505000 Rifle COGS | $ 1,616,481.62 |
|       506000 Shotgun COGS | $ 1,279.39 |
|       508000 Purchase Price Variance | $ -13,490.93 |
|       509000 Other Firearms COGS | $ 1,298.00 |
|       510000 Direct Taxes | $ 137,086.28 |
|       540000 Outside Commissions | $ 77,596.95 |
|       550000 Freight and Shipping Costs | $ 71,092.37 |
|       560000 Demo Inventory | $ 63,089.89 |
|       570000 Scrap General | $ 3,258.99 |
|       580000 Inventory Adjustment | $ 111,823.46 |
|       599999 Error Account | $ -802.86 |
|     **Total Cost of Revenue** | $ 2,701,819.35 |
|   **Total Gross Profit** | $ 950,445.81 |
| **Total Gross Profit** | $ 950,445.81 |
| **Expenses** | |
|   **Expenses** | |
|     601000 Advertising | $ 67,005.11 |
|     601100 Marketing Expense | $ 78,846.66 |
|     601500 Marketing Inventory Expense | $ 1,311.56 |
|     604000 Bank & Finance Charges | $ 22,916.72 |
|     605000 Charitable Contributions | $ 4,600.00 |
|     610000 Compensation - Salaries | $ 419,960.92 |
|     610200 Compensation - Hourly Wages | $ 370,801.66 |
|     610300 Compensation - Bonus | $ 21,308.24 |
|     611000 Compensation - Commissions | $ 11,194.43 |
|     612000 Compensation - Payroll Taxes | $ 70,054.61 |
|     613000 Compensation - Employee Benefits | $ 25,667.21 |

| | 2023 |
|---|---|
| 621000 Dues and Subscriptions | $ 19,576.33 |
| 623000 Interest Expense | $ 3,486.41 |
| 624000 Licenses and Fees | $ 550.00 |
| 626000 Office Supplies | $ 9,269.05 |
| 626500 Office Equipment <$2500 | $ 20,708.28 |
| 627000 Postage Expense | $ 33.38 |
| 628000 Professional Fees - Legal | $ 7,290.00 |
| 628300 Other Professional Fees | $ 4,765.00 |
| 629000 Rent Expense | $ 2,534.63 |
| 630000 Repairs and Maintenance | $ 14,210.23 |
| 632000 Meals 50% Deductible | $ 3,462.40 |
| 632100 Meals 100% Deductible | $ 3,592.22 |
| 633000 Travel Expense | $ 106,549.27 |
| 634000 Computer and Internet Expenses | $ 486.52 |
| 635000 Telephone Expense | $ 610.67 |
| 638000 Vehicle Expense | $ 3,011.17 |
| 650000 Fines and Penalties | $ 32,010.59 |
| **Total Expenses** | $ 1,325,813.27 |
| Depreciation | $ 46,483.09 |
| **Total Expenses** | $ 1,372,296.36 |

**Other Income/Expenses**

| | |
|---|---|
| | $ 0.00 |

**Net Profit**

| | |
|---|---|
| | $ -421,850.55 |

# Profit and Loss

2022
Best of the West Arms, LLC

Journals: All
Analytic Accounts: All
Analytic Tags: All

|  | 2022 |
|---|---:|
| **Gross Profit** | |
| **Gross Profit** | |
| **Operating Income** | |
| 400000 Arms Sales | $ 391,671.60 |
| 402000 Crossbow Package Sales | $ 71,486.14 |
| 403000 Firearms Sales | $ 8,487.00 |
| 404000 Muzzeloader Sales | $ 387,480.01 |
| 405000 Rifle Sales | $ 3,796,165.77 |
| 406000 Shotgun Sales | $ 4,000.00 |
| 409999 Misc. Product Sales | $ 75,675.17 |
| 410000 Shipping and Delivery Income | $ 64,581.55 |
| 420000 Service Income | $ 23,586.06 |
| 490000 Uncategorized Income | $ -37,990.68 |
| **Total Operating Income** | **$ 4,785,142.62** |
| **Cost of Revenue** | |
| 500000 Cost of Goods Sold | $ 582,401.27 |
| 501000 Cost of Services Provided | $ 55,342.97 |
| 502000 Crossbow Package COGS | $ 60,617.24 |
| 503000 Firearms COGS | $ 1,711,867.01 |
| 505000 Rifle COGS | $ 136,403.05 |
| 506000 Shotgun COGS | $ 2,294.34 |
| 508000 Purchase Price Variance | $ -19,830.17 |
| 510000 Direct Taxes | $ 330,102.27 |
| 520000 Royalties | $ 5,150.00 |
| 530000 Warranties | $ 265.00 |
| 540000 Outside Commissions | $ 20,196.85 |
| 550000 Freight and Shipping Costs | $ 96,821.94 |
| 560000 Demo Inventory | $ 408.81 |
| 570000 Scrap General | $ 731.00 |
| 580000 Inventory Adjustment | $ 279,944.78 |
| 599999 Error Account | $ 0.00 |
| **Total Cost of Revenue** | **$ 3,262,716.36** |
| **Total Gross Profit** | **$ 1,522,426.26** |
| **Total Gross Profit** | **$ 1,522,426.26** |
| **Expenses** | |
| **Expenses** | |
| 601000 Advertising | $ 340,431.87 |
| 601100 Marketing Expense | $ 90,507.72 |
| 603500 Bad Debt Expense | $ 126,387.72 |
| 604000 Bank & Finance Charges | $ 118,331.19 |
| 610000 Compensation - Salaries | $ 866,684.76 |
| 610200 Compensation - Hourly Wages | $ 41,667.33 |
| 610300 Compensation - Bonus | $ 17,000.00 |
| 611000 Compensation - Commissions | $ 47,786.47 |
| 612000 Compensation - Payroll Taxes | $ 82,588.21 |
| 613000 Compensation - Employee Benefits | $ 16,164.49 |
| 621000 Dues and Subscriptions | $ 27,731.27 |

| Account | 2022 |
|---|---|
| 623000 Interest Expense | $ 41,326.51 |
| 624000 Licenses and Fees | $ 5,274.51 |
| 626000 Office Supplies | $ 24,220.70 |
| 626500 Office Equipment <$2500 | $ 14,120.00 |
| 627000 Postage Expense | $ 4.10 |
| 628000 Professional Fees - Legal | $ 14,382.55 |
| 628200 Professional Fees - Accounting | $ 4,093.00 |
| 628300 Other Professional Fees | $ 3,283.50 |
| 628700 Property Taxes | $ 2,303.26 |
| 629000 Rent Expense | $ 62,759.00 |
| 630000 Repairs and Maintenance | $ 29,455.56 |
| 632000 Meals 50% Deductible | $ 538.50 |
| 632100 Meals 100% Deductible | $ 1,013.62 |
| 633000 Travel Expense | $ 63,054.54 |
| 635000 Telephone Expense | $ 225.13 |
| 637000 Utilities | $ 29,323.11 |
| 638000 Vehicle Expense | $ 1,960.71 |
| 640000 Research and Development | $ 2,862.24 |
| 650000 Fines and Penalties | $ 55.00 |
| 699999 Miscellaneous Expense | $ 0.00 |
| **Total Expenses** | **$ 2,075,536.57** |
| **Depreciation** | |
| 603000 Amortization Expense | $ 1,620.98 |
| 620000 Depreciation Expense | $ 28,681.30 |
| **Total Depreciation** | **$ 30,302.28** |
| **Total Expenses** | **$ 2,105,838.85** |

| Other Income/Expenses | |
|---|---|
| 702000 Gain (Loss) on Sale of Asset | $ -1,605.74 |
| 706000 Interest Income | $ 0.56 |
| **Total Other Income/Expenses** | **$ -1,605.18** |

| Net Profit | $ -585,017.77 |
|---|---|

# Profit and Loss

From 01/01/2024 to 04/18/2024
Best of the West Arms, LLC

Journals: All
Analytic Accounts: All
Analytic Tags: All

|  | From 01/01/2024 to 04/18/2024 |
|---|---:|
| **Gross Profit** |  |
|   **Gross Profit** |  |
|     **Operating Income** |  |
|       400000 Arms Sales | $ 90,956.84 |
|       405000 Rifle Sales | $ 661,731.25 |
|       406000 Shotgun Sales | $ 5,600.00 |
|       409999 Misc. Product Sales | $ 19,343.47 |
|       410000 Shipping and Delivery Income | $ 8,766.90 |
|       480000 Discounts | $ -1.85 |
|       490000 Uncategorized Income | $ 2,435.89 |
|     **Total Operating Income** | $ 788,832.50 |
|     **Cost of Revenue** |  |
|       500000 Cost of Goods Sold | $ 113,115.33 |
|       505000 Rifle COGS | $ 349,151.65 |
|       506000 Shotgun COGS | $ 2,552.99 |
|       508000 Purchase Price Variance | $ 3,451.70 |
|       510000 Direct Taxes | $ 11,651.70 |
|       550000 Freight and Shipping Costs | $ 20,652.90 |
|       560000 Demo Inventory | $ 5,100.34 |
|       580000 Inventory Adjustment | $ -9,389.88 |
|       599999 Error Account | $ 278.88 |
|     **Total Cost of Revenue** | $ 496,565.61 |
|   **Total Gross Profit** | $ 292,266.89 |
| **Total Gross Profit** | $ 292,266.89 |
| **Expenses** |  |
|   **Expenses** |  |
|     601000 Advertising | $ 6,000.00 |
|     601100 Marketing Expense | $ 34,960.95 |
|     604000 Bank & Finance Charges | $ 11,504.91 |
|     610000 Compensation - Salaries | $ 84,574.26 |
|     610200 Compensation - Hourly Wages | $ 63,295.39 |
|     612000 Compensation - Payroll Taxes | $ 14,484.13 |
|     613000 Compensation - Employee Benefits | $ 6,223.33 |
|     621000 Dues and Subscriptions | $ 1,824.10 |
|     623000 Interest Expense | $ 30.24 |
|     626000 Office Supplies | $ 5,682.92 |
|     626500 Office Equipment <$2500 | $ 1,266.49 |
|     628300 Other Professional Fees | $ 7,900.00 |
|     629000 Rent Expense | $ 624.00 |
|     630000 Repairs and Maintenance | $ 2,989.78 |
|     632000 Meals 50% Deductible | $ 398.40 |
|     632100 Meals 100% Deductible | $ 2,935.83 |
|     633000 Travel Expense | $ 16,976.89 |
|     638000 Vehicle Expense | $ 521.56 |
| **Total Expenses** | $ 262,193.18 |
|   **Depreciation** |  |
|     603000 Amortization Expense | $ 104.16 |

BOTW 00009

| | From 01/01/2024 to 04/18/2024 |
|---|---:|
| 620000 Depreciation Expense | $ 854.52 |
| **Total Depreciation** | $ 958.68 |
| **Total Expenses** | $ 263,151.86 |
| **Other Income/Expenses** | $ 0.00 |
| **Net Profit** | $ 29,115.03 |