# Profit and Loss

From 01/01/2024 to 04/18/2024
Best of the West Ammo

Journals: All
Analytic Accounts: All
Analytic Tags: All

|  | From 01/01/2024 to 04/18/2024 |
|---|---:|
| **Gross Profit** | |
|   **Gross Profit** | |
|     **Operating Income** | |
|       400000 Ammo Sales | $ 27,125.00 |
|       409999 Misc. Product Sales | $ 7.85 |
|     **Total Operating Income** | $ 27,132.85 |
|     **Cost of Revenue** | |
|       500000 Cost of Goods Sold | $ 14,889.57 |
|       508000 Purchase Price Variance | $ -13.34 |
|       510000 Direct Taxes | $ 1,410.36 |
|       560000 Demo Inventory | $ 423.40 |
|       580000 Inventory Adjustment | $ -321.77 |
|     **Total Cost of Revenue** | $ 16,388.22 |
|   **Total Gross Profit** | $ 10,744.63 |
| **Total Gross Profit** | $ 10,744.63 |
| | |
| **Expenses** | |
|   **Expenses** | |
|     604000 Bank & Finance Charges | $ 5.00 |
|     610000 Compensation - Salaries | $ 13,700.00 |
|     612000 Compensation - Payroll Taxes | $ 1,347.61 |
|     613000 Compensation - Employee Benefits | $ 409.56 |
|     621000 Dues and Subscriptions | $ 719.76 |
|     624000 Licenses and Fees | $ 50.00 |
|     626000 Office Supplies | $ 4.04 |
|   **Total Expenses** | $ 16,235.97 |
|   **Depreciation** | $ 0.00 |
| **Total Expenses** | $ 16,235.97 |
| | |
| **Other Income/Expenses** | $ 0.00 |
| | |
| **Net Profit** | $ -5,491.34 |

# Profit and Loss

2023
Best of the West Ammo

Journals: All
Analytic Accounts: All
Analytic Tags: All

|  | 2023 |
|---|---:|
| **Gross Profit** | |
|   **Gross Profit** | |
|     **Operating Income** | |
|       400000 Ammo Sales | $ 294,101.40 |
|       409999 Misc. Product Sales | $ 8.10 |
|     **Total Operating Income** | $ 294,109.50 |
|     **Cost of Revenue** | |
|       500000 Cost of Goods Sold | $ 158,502.15 |
|       508000 Purchase Price Variance | $ -1,428.23 |
|       510000 Direct Taxes | $ 6,380.39 |
|       550000 Freight and Shipping Costs | $ 25.07 |
|       560000 Demo Inventory | $ 34.72 |
|       580000 Inventory Adjustment | $ 3,821.31 |
|       599999 Error Account | $ 365.18 |
|     **Total Cost of Revenue** | $ 167,700.59 |
|   **Total Gross Profit** | $ 126,408.91 |
| **Total Gross Profit** | $ 126,408.91 |
| | |
| **Expenses** | |
|   **Expenses** | |
|     604000 Bank & Finance Charges | $ 30.00 |
|     610000 Compensation - Salaries | $ 25,855.84 |
|     610200 Compensation - Hourly Wages | $ 31,563.08 |
|     610300 Compensation - Bonus | $ 1,000.00 |
|     612000 Compensation - Payroll Taxes | $ 5,017.17 |
|     613000 Compensation - Employee Benefits | $ 1,895.18 |
|     626000 Office Supplies | $ 196.80 |
|     628000 Professional Fees - Legal | $ 7,765.46 |
|     650000 Fines and Penalties | $ -36.00 |
|   **Total Expenses** | $ 73,287.53 |
|   **Depreciation** | $ 0.00 |
| **Total Expenses** | $ 73,287.53 |
| | |
| **Other Income/Expenses** | $ 0.00 |
| | |
| **Net Profit** | $ 53,121.38 |

BOTW 11145

# Profit and Loss

2022
Best of the West Ammo

Journals: All
Analytic Accounts: All
Analytic Tags: All

|  | 2022 |
|---|---:|
| **Gross Profit** | |
|   **Gross Profit** | |
|     **Operating Income** | |
|       400000 Ammo Sales | $ 35,468.00 |
|     **Total Operating Income** | $ 35,468.00 |
|     **Cost of Revenue** | |
|       500000 Cost of Goods Sold | $ 28,356.03 |
|       508000 Purchase Price Variance | $ -127.84 |
|       510000 Direct Taxes | $ 32,682.75 |
|       550000 Freight and Shipping Costs | $ 1,138.31 |
|       580000 Inventory Adjustment | $ -9,900.08 |
|       599999 Error Account | $ 0.00 |
|     **Total Cost of Revenue** | $ 52,149.17 |
|   **Total Gross Profit** | $ -16,681.17 |
| **Total Gross Profit** | $ -16,681.17 |
| **Expenses** | |
|   **Expenses** | |
|     601000 Advertising | $ -1,104.00 |
|     604000 Bank & Finance Charges | $ 382.83 |
|     610000 Compensation - Salaries | $ 65,926.32 |
|     610200 Compensation - Hourly Wages | $ 3,210.00 |
|     610300 Compensation - Bonus | $ 1,500.00 |
|     612000 Compensation - Payroll Taxes | $ 5,716.95 |
|     613000 Compensation - Employee Benefits | $ 1,903.21 |
|     621000 Dues and Subscriptions | $ 644.83 |
|     623000 Interest Expense | $ 14,137.50 |
|     624000 Licenses and Fees | $ 502.00 |
|     626500 Office Equipment <$2500 | $ 1,804.00 |
|     628000 Professional Fees - Legal | $ 2,109.00 |
|     628200 Professional Fees - Accounting | $ 75.00 |
|     629000 Rent Expense | $ 11,000.00 |
|     633000 Travel Expense | $ 164.82 |
|     637000 Utilities | $ 2.14 |
|     650000 Fines and Penalties | $ 10.00 |
|   **Total Expenses** | $ 107,984.60 |
|   **Depreciation** | |
|     620000 Depreciation Expense | $ 33,791.70 |
|   **Total Depreciation** | $ 33,791.70 |
| **Total Expenses** | $ 141,776.30 |
| **Other Income/Expenses** | |
|   706000 Interest Income | $ 0.15 |
| **Total Other Income/Expenses** | $ 0.15 |
| **Net Profit** | $ -158,457.32 |

BOTW 11143