B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of Wyoming

In re BOTW HOLDINGS, LLC; HUSKEMA W. OPTICS, LLC; BEST OF THE WEST PRODUCTIONS, LLC ,    Case No. 24-20138

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Joseph Gerard Michaletz and Christine Ellen Michaletz, in their capacities as Trustees of the Joseph G. Michaletz Revocable Living Trust Dtd. 09/13/2017
Name of Transferee

First Bank of Wyoming, Division of Glacier Bank
Name of Transferor

Name and Address where notices to transferee should be sent:

150 St. Andrews Ct, Suite 210
Mankato, MN  56001

Phone: (507) 625-5876
Last Four Digits of Acct #: _____

Court Claim # (if known):  5-1
Amount of Claim:  $2,502,732.24
Date Claim Filed:  June 13, 2024

Phone: 307.587.3800
Last Four Digits of Acct. #: 0870

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/Cole L. Gustafson       Date: 10/29/2024
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.