# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| In re: )<br>)<br>BOTW Holdings, LLC )<br>)<br>Debtor. )<br>)<br>_____ )<br>)<br>In re: )<br>)<br>HUSKEMAW OPTICS, LLC )<br>_____ )<br>In re: )<br>)<br>BEST OF THE WEST )<br>PRODUCTIONS, LLC )<br>)<br>)<br>) | Case No. 24- 20138<br>Chapter 11<br><br><br><br><br><br>Case No. 24- 20141<br>Chapter 11<br><br><br>Case No. 24- 20142<br>Chapter 11 |

FILED

1:34 pm, 11/6/24

Tim J. Ellis
Clerk of Court

## ORDER GRANTING RELIEF FROM STAY

THIS MATTER comes before the Court upon the Motion of JOHN A. MCCALL, JR. ("Creditor") for Relief from the Automatic Stay [D.E.#93] ("Motion") filed in the BOTW Holdings, LLC Chapter 11 case on July 3,2024. The Court, having reviewed the Motion and file in this case, finds that no objections to the Motion have been filed or if filed, have been withdrawn or addressed, and that good cause exists to grant the requested relief.

IT IS, THEREFORE, ORDERED that the Motion is hereby granted; and

IT IS FURTHER ORDERED that the stay provisions imposed by 11 U.S.C. §362 are terminated in order to allow Creditor to: (1) prepare and submit an order substantially in the form as Exhibit A hereto in the State Court Action (as defined or referred to in the Motion) carrying out the district court's decision letter awarding attorney's fees and costs to Creditor in the amount of $665,000; and, (2) submit Creditor's brief on appeal of an

amended judgment in the State Court Action that reduced the jury's verdict in Creditor's favor from $3,933,146 to $2,441,523.57.

BY THE COURT

_____ 11/6/2024

U.S. Bankruptcy Judge

Approved as to Form:

/s/ Clark Stith
Clark Stith, W.S.B. 6-3176
505 Broadway
Rock Springs, WY 82901
clarkstith@wyolawyers.com
Attorney for Creditor John A. McCall, Jr.

/s/ Bradley T. Hunsicker
Bradley T. Hunsicker, W.S.B. No. 7-54579
Lacey Bryan, W.S.B. No. 8-7016
Markus Williams Young & Hunsicker LLC
2120 Carey Avenue, Suite 101
Cheyenne, WY 82001
Attorney for debtors

# IN THE DISTRICT COURT OF THE FIFTH JUDICIAL DISTRICT
## STATE OF WYOMING, COUNTY OF PARK

| | |
|---|---|
| JOHN A. McCALL JR., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No.: 29026 |
| ) | |
| BEST OF THE WEST PRODUCTIONS, ) | |
| LLC, a Wyoming Limited Liability ) | |
| Company; HUSKEMAW OPTICS, LLC, a ) | |
| Wyoming Limited Liability Company; and ) | |
| JACK PETERSON, Individually and as ) | |
| Manager of Best of The West Productions, ) | |
| LLC and Huskemaw Optics, LLC; and ) | |
| BOTW HOLDINGS, LLC, a Wyoming ) | |
| Limited Liability Company. ) | |
| ) | |
| Defendants, ) | |
| v. ) | |
| ) | |
| JOHN A. McCALL JR. ) | |
| ) | |
| Counter-Defendant. ) | |

### ORDER AWARDING ATTORNEY'S FEES AND COSTS TO PLAINTIFF

**THIS MATTER** having come before the Court upon John A. McCall Jr.'s (hereinafter referred to as "Plaintiff") Motion For An Award Of Attorney Fees And Costs and the Court being duly advised in the premises finds as is set forth within with this Court's June 12, 2024 Decision Letter, which is attached hereto and is hereby fully incorporated herein by reference, that the Plaintiff should be awarded attorney's fees and costs.

**EXHIBIT A**

1

**NOW, THEREFORE IT IS HEREBY ORDERED** that the Plaintiff is awarded attorney's fees in the sum of Six Hundred And Fifty Thousand Dollars ($650,000.00) and costs in the sum of Fifteen Thousand Dollars ($15,000.00).

DATED this ___ day of _____, 2024.

_____
District Judge

APPROVED AS TO FORM:

_____          _____
Robert J. Walker                                              T. Thomas Singer
*Attorney for John McCall, Jr., Plaintiff*              *Attorney for Co-Defendants,*
                                                                        *BOTW Holdings, LLC, Best of the West*
                                                                        *Productions, LLC and Huskemaw*
                                                                        *Optics, LLC*

_____
Brigita S. Krisjansons
*Attorney for Co-Defendant Jack Peterson*

2