Bradley T. Hunsicker (Wyoming Bar No. 7-4579)
Lacey Bryan (Wyoming Bar No. 8-7016)
Markus Williams Young & Hunsicker LLC
2120 Carey Avenue, Suite 101
Cheyenne, WY 82001
Telephone: (307) 778-8178
Facsimile: (303) 830-0809
bhunsicker@MarkusWilliams.com
lbryan@MarkusWilliams.com

ATTORNEYS FOR DEBTORS-IN-
POSSESSION

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| In re:<br><br>BOTW HOLDINGS, LLC<br><br>Debtor | Case No. 24-20138<br>Chapter 11 (Subchapter V) |
| In re:<br><br>HUSKEMAW OPTICS, LLC<br><br>Debtor | Case No. 24-20141<br>Chapter 11 (Subchapter V) |
| In re:<br><br>BEST OF THE WEST<br>PRODUCTIONS, LLC<br><br>Debtor | Case No. 24-20142<br>Chapter 11 (Subchapter V)<br><br>**Jointly Administered Under<br>Case No. 24-20138** |

## MOTION TO CONTINUE HEARING ON CREDITOR JOHN A. MCCALL JR.'S MOTION FOR AN ORDER COMPELLING DEBTORS TO CEASE PAYMENTS TO STRYK GROUP USA LLC UNLESS AND UNTIL AUTHORIZED BY THE COURT

BOTW Holdings, LLC ("Holdings"), Huskemaw Optics, LLC ("Huskemaw"), and Best of the West Productions, LLC ("Productions") (collectively the "Debtors"), debtors and debtors-in-possession in the above-captioned jointly administered chapter 11 cases, by and through their undersigned counsel, hereby file their *Motion to Continue Hearing on Creditor John A. McCall, Jr.'s Motion for an Order Compelling Debtors to Cease Payments to Stryk Group USA LLC Unless and Until Authorized by the Court* (the "Motion"), and in support thereof state as follows:

1.      On April 19, 2024, Holdings separately filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

2.      On April 21, 2024, Huskemaw separately filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

3.      On April 22, 2024, Productions separately filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

4.      The Debtors are authorized to operate their business and manage their properties as debtors-in-possession under §§ 1107(a) and 1108.

5.      Debtors Huskemaw and Productions, as well as certain other non-debtor subsidiaries, are owned by Holdings.

6.      The majority owner and member of Holdings is Stryk Group Holdings, LLC ("Stryk Group"). Stryk Group is managed by Jeffrey Edwards and Chase Myers, who also manage the Debtors.

7.      Stryk Group acquired Holdings on or around March 9, 2024.

8.      On March 11, 2024, Stryk Group USA, LLC ("Stryk"), an affiliate of Styk Group, entered into a consulting agreement (the "Agreement") with Holdings whereby Stryk agreed to provide certain employees and services to the Debtors.

9.      On November 11, 2024, Creditor John A. McCall, Jr. ("McCall") filed *Creditor John A. McCall, Jr.'s Motion for an Order Compelling Debtors to Cease Payments to Stryk Group USA LLC Unless and Until Authorized by the Court* [Doc. 207] (the "Motion to Cease Payments") requesting the Court enter an Order compelling Debtors to cease payments to Stryk under the Agreement unless and until authorized by the Court.

10.     On November 25, 2024, the Debtors filed their opposition to the Motion to Cease Payments (*see* [Doc. 221]).

11.     The Court has set an evidentiary hearing on the Motion to Cease Payments and the Debtors' opposition thereto for January 30, 2025 (the "Hearing").  In addition, the Court set the exhibit and witness list designation for January 21, 2025 (the "Exhibit Deadline").

12.     The Debtors are still in the process of providing requested discovery to McCall, and have taken steps to retain a litigation support servicer to assist in finalizing the production.  As a result, the Debtors request a continuance of the Hearing and a new deadline imposed for the Exhibit Deadline.

13.     Counsel for the Debtors has conferred with counsel for McCall and was informed that McCall does not object to the relief requested herein.

WHEREFORE the Debtors request that the Court continue the hearing until February 18, 2025, and extend the Exhibit Deadline to February 11, 2025, and grant such

other relief as the Court finds is just and necessary under the circumstances.

Dated: January 21, 2025

MARKUS WILLIAMS YOUNG & HUNSICKER LLC

By: /s/ *Bradley T. Hunsicker*
Bradley T. Hunsicker (Wyoming Bar No. 7-4579)
2120 Carey Avenue, Suite 101
Cheyenne, WY 82001
Telephone: (307) 778-8178
Facsimile: (307) 638-1975
bhunsicker@MarkusWilliams.com

*Counsel for the Debtors and*
*Debtors-in-Possession*

## Certificate of Service

The undersigned certifies that on January 21, 2025, a copy of the Debtors' **MOTION TO CONTINUE HEARING ON CREDITOR JOHN A. MCCALL JR.'S MOTION FOR AN ORDER COMPELLING DEBTORS TO CEASE PAYMENTS TO STRYK GROUP USA LLC UNLESS AND UNTIL AUTHORIZED BY THE COURT** was electronically filed and served via CM/ECF on the parties listed below:

Jen Godonis on behalf of Creditor First Bank of Wyoming
jgodonis@crowleyfleck.com, twillingham@crowleyfleck.com

Cole L. Gustafson on behalf of Creditor Joseph G. Michaletz Revocable Living Trust
cole@davisandcannon.com

Joli A Lofstedt
joli@jaltrustee.com, ecf.alert+LofstedtWYB@titlexi.com,brenda@jaltrustee.com

Daniel J. Morse on behalf of U.S. Trustee US Trustee
daniel.j.morse@usdoj.gov

Randy L. Royal on behalf of Creditor Dale Caldwell
rlroyal@randylroyalpc.com,
wy03@ecfcbis.com;charlene@randylroyalpc.com;msanderton@randylroyalpc.com;receptionist@randylroyalpc.com;royalrr83485@notify.bestcase.com

Randy L. Royal on behalf of Creditor Jack Peterson
rlroyal@randylroyalpc.com,

wy03@ecfcbis.com;charlene@randylroyalpc.com;msanderton@randylroyalpc.com;receptionist@randylroyalpc.com;royalrr83485@notify.bestcase.com

Clark D. Stith on behalf of 3rd Party Plaintiff John A. McCall, Jr.
clarkstith@wyolawyers.com, valerieross@wyolawyers.com;r39368@notify.bestcase.com

Clark D. Stith on behalf of Counter-Claimant John A. McCall, Jr.
clarkstith@wyolawyers.com, valerieross@wyolawyers.com;r39368@notify.bestcase.com

Clark D. Stith on behalf of Creditor John A. McCall, Jr.
clarkstith@wyolawyers.com, valerieross@wyolawyers.com;r39368@notify.bestcase.com

Clark D. Stith on behalf of Creditor John Terrell McCalla
clarkstith@wyolawyers.com, valerieross@wyolawyers.com;r39368@notify.bestcase.com

Clark D. Stith on behalf of Defendant John A. McCall, Jr.
clarkstith@wyolawyers.com, valerieross@wyolawyers.com;r39368@notify.bestcase.com

Clark D. Stith on behalf of Plaintiff John A. McCall, Jr.
clarkstith@wyolawyers.com, valerieross@wyolawyers.com;r39368@notify.bestcase.com

US Trustee
USTPRegion19.cy.ecf@usdoj.gov

Robert J. Walker on behalf of Creditor John A. McCall, Jr.
Robert@WyoCounsel.com

Timothy L. Woznick on behalf of Creditor First Bank of Wyoming
twoznick@crowleyfleck.com, twillingham@crowleyfleck.com

/s/ *Bradley T. Hunsicker*
Bradley T. Hunsicker