Cole L. Gustafson (WSB # 7-6070)
Davis & Cannon, LLP
40 South Main Street
P.O. Box 728
Sheridan, WY 82801
307-672-7491 (telephone)
307-672-8955 (facsimile)
*cole@davisandcannon.com*

*Attorney for Joseph G. Michaletz and
Christine E. Michaletz*

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| In re:<br><br>BOTW HOLDINGS, LLC<br><br>   Debtor | Case No. 24-20138<br>Chapter 11 (Subchapter V) |
| In re:<br><br>HUSKEMAW OPTICS, LLC<br><br>   Debtor | Case No. 24-20141<br>Chapter 11 (Subchapter V) |
| In re:<br><br>BEST OF THE WEST PRODUCTIONS, LLC<br><br>   Debtor | Case No. 24-20142<br>Chapter 11 (Subchapter V)<br><br>**Jointly Administered Under<br>Case No. 24-20138** |

**ENTRY OF APPEARANCE**

- 1-

-2-

PLEASE TAKE NOTICE that the undersigned appears for and on behalf of Joseph Michaletz and Christine Michaletz in the above-entitled matter, and hereby requests to be served with all pleadings, notices and settings pertaining to the above-entitled case.

Respectfully submitted this 10th day of February, 2025.

               DAVIS AND CANNON, LLP

        By: */s/ Cole L. Gustafson*
           Cole L. Gustafson, WY Bar No. 7-6070
           40 South Main Street
           P.O. Box 728
           Sheridan, WY 82801
           Telephone:  (307) 672-7491
           Facsimile:   (307) 672-8955
           cole@davisandcannon.com
           *Attorney for Joseph Michaletz*
           *and Christine Michaletz*

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that on February 10, 2025, a copy of the foregoing was served electronically via the Court's CM/ECF system upon the following parties:

Bradley T. Hunsicker and Lacey Bryan on behalf of Debtors
bhunsicker@MarkusWilliams.com; lbryan@MarkusWilliams.com

Jen Godonis on behalf of Creditor First Bank of Wyoming jgodonis@crowleyfleck.com, twillingham@crowleyfleck.com

Joli A Lofstedt
 joli@jaltrustee.com, ecf.alert+LofstedtWYB@titlexi.com,brenda@jaltrustee.com

Daniel J. Morse on behalf of U.S. Trustee US Trustee daniel.j.morse@usdoj.gov

Randy L. Royal on behalf of Creditor Dale Caldwell
rlroyal@randylroyalpc.com,
wy03@ecfcbis.com;charlene@randylroyalpc.com;msanderton@randylroyalpc.com;receptionist@randylroyalpc.com;royalrr83485@notify.bestcase.com

Randy L. Royal on behalf of Creditor Jack Peterson
rlroyal@randylroyalpc.com,
wy03@ecfcbis.com;charlene@randylroyalpc.com;msanderton@randylroyalpc.com;receptionist@randylroyalpc.com;royalrr83485@notify.bestcase.com

Clark D. Stith on behalf of 3rd Party Plaintiff John A. McCall, Jr. clarkstith@wyolawyers.com, valieross@wyolawyers.com;r39368@notify.bestcase.com

Clark D. Stith on behalf of Counter-Claimant John A. McCall, Jr. clarkstith@wyolawyers.com, valieross@wyolawyers.com;r39368@notify.bestcase.com

Clark D. Stith on behalf of Creditor John A. McCall, Jr. clarkstith@wyolawyers.com, valieross@wyolawyers.com;r39368@notify.bestcase.com

Clark D. Stith on behalf of Creditor John Terrell McCalla
clarkstith@wyolawyers.com, valieross@wyolawyers.com;r39368@notify.bestcase.com

Clark D. Stith on behalf of Defendant John A. McCall, Jr.
clarkstith@wyolawyers.com, valieross@wyolawyers.com;r39368@notify.bestcase.com

Clark D. Stith on behalf of Plaintiff John A. McCall, Jr. clarkstith@wyolawyers.com, valieross@wyolawyers.com;r39368@notify.bestcase.com

US Trustee USTPRegion19.cy.ecf@usdoj.gov

-4-

Robert J. Walker on behalf of Creditor John A. McCall, Jr.
Robert@WyoCounsel.com

Timothy L. Woznick on behalf of Creditor First Bank of Wyoming
twoznick@crowleyfleck.com, twillingham@crowleyfleck.com

                                      /s/ *Cole L. Gustafson*
                                      Cole L. Gustafson