HEARING DATE: 2/18/25 — PAGE 0F1

# EXHIBIT SCHEDULE

HEARING: Evidentiary

Case Name: BOTW Holdings, LLC et. al.

Case Number 24-20138

**Movant:** John A. McCall, Jr.   Movant's Attorney: Clark Stith

**Respondent:** BOTW HOLDINGS, LLC   Respondent's Attorney: Brad Hunsicker

### MOVANT's EXHIBITS ☐

| NO. | DESCRIPTION | M | O | R | W | NOTES |
|---|---|---|---|---|---|---|
| A | March 11, 2024 Stryk Group Contract | | | | | |
| B | Membership purchase agreement Stryk Group Holdings LLC/Michaletz Trusts | | | | | |
| C | Stryk Group Invoices | | | | | |
| D | Stryk Group agreement dated August 31, 2023 | | | | | |
| E | Creditor's Rule 34 Request to BOTW Holdings, LLC dated December 20, 2024 | | | | | |
| F- | Dkt. No. 80 (BOTW Holdings' Schedule G). | | | | | |
| G | Dkt. No. 83 (BOTW Holdings' Statement of Financial Affairs). | | | | | |
| H | Dkt. No. 89 (BOTW April 2024 operating report | | | | | |
| I | Dkt. No 90 (BOTW May 2024 operating report); | | | | | |
| J | Dkt. 102 (BOTW June 2024 operating report); | | | | | |
| K | Dkt. No. 139 (BOTW July 2024 operating report); | | | | | |
| L | Dkt. 166 (BOTW August operating report). | | | | | |
| M | Dkt. No. 170, ¶15(e)(Motion to employ Salzman LLC); | | | | | |
| N | Dkt. No. 195 (BOTW September 2024 operating report). | | | | | |
| O | Dkt. No. 201 | | | | | |

# EXHIBIT SCHEDULE

Case Name: BOTW Holdings, LLC et. al.

Case Number 24-20138

**Movant:** John A. McCall, Jr.

Respondent: BOTW HOLDINGS, LLC

PAGE 2 of 2

| No. | DESCRIPTION | M | O | R | W | NOTES |
|---|---|---|---|---|---|---|
| P | Dkt. No. 219 (BOTW October 2024 operating report); | | | | | |
| Q | Dkt. No. 254 (BOTW November 2024 operating report); | | | | | |
| R | Dkt. No. 264 (BOTW December 2024 operating report) | | | | | |
| S | Transcript of 2004 Exam of Chase Myers | | | | | |