# EXHIBIT  SCHEDULE

HEARING DATE:  4/17/2025, 9:30 a.m.

HEARING: Motion to Convert

CASE NAME: In re BOTW Holdings, LLC

CASE NUMBER 24-20138

MOVANT/PLAINTIFF        John A. McCall

RESPONDENT/DEFENDANT   BOTW Holdings

ADVERSARY NUMBER  n/a

ATTORNEY Clark Stith_____

ATTORNEY Bradley Hunsicker

X MOVANT/PLAINTIFF EXHIBITS

_RESPONDENT/DEFENDANT EXHIBITS

| NO. | DESCRIPTION | M | O | R | W | NOTES |
|---|---|---|---|---|---|---|
| 1 | McCall Amended Judgment | | | | | |
| 2. | Ammo Balance Sheet 12/31/24 | | | | | |
| 3. | Arms Balance Sheet 12/31/24 | | | | | |
| 4. | Membership Purchase Agreement | | | | | |
| 5 | Form 426 May 2024 | | | | | |
| 6. | October 11, 2024 physical inventory – quantities only | | | | | |
| 6.1 | October 11, 2024 inventory with values | | | | | |
| 7 | Stryk Gorup Org Chart | | | | | |
| 8 | Comparison of Physical inventory and ATF Bound Book number of receivers | | | | | |
| 9. | Arms Balance Sheet 4/19/2024 | | | | | |
| 10 | Arms P&L 2022 | | | | | |
| 11 | Arms June 2023 Balance Sheet | | | | | |
| 12 | Arms Inventory List April 19, 2024 | | | | | |
| 13 | Polymer 80 AMEX Statement showing Jeff Edwards Charges | | | | | |
| 14 | Polymer 80 Bound Book Excerpts Showing Missing Suppressors | | | | | |
| 15. | Best of the West Ad Using Stealth Trademark | | | | | |
| 16. | Stealth Log Book Showing Transfer to Stryk Armament | | | | | |
| 17 | Stealth invoice | | | | | |
| 18 | Arms ATF Bound Book as of October 15, 2024 | | | | | |
| 19 | Stealth – Edwards Agreement to Borrow | | | | | |
| 20 | Emails between Edwards and McCall re rifle | | | | | |
| 21 | Text messages between Edwards and McCall | | | | | |
| 22 | Subchapter V Plan Exhibit A | | | | | |
| 23 | Indictments | | | | | |

| 24 | TRO re trademark infringement | | | | |
| 25 | Christine Michaletz email chain re transfers of firearms | | | | |
| 26 | Chase Myers November 6, 2023 email re Utah FFL | | | | |
| 27 | Transcript of Day 1 of State court hearing January 17, 2023 | | | | |
| 28 | Chritine Michaletz email re $6.5 million judgment against SDG | | | | |
| 29 | Transcript of Day 2 (Laina Rajala testimony) of state court proceeding | | | | |
| 30 | SOFA for BOTW | | | | |
| 31 | Styrk Group Contract dated March 11, 2024 | | | | |
| 32 | Stryk Group Invoices | | | | |
| 33 | BOTW Schedules | | | | |
| 34 | BOTW Consolidated Subchapter V Plan | | | | |
| 35 | Arms Inventory October 31, 2024 | | | | |
| 36 | Huskemaw Schedules and SOFA | | | | |
| 37 | Productions Schedules | | | | |
| 38 | BOTW Monthly Operating Reports | | | | |
| 39 | Productions Monthly Operating Reports | | | | |
| 40 | Huskemaw Monthly Operating Reports | | | | |