On Tue, May 2 2023 at 11:09 AM, Chase Wheeler <cwheeler@strykgroup.com> wrote:
John, Joe and John,
I hope you all made it home safely. Thank you so much for the hospitality over the weekend and for letting us get hands-on with the Stealth Vision products. It was a great time, and I think I speak for all of us when I say we look forward to working with you all.

John,
Could you please send over any product images, logos, and other product overview documents you have? I'm going to get started on making sales sheets to disseminate to dealer accounts.

Chase Wheeler
Stryk Group USA
m: 406.312.3345


**From:** Jeffrey Edwards
**Sent:** Friday, September 1, 2023 12:19 PM
**To:** Nick Ramberg
**Cc:** Dr. John McCall Jr.; Chase Myers; jmccall@visionsource.com; jmccallod@gmail.com; joe@stealthvision.com
**Subject:** Re: Updated invitation: Stryk Group Discussion - Rescheduled (10:00 am MT - 11:00 ... @ Fri Sep 1, 2023 11am - 12pm (CDT) (doc@stealthvision.com)

All,

I just read thru Doc's itinerary and honestly I am confused. I see a bunch of things that Doc is asking to discuss that honestly have no part in this discussion. We are talking about a healthy and happy transition. I am not interested in talking about the past as there have been a lot of things we could all point to as justifications for how we ended up here. The bottom line is that we will be the professionals we always are but we are done working with Stealth Vision for all the reasons communicated to Doc in our text exchange. It's actually troubling that these items are even thought to be up for discussion. We think it's best to part friends. It's a small industry and one in which personal and business is imminently connected. If having an argument about how we end up here is something That Stealth Vision wants know this, We don't and we won't. If we want to discuss the return of samples we are in. Let us know Doc.

Jeff Edwards
Managing Partner,
Stryk Group USA
406-890-3096
Sent from my iPhone

**Dr. John McCall Jr. <doc@stealthvision.com>**  Fri, Sep 1, 2023, 2:13 PM

to Jeffrey, Nick, Chase, jmccall@visionsource.com, jmccallod@gmail.com, joe@stealthvision.com

Jeff,

I agree that this is the time to end the relationship between our companies.

This agenda discussion today was to breeze over what we had already discussed on text, and get to the meat of discussions on possible paths forward.

Your comments on text, quite frankly, were beneath a man of your reputation.

"I don't want to spend time hearing about what you have done and not done, because you are supposed to do those things Doc.  That is how it works, this is about our business, our needs".

That is an arrogant and condescending statement.

I asked you all what you thought you could sell to dealers by EOY.  Your predictions were 6.2 million in product sales.

How does one miss a projection by 6 million?  A Cub Scout could get closer than that.

I have the best product and the best optics in the world.  We are set to be tremendously successful and I have the proven background in business to make this a reality.

The old saying "if it sounds too good to be  true, then it probably is" comes into play here.  Your projections were false and misleading.

Showing you the video of my new fulfillment Wearhouse should have made you feel really good about me doing my part to make this a successful venture.  Instead, you somehow  took offense  to that.

You stated in your text that Optic Planet was upset with you and us for sending that in the old packaging.  This was an incorrect statement and you know it.

2 hours ago on a joint call with Clayton Jenkins and Joe, Clayton told me that he thought the packaging was fine, and if we improve on it, that would be even better, but certainly not a big item in his mind.

I live in a world of trust and integrity.

That clearly doesn't exist in this relationship.  Maybe it is your lawsuit (Styk Group USA LLC v Herman) that is effecting you, maybe you are being held to a non compete………..I have no idea and frankly don't care.

I hope that you all have success in your future endeavors and I will certainly be an absolute gentleman when we meet again.

Please return all Stealth Vision Products to
Stealth Vision LLC
711 East Goliad Ave
Crockett, TX 75835.

All good wishes,

Doc

**Dr. John A. McCall Jr.**
President & CEO



## Catching up

External
Inbox
Search for all messages with label Inbox
Remove label Inbox from this conversation



**Dr. John McCall Jr. <doc@stealthvision.com>**        Mon, Oct 30, 2023, 5:34 PM

to Jeffrey, Nick, Chase, Lori, Joe

Jeff,

I just finished my month long trial in Cody, Wyoming.  This was the longest Civil Trial in Park County history: 25 days.

I lost a month of my life, but was vindicated with a total win against Best of the West and the money taken from me.

I won 4.1 Million + attorney fees (another 1.5 million) and $75,000 in a Defamation Claim against Jack Peterson the President of BOTW. The first Defamation Claim every awarded in Wyoming history.

It makes me feel that there is still Justice in America!

I'm now back and digging out from being gone.

Lori, my inventory manager asked about the rifle and products.

You may have been out hunting this month and I certainly understand. I was in my plane in Cody and due to the long (Columbus Day) weekend and clear Sky, I was able to fly over and join Joe on a Burch ranch Mule Deer and Pronghorn hunt that was completely paid for and I was missing due to trial.

I tagged out on both and was able to get back over the Big Horns on Monday (55 min flight) and resume trial on Tuesday…………a much needed break!

To add some icing on the cake, Joe sold $86,000 worth of Stealth product while he was there.

Hope you all are doing well and let me (and Lori) know when we can expect a shipment to arrive.

All good wishes,

Doc

**Dr. John A. McCall Jr.**
President & CEO



**PHONE: 936-546-3937**
**EMAIL: DOC@STEALTHVISION.COM**
**WWW.STEALTHVISION.COM**


**From:** Jeffrey Edwards <jeff@strykgroup.com>
**Date:** Wednesday, November 15, 2023 at 10:00 AM
**To:** Dr. John McCall Jr. <doc@stealthvision.com>
**Cc:** Nick Ramberg <nick@strykgroup.com>, Chase Myers

<chase@strykgroup.com>, jmccallod@gmail.com <jmccallod@gmail.com>
**Subject:** Re: Catching up

Got it

Jeff Edwards
Managing Partner,
Stryk Group Holdings
406-890-3096
Sent from my iPhone


**From:** Nick Ramberg
**Sent:** Wednesday, November 15, 2023 11:05 AM
**To:** Jeffrey Edwards; Dr. John McCall Jr.
**Cc:** Chase Myers; jmccallod@gmail.com
**Subject:** Re: Catching up

Doc,

We will get the samples back to you that we still have in our possession.  We have been very busy, and I completely forgot.
Justin Rowling at Montana Precision Rifle has a few of the scope samples and I believe you guys are working together.
The rifle is still in Canada and is coming back with the guide to Sheep Show.  He will drop it off to your booth at the show.

But in the mean time we will get what we have out the door.

All the best,

Nick Ramberg
Stryk Group USA
509.998.0092


**Dr. John McCall Jr.** <jmccallod@gmail.com>            Wed, Nov 15, 2023, 11:11 AM

to Nick, Jeffrey, John, Chase, Joe, Lori

Nick,

Thanks for the update.

Yes we are working with Justin @ Montana Rifles, so Joe can work with (or already is) Justin.

As I mentioned, just keep the binos and use them and enjoy the optics.

I'm looking forward to catching up in January at the Sheep show.

All good wishes,

Doc
**JOHN A. MCCALL JR., OD**
**SR.VP VISION SOURCE**
**DIPLOMATE ABO**
**President and CEO**
**Stealth Vision**