

**Jeff**

Aug 26, 2023 at 12:03 PM

> Doc,
> I got your message. The rifle is on its way back to Bozeman. When it gets here I will forward it back to Crocket. Thank you so much for being willing to give me such a great price. I only wanted the rifle to be there for folks to try while in camp. In that regard it's been a success as we have sent several folks to optics planet to buy a scope. Hope you guys are doing well and look forward to catching up next week.

3:05

**Jeff**

Sep 15, 2023 at 9:37 AM

Jeff,

I hope your ankle is feeling better.
Your group never responded to my email about returning the roughly $35,000 worth of Stealth Vision inventory. Before I reach back out with another email, please answer these 2 questions:
(1) are you currently under a non compete clause with Herman?
(2) does the guide/owner that you gave my rifle to, still have that rifle and under the impression that it is his by gift?

Thanks

Doc



**Jeff, Joe + 3**
Group MMS

11/10/23 12:08 PM

**Dr. McCall, Jr.**

Jeff,

We haven't received the rifle and other items.
Please send a tracking number.
Do you need my FFL?

Thanks

Doc

11/10/23 2:43 PM

**Jeff Edwards**

Doc,
Thank for the outreach. The rifle is coming back to the sheep show. Nick is working on the rest of it and will reach out Monday with an update. Hope you all are well and look forward to seeing you.
Jeff

Type a message...

3:07 •ıll LTE 72

**JE**

Jeff >

Fri, Dec 22 at 4:24 PM

> Doc, I have been traveling and wondered if you had gotten the things back other than the rifle that we had? I want together this squared away before the end of the year

> We have yet to receive anything Jeff

> Ok, I will reach out to Nick as he was tasked with everything but the rifle

3:08

62  **Jeff**

Tue, Jan 16 at 10:46 AM

> Jeff,
> We had a successful DSC with north of $170,000 in sales. Our new custom booth was a hit.
> We will be leaving tomorrow for Reno & Sheep Show.
> We never received anything back from Nick.
> I'm bringing an empty case to take possession of the 6.5 PRC that was loaned out 6 months ago.
> What is the name of the outfitter that will be bringing our rifle?
>
> Looking forward to having discussions with you this week.
>
> Doc

3:10

**Jeff**

>>Who am I looking for to get the 6.5 PRC from?
Are you guys bringing the other items?

I am your guy on all things

>>Looking to hooking up this week

Great

Thu, Jan 18 at 11:57 AM

>>Jeff

We are in booth 1368 when you get a chance to bring the rifle by.
We can catch up on the past year

Doc

Thu, Jan 18 at 3:11 PM

iMessage

**Jeff**

Sat, Jan 20 at 9:23 AM



Yea, Glens father died.

I have them sending it down with a mutual friend. If it's causing you heartburn I will pay for it.

3:13 

 62      **JE**      

**Jeff**

Wed, Feb 14 at 5:32 AM

> Below text was sent on September 15th
>
> 3). I am uncertain what we have but I will see the fellas for the first time in a few weeks on Monday and we will get your things gathered up and returned asap. We are not trying to steal anything Incan assure you.
>
> Question: are you still under the same mindset
> that you don't want to steal from me?
>
> I sent you the invoice as we agreed upon & have heard nothing.
>
> I'm going to be at Western Expo if you feel we need to discuss this in person,

iMessage