UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF WYOMING

*Minutes of Proceeding*



FILED
9:07 am, 5/6/25
Tim J. Ellis
Clerk of Court

Date: May 5, 2025

HONORABLE Cathleen D. Parker, Presiding

Location: Courtroom

In re: BOTW Holdings, LLC                  Case No: 24-20138

Debtor(s)                  Chapter 11

Appearances

| | | | |
|---|---|---|---|
| Debtor(s) | BOTW Holdings, LLC et al. | Counsel | Brad Hunsicker/Lacey Bryan |
| Creditor | John A. McCall, Jr. | Counsel | Clark Stith/Kirk Kennedy |

Proceedings: Continuation of Evidentiary Hearing on the Motion to Convert Case from Chapter 9 or 11 to Chapter 7 filed by John A. McCall Jr. (ECF No. 338) and the Debtors' Objection (ECF No. 375).

Witness sworn and testified:   Matthew Burgess; Loran Kelly; Gregory Weiss

Orders:
☒   Relief sought   ☐ Granted   ☐ Denied   ☐ Case Dismissed   ☒ Continued
☐   Matter taken under advisement
☐   Formal order or judgment to enter          To be prepared  _____
☐   These minutes constitute the Court's official order in this matter

Day two of trial held but not completed. The matter was set over to **Tuesday, May 6, 2025 at 9:00 a.m.**

BY THE COURT:

*Cathleen D Parker* 5/6/2025

Honorable Cathleen D. Parker
United States Bankruptcy Judge