UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF WYOMING
*Minutes of Proceeding*

FILED

3:31 pm, 5/7/25

Tim J. Ellis
Clerk of Court

Date: May 6, 2025                    HONORABLE Cathleen D. Parker, Presiding

                                     Location: Courtroom

In re: BOTW Holdings, LLC                      Case No: 24-20138

                          Debtor(s)            Chapter 11

Appearances

Debtor(s)   BOTW Holdings, LLC et al.     Counsel    Brad Hunsicker/Lacey Bryan

Creditor    John A. McCall, Jr.           Counsel    Clark Stith/Kirk Kennedy

Proceedings:  Continuation of Evidentiary Hearing on the Motion to Convert Case from Chapter 9 or 11 to Chapter 7 filed by John A. McCall Jr. (ECF No. 338) and the Debtors' Objection (ECF No. 375).

Witness sworn and testified:    Mark Dennis; Dr. John A. McCall, Jr.; Chase Myers.

Orders:
☒   Relief sought   ☐   Granted   ☐   Denied   ☐   Case Dismissed   ☒   Continued
☐   Matter taken under advisement
☐   Formal order or judgment to enter          To be prepared    _____
☐   These minutes constitute the Court's official order in this matter

Day three of trial held. The matter was set over for closing arguments scheduled for Monday, May 12, 2025 at 11:00 a.m. by videoconference.

BY THE COURT:

_Cathleen D Parker_      5/7/2025

Honorable Cathleen D. Parker
United States Bankruptcy Judge