# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| In re:<br><br>    BOTW Holdings, LLC<br><br>    Debtor. | )<br>)<br>)<br>) Case No. 24- 20138<br>) Chapter 11<br>)<br>) |
| In re:<br><br>    HUSKEMAW OPTICS, LLC | )<br>) Case No. 24- 20141<br>) Chapter 11<br>)<br>) |
| In re:<br><br>    BEST OF THE WEST PRODUCTIONS, LLC | ) Case No. 24- 20142<br>) Chapter 11<br>)<br>)<br>)<br>) |

## MOTION TO FILE EXHIBITS UNDER SEAL

Pursuant to Fed. R. Bankr. P. 9037(c) and in connection with Creditor John A. McCall, Jr.'s ("Creditor" or "McCall") Reply To Objection To Creditor's Motion for an Order Requiring Adequate Protection in Accordance with Section 363(e) of the Bankruptcy Code ("Motion")(ECF No. 466, ECF 476), Creditor hereby moves the Court to allow the filing under seal of the full Exhibit A and Exhibit C to the Motion. The grounds for this motion are as follows:

Creditor's Exhibit C is the April 30, 2025 update of the "ATF Bound Book" for Best of the West Arms, LLC showing certain assets of non-debtor Best of the West

Document      Page 2 of 3

Arms, LLC ("Arms") that were sourced directly from debtor Best of the West Productions, LLC and for which there has been no disposition. These items, which were transferred to Arms for no consideration, should still be in Arms' inventory This document is confidential under the protective order entered in this case. *See* Dkt. No. 196. In order to preserve the confidentiality of this document, Creditor requests that he be allowed to file it under seal. In addition , the original of the spreadsheet attached as Exhibit A to the Stith Declaration contains the relevant serial numbers, which were not displayed in the version that was filed publicly.

    A proposed order is attached.

Dated: September 9, 2025.

    __/s/ Clark Stith_____
Clark Stith
505 Broadway
Rock Springs, WY 82901
clarkstith@wyolawyers.com
Phone: (307) 382-5565
Fax: (307) 382-5552
W.S.B. 6-3176
Attorney for Creditor John A. McCall, Jr.

CERTIFICATE OF SERVICE – BY NOTICE OF ELECTRONIC FILING (CM/ECF)

I certify that, on September 9, 2025, I served the foregoing Motion to File Exhibit Under Seal through the court's electronic filing system on the following persons:

Bradley T. Hunsicker, Attorney for debtors
Markus Williams Young & Hunsicker, LLC
2120 Carey Avenue, Suite 101
Cheyenne, WY 82001

Joli A. Loftstedt
PO BOX 270561
Louisville, CO 80027

Daniel J. Morse
308 West 21st Street,
Room 203
Cheyenne, WY, 82001-3669

/s/Clark D. Stith
Clark D. Stith

3