# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| In re:<br><br>BOTW Holdings, LLC<br><br>Debtor. | )<br>)<br>)<br>) Case No. 24- 20138<br>) Chapter 11<br>)<br>) |
| In re:<br><br>HUSKEMAW OPTICS, LLC | )<br>) Case No. 24- 20141<br>) Chapter 11<br>)<br>) |
| In re:<br><br>BEST OF THE WEST<br>PRODUCTIONS, LLC | ) Case No. 24- 20142<br>) Chapter 11<br>)<br>)<br>)<br>) |

## **AMENDED MOTION TO FILE EXHIBITS UNDER SEAL**

Pursuant to Fed. R. Bankr. P. 9037(c) and in connection with Creditor John A. McCall, Jr.'s ("Creditor" or "McCall") Motion for an Order Requiring Adequate Protection in Accordance with Section 363(e) of the Bankruptcy Code ("Motion")(ECF No. 466), Creditor hereby files this amended motion to allow the filing under seal of certain exhibits. The grounds for this motion are as follows:

Creditor's proposed exhibits 9, 10, 11 and 14 (See ECF No. 587) all contain information that may be confidential under the terms of the protective order entered in this case (ECF No. 196). Exhibit 9 is the portion of Christine Michaletz's deposition

transcript where she testifies concerning Best of the West Arms LLC's' ATF Acquisition and Disposition Book ("ATF Bound Book"), Exhibit 10 is the portion the ATF Bound Book regarding which Ms. Michaletz testified, Exhibit 11 contains financial information concerning which Ms. Michaletz testified and Exhibit 14 is the original unredacted Exhibit A to Creditor's motion, which contains serial numbers of specific inventory of the debtors.

In order to preserve the confidentiality of these documents, Creditor requests that he be allowed to file them under seal.

A proposed order is attached.

 Dated: March 4, 2026.


\_\_/s/ Clark Stith_____
Clark Stith
505 Broadway
Rock Springs, WY 82901
clarkstith@wyolawyers.com
Phone: (307) 382-5565
Fax: (307) 382-5552
W.S.B. 6-3176
Attorney for Creditor John A. McCall, Jr.

2

<u>CERTIFICATE OF SERVICE – BY NOTICE OF ELECTRONIC FILING (CM/ECF)</u>

I certify that, on March 4, 2026, I served the foregoing Amended Motion to File Exhibits

Under Seal through the court's electronic filing system on the following persons:

Bradley T. Hunsicker, Attorney for debtors

Markus Williams Young & Hunsicker, LLC

2120 Carey Avenue, Suite 101

Cheyenne, WY 82001


Joli A. Loftstedt

PO BOX 270561

Louisville, CO 80027


Daniel J. Morse

308 West 21st Street,

Room 203

Cheyenne, WY, 82001-3669


/s/Clark D. Stith
Clark D. Stith